UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AM/NS CALVERT LLC, | ) <br> ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Court No. 21-00005 <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned, _____Kyle S. Beckrich_____, hereby enters an appearance as the principal attorney of record for the United States, defendant in this action, and requests that all papers in connection with this action be served at the address below.

Respectfully submitted,

JENNIFER B. DICKEY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Tara K. Hogan
TARA K. HOGAN
Assistant Director

                                            s/ Kyle S. Beckrich
                                            KYLE S. BECKRICH
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division
                                            Commercial Litigation Branch
                                            PO Box 480
                                            Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 616-9322
                                            Facsimile:  (202) 305-7644
                                            E-mail: Kyle.Beckrich@usdoj.gov

January 15, 2021                           Attorneys for Defendant