IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| AM/NS CALVERT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 21-00005 |
| | ) | **PUBLIC VERSION** |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF FILING

Pursuant to United States Court of International Trade Rules 73 and 73.3, defendant, the United States, respectfully notifies the Court of the filing of two sets of documents with the answer.

## I.   Administrative Record

Pursuant to Rule 73.3(a), the Department of Commerce has filed the certified administrative record.

## II.   *Ex Parte* Communications

Separate and apart from the certified administrative record, the Department of Commerce is voluntarily providing a second set of documents in light of certain allegations raised in the complaint. Plaintiff cites an October 28, 2019 Department of Commerce Office of Inspector General Information Memorandum titled "Management Alert: Certain Communications by Department Officials Suggest Improper Influence in the Section 232 Exclusion Review Process."  Compl. ¶ 43. Plaintiff alleges that the Inspector General "identified at least the potential for improper influence in the exclusion request process and the appearance of impropriety presented by the Department's conduct." *Id.*  Plaintiff claims that "[i]t has also come to light, in cases filed by similarly situated plaintiffs, that there were extensive off-record discussions between the Department and objector companies in relation to the product exclusion requests.  *Id.* at ¶ 44.

To ensure transparency, Commerce has conducted, and continues to conduct, searches in an effort to identify documents relevant to allegations that an *ex parte* communication may have occurred outside of the formal exclusion request process between a party to an exclusion

request and a Commerce official regarding the merits of an exclusion request at issue in the current matter.

The searches span officials across the Bureau of Industry and Security, the International Trade Administration, and the Office of the Secretary. These officials include those either directly or indirectly involved in the administration of Section 232 exclusion requests and/or senior-level officials. The searches include government email accounts and Outlook calendar records.

The attached appendix provided by Commerce consists of documents relevant to allegations that an *ex parte* communication may have occurred outside of the formal exclusion request process between a party to an exclusion request and a Commerce official regarding the merits of an exclusion request at issue in the current matter. Commerce continues to search for other documents that meet these criteria. It will supplement this filing as appropriate.

As a condition of this voluntary submission, Commerce has redacted from these documents personally identifiable information, privileged communications, and material not relevant to identifying a possible *ex parte* communication. We are respectfully filing these

documents as part of this proceeding to ensure their availability to the plaintiff and to the Court.

Respectfully submitted,

BRIAN M. BOYNSTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-9322
Email: Kyle.Beckrich@usdoj.gov

Date: May 19, 2021                    Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |  |
|---|---|---|
| AM/NS CALVERT LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 21-00005 |
| | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Index of Documents Related to Possible Ex Parte Communications – Public Set

Document Description                                      Page Number

Fwd: U.S. Steel Prices Relative to the 232 Tariff.....................................
.......................................................................CALVERT-DOC-PUB-0001

Section 232 - Points re Price Increases.DOCX.................................
.......................................................................CALVERT-DOC-PUB-0002

Re: U.S. Steel Prices Relative to the 232 Tariff....................................
.......................................................................CALVERT-DOC-PUB-0004

Re: U.S. Steel Prices Relative to the 232 Tariff....................................
.......................................................................CALVERT-DOC-PUB-0006

RE: U.S. Department of Commerce - OFFICIAL BUSINESS
.......................................................................CALVERT-DOC-PUB-0008

Call w/ CEO of Nucor Corporation John Ferriola.............................
.......................................................................CALVERT-DOC-PUB-0010

RE: Request for Phone Call with Secretary Ross for John Ferriola, CEO
of Nucor Corporation...............................CALVERT-DOC-PUB-0011

Re: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation..........................CALVERT-DOC-PUB-0012

5) Briefing Memo Nucor Corp July 2018.docx..........................
..........................CALVERT-DOC-PUB-0014

4) Briefing Memo US Steel July 2018-edit.docx..........................
..........................CALVERT-DOC-PUB-0016

RE: Today's 1pm call RE: [External]-RE: Rescheduling U. S. Steel call with Secretary Ross..........................CALVERT-DOC-PUB-0018

Call with US Steel CEO Dave Burritt......CALVERT-DOC-PUB-0021

President Trump's OH Visit..........................CALVERT-DOC-PUB-0022

RE: [External]-Re: U. S. Steel information for Thursday 8:30am quarterly earnings call..........................CALVERT-DOC-PUB-0023

USSteelFacts-ProductExclusionProcess-SemifinishedSlabs.pdf
..........................CALVERT-DOC-PUB-0025

Copy of USS Steel Oppositions to 232 Exclusion Requests August 1 2018.xlsx..........................CALVERT-DOC-PUB-0028

FW: Thank You Letter to Secretary Ross from John Ferriola
..........................CALVERT-DOC-PUB-0056

DOC080618-08062018104311.pdf..........CALVERT-DOC-PUB-0057

Nucor_Investments_Fact_Sheet_Upgrades+New 7.18.pdf
..........................CALVERT-DOC-PUB-0058

RE: Information on Steel Slab Product Exclusion Requests from USS
..........................CALVERT-DOC-PUB-0059

Slab Docs.pdf..........................CALVERT-DOC-PUB-0061

Meeting with Nucor and U.S. Steel..........CALVERT-DOC-PUB-0071

Re: Follow up re meeting request..........CALVERT-DOC-PUB-0073

Re: Meeting request for U/S Kaplan..........CALVERT-DOC-PUB-0075

Meeting with Tim Keeler re 232 .ics..........CALVERT-DOC-PUB-0077

U.S. Department of Commerce - OFFICIAL BUSINESS
..........................CALVERT-DOC-PUB-0078

U.S. Department of Commerce - OFFICIAL BUSINESS ........................................................CALVERT-DOC-PUB-0079

FW: FYI some of the latest on US steel production.................................................. ........................................................CALVERT-DOC-PUB-0080

20181217071252618.pdf..................CALVERT-DOC-PUB-0082

JSW interview with Hritz 12-17-18.pdf....CALVERT-DOC-PUB-0084

JSW starts Mingo EAF 12-17-18.pdf........CALVERT-DOC-PUB-0087

Call with US Steel.ics.........................CALVERT-DOC-PUB-0091

Section 232_us_110118.docx.................CALVERT-DOC-PUB-0092

RE: Call with US Steel Tomorrow.............CALVERT-DOC-PUB-0095

FW: [External]-RE: Meeting....................CALVERT-DOC-PUB-0097

PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS ........................................................CALVERT-DOC-PUB-0102

RE: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS........................................CALVERT-DOC-PUB-0103

Dave Burritt_CEO of US Steel Corporation_ 032719.docx ........................................................CALVERT-DOC-PUB-0104

PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS ........................................................CALVERT-DOC-PUB-0110

RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS........................................CALVERT-DOC-PUB-0111

RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS........................................CALVERT-DOC-PUB-0114

RE: length question -- RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS............................... ........................................................CALVERT-DOC-PUB-0117

Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS........................................CALVERT-DOC-PUB-0123

House Steel Caucus - Brett Statement 3-27-19.pdf............................. ........................................................CALVERT-DOC-PUB-0125

Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS........................................CALVERT-DOC-PUB-0127

RE: RE: Ranges..........................................CALVERT-DOC-PUB-0129

FW: Following up on Steel ITAC Meeting................................................
...........................................................CALVERT-DOC- PUB-0135

Priority 232 Exclusions for CBP Tracking (05142019).xlsx
...........................................................CALVERT-DOC- PUB-0138

Testimony to the USTRO (003).pdf............CALVERT-DOC- PUB-0144

United States Steel Corporation Section 301 Written Comments.pdf
...........................................................CALVERT-DOC- PUB-0146

P U. S. Steel 0522018 Posthearing Comments (Section 301).pdf
...........................................................CALVERT-DOC- PUB-0152

US Steel Comments_USTR-2017-0016.pdf................................................
...........................................................CALVERT-DOC- PUB-0163

**From:** EComstock@doc.gov [EComstock@doc.gov]
**Sent:** 6/28/2018 10:35:04 PM
**To:** Nikakhtar, Nazak [Nazak.Nikakhtar@trade.gov]; AL-SAADAWI, Julie [Julie.Al-Saadawi@trade.gov]
**CC:** Davidson, Peter (Federal) [PDavidson@doc.gov]; Borman, Matthew [Matthew.Borman@bis.doc.gov]
**Subject:** Fwd: U.S. Steel Prices Relative to the 232 Tariff
**Attachments:** Section 232 - Points re Price Increases.DOCX; ATT00001.htm

FYI. Any analysis or comments appreciated.

Sent from my iPhone

Begin forwarded message:

**From:** "Weld, Chris" <CWeld@▮▮▮▮▮▮▮▮>
**Date:** June 28, 2018 at 5:53:19 PM EDT
**To:** "EComstock@doc.gov" <EComstock@doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>, "Price, Alan" <APrice@▮▮▮▮▮▮▮▮>
**Subject: U.S. Steel Prices Relative to the 232 Tariff**

Earl:

In response to the discussion during the Senate Finance Committee hearing last week about steel prices, we wanted to pass along the attached analysis demonstrating that U.S. steel prices have generally increased by less than the 232 tariff – whether measured from the start of the 232 investigation in April 2017 or from the Presidential proclamation announcing the tariffs in March 2018. Please let us know if you would like additional information or if you would like to discuss.

Best regards,

Alan Price and Chris Weld


Christopher B. Weld | Attorney at Law
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T: ▮▮▮▮▮▮▮ | M: ▮▮▮▮▮▮▮ | cweld@▮▮▮▮▮▮
www.wileyrein.com | Bio | LinkedIn | Twitter | American Trade & Manufacturing Blog

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information@wileyrein.com.

## U.S. Steel Prices Have Increased By Less than the 232 Tariff

• Steel prices have not increased any more than would be expected at this point. Taking raw material cost increases into account, prices have increased by less than the amount of the tariff.

• From April 2017, just before the Section 232 investigation began, scrap prices are up by approximately $77 per ton through June 2018.

• With the added raw material cost taken into account, prices have increased by less than the amount of the 25% tariff in most major product lines since initiation of the investigation – in fact, far less for most products.



Sources: AMM Chicago Auto Shred; CRU Flat-Rolled; SBB Rebar

• Net of the scrap cost increase, cold-rolled steel prices are up by around 9%; hot-dipped galvanized prices are up by about 8%; rebar prices are up by around 11%; and hot-rolled prices are up by roughly the same amount as the tariff.

• Other factors are in play with respect to prices, including strong demand in certain end-use sectors since the initiation of the investigation, especially for hot-rolled steel.

• Measuring from the March 8, 2018 proclamation announcing the tariffs, steel price increases are even more modest.



- This type of price increase is what would be expected from a 25% tariff. There is an initial market reaction as prices go up. As participants adjust to new supply chains and new domestic production comes online, prices will ease.

- Obviously, there will be some long-term price increase as the excess, below-cost foreign material is balanced out, but that is the whole point of the Section 232 response.

CALVERT-DOC-PUB-0003

| From: | Comstock, Earl (Federal) [EComstock@doc.gov] |
|---|---|
| Sent: | 6/29/2018 10:57:53 AM |
| To: | Price, Alan [APrice@ ██████████ ] |
| CC: | Weld, Chris [CWeld@ ██████████ ]; Borman, Matthew [Matthew.Borman@bis.doc.gov]; Claeys, Stephen [SClaeys@ ██████████ ]; Pickard, Dan [DPickard@ ██████████ ] Teague, Anne (Federal) [ATeague@doc.gov]; Nikakhtar, Nazak [Nazak.Nikakhtar@trade.gov] |
| Subject: | Re: U.S. Steel Prices Relative to the 232 Tariff |

Thanks Alan.  I am out of the office until July 5, so a meeting late next week or else the week of July 9 would work for me.  Matt may be available sooner, but otherwise Annie can set something up on July 6 or 9.

I am recused on aluminum.  Matt at BIS and Nazak in Gil's shop would be the right people to talk to on aluminum.

Earl

**From:** "Price, Alan" <APrice@ ██████████
**Date:** Friday, June 29, 2018 at 12:35 AM
**To:** "Comstock, Earl (Federal)" <EComstock@doc.gov>
**Cc:** "Weld, Chris" <CWeld@ ██████████ >, Matthew Borman <Matthew.Borman@bis.doc.gov>, "Claeys, Stephen" <SClaeys@ ██████████ >, "Pickard, Dan" <DPickard@ ██████████ >
**Subject:** Re: U.S. Steel Prices Relative to the 232 Tariff

Earl and Matt - let us know if you have any questions. We also have a similar analysis on Aluminum. We have shared it with Gil, but let us know if you have not seen it and we can send it.

Separately,  the domestic wire rod producers and tire cord producers believe we have a solution that addresses joint concerns on tire cord. It has a couple of wrinkles that may require a meeting because it requires an import/end user certification. We think ITA for AD purposes has signed off as has customs. We also need to make sure that this is acceptable for the 232. I am out of the country, but Steve Claeys and Dan Pickard from my office are following up with a meeting request we sent last Friday.
Hope we can make this work as it shows cooperation of producers and consumers.

Alan

Sent from my iPhone

On Jun 28, 2018, at 5:34 PM, Comstock, Earl (Federal) <EComstock@doc.gov> wrote:

Thanks Chris. Earl

Sent from my iPhone

On Jun 28, 2018, at 5:53 PM, Weld, Chris <CWeld@ ██████████ > wrote:

Earl:

In response to the discussion during the Senate Finance Committee hearing last week about steel prices, we wanted to pass along the attached analysis demonstrating that U.S. steel prices have generally increased by less than the 232 tariff – whether measured from the start of the 232 investigation in April 2017 or from the Presidential proclamation

announcing the tariffs in March 2018.  Please let us know if you would like additional information or if you would like to discuss.

Best regards,

Alan Price and Chris Weld

Christopher B. Weld | Attorney at Law
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T:████████ | M:████████ | cweld@█████████
www.wileyrein.com | Bio | LinkedIn | Twitter | American Trade & Manufacturing Blog

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information█████████████.

<Section 232 - Points re Price Increases.DOCX>

**From:** Matthew Borman [Matthew.Borman@bis.doc.gov]
**Sent:** 6/29/2018 11:58:58 AM
**To:** Price, Alan [APrice@█████████████]; Comstock, Earl (Federal) [EComstock@doc.gov]
**CC:** Weld, Chris [CWeld@██████████ Claeys, Stephen [SClaeys@████████████ Pickard, Dan [DPickard@v██████████]
**Subject:** Re: U.S. Steel Prices Relative to the 232 Tariff

Alan,

I haven't the aluminum analysis, so please send me.

Earl is revised from aluminum.

Will follow-up with Steve on meeting.

Matt


**********************************************
This Message was sent from my Mobile Device.
**********************************************

On: 29 June 2018 00:36, "Price, Alan" <APrice@█████████████> wrote:

Earl and Matt - let us know if you have any questions. We also have a similar analysis on Aluminum. We have shared it with Gil, but let us know if you have not seen it and we can send it.

Separately,  the domestic wire rod producers and tire cord producers believe we have a solution that addresses joint concerns on tire cord. It has a couple of wrinkles that may require a meeting because it requires an import/end user certification. We think ITA for AD purposes has signed off as has customs. We also need to make sure that this is acceptable for the 232. I am out of the country, but Steve Claeys and Dan Pickard from my office are following up with a meeting request we sent last Friday.
Hope we can make this work as it shows cooperation of producers and consumers.

Alan

Sent from my iPhone

On Jun 28, 2018, at 5:34 PM, Comstock, Earl (Federal) <EComstock@doc.gov> wrote:

Thanks Chris. Earl

Sent from my iPhone

On Jun 28, 2018, at 5:53 PM, Weld, Chris <CWeld@█████████████> wrote:

Earl:

In response to the discussion during the Senate Finance Committee hearing last week about steel prices, we wanted to pass along the attached analysis demonstrating that U.S. steel prices have generally increased by less than the 232 tariff

– whether measured from the start of the 232 investigation in April 2017 or from the Presidential proclamation announcing the tariffs in March 2018.  Please let us know if you would like additional information or if you would like to discuss.

Best regards,

Alan Price and Chris Weld

**Christopher B. Weld | Attorney at Law**
**Wiley Rein LLP**
1776 K Street NW | Washington, DC 20006
T: ▓▓▓▓▓▓▓▓  M: ▓▓▓▓▓▓▓▓  | cweld@ ▓▓▓▓▓▓▓▓
www.wileyrein.com |  Bio | LinkedIn | Twitter | American Trade & Manufacturing Blog

NOTICE: This message (including any attachments) from Wiley Rein LLP may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to Information ▓▓▓▓▓▓▓▓.

<Section 232 - Points re Price Increases.DOCX>

**From:** Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD]
**Sent:** 7/13/2018 10:01:20 PM
**To:** Bradner, Eileen [Corp] [Eileen.Bradner███████]
**Subject:** RE: U.S. Department of Commerce - OFFICIAL BUSINESS

tHANKS

-----Original Message-----
From: Bradner, Eileen [Corp] [mailto:Eileen.Bradner██████████]
Sent: Friday, July 13, 2018 5:36 PM
To: Mark Crawford
Cc: Weld, Chris (CWeld█████████████)
Subject: RE: U.S. Department of Commerce - OFFICIAL BUSINESS

Mark,

Nucor does not sell slab in the commercial market.  As we have noted in our objections to the various
slab exclusion requests, the design of most of Nucor's plants ███████████████████████████████
However, as we noted in our phone conversation and in our filings, Nucor produces and is able to supply
the finished flat rolled products made from slab.

Best regards,

Eileen Bradner


Eileen P. Bradner
Senior Director and Counsel, Federal Government Affairs
Nucor Public Affairs, Inc.
801 17th Street NW, Suite 201 - Washington, DC 20006
█████████2 direct
eileen.bradner@████████
www.nucor.com




-----Original Message-----
From: Mark Crawford [mailto:Mark.Crawford@bis.doc.gov]
Sent: Friday, July 13, 2018 1:17 PM
To: Bradner, Eileen [Corp] <Eileen.Bradner███████>
Subject: U.S. Department of Commerce - OFFICIAL BUSINESS

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████████
mark.crawford@bis.doc.gov

To:
Eileen Bradner
Federal Government Affairs
NUCOR

Eileen:

I need to speak to someone at your company TODAY who oversees slab manufacturing in the United States to
determine:

1) Overall domestic slab production capacity (annual metric tons) and current slab manufacturing
utilization.

2) Maximum slab width and maximum slab thickness (height).

3) % of domestic slab production capacity that is available to wholesale to domestic customers

4) Average delivery time for shipment of slab (weeks).

------------------------------------------------------------------
CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is the property of Nucor, intended only for the use of the intended recipient(s). Unauthorized use or disclosure of this information is prohibited. If you are not an intended recipient, please immediately notify Nucor and destroy any copies of this email. Receipt of this e-mail shall not be deemed a waiver by Nucor of any privilege or the confidential nature of the information.

| | |
|---|---|
| **From:** | Schedule, Secretary's [████████@doc.gov] |
| **Sent:** | 12/23/2018 10:45:06 PM |
| **To:** | Schedule, Secretary's [████████@doc.gov]; ████████████████████@doc.gov) ████████████@doc.gov); Wendy Teramoto (Federal) (WTeramoto@doc.gov) [WTeramoto@doc.gov]; Matthew Borman (Matthew.Borman@bis.doc.gov) [Matthew.Borman@bis.doc.gov] |
| **Subject:** | Call w/ CEO of Nucor Corporation John Ferriola |
| **Attachments:** | RE: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation |
| **Location:** | Morgan will call Mr. Ferriola to connect the call: ████████ |
| **Start:** | 7/30/2018 9:00:00 PM |
| **End:** | 7/30/2018 9:15:00 PM |
| **Show Time As:** | Busy |
| **Recurrence:** | (none) |
| **Required Attendees:** | Schedule, Secretary's; ████████████████████@doc.gov); Wendy Teramoto (Federal) (WTeramoto@doc.gov); Matthew Borman (Matthew.Borman@bis.doc.gov) |

████████████

Back-up ████████████

Eileen P. Bradner
Senior Director and Counsel, Federal Government Affairs
Nucor Public Affairs, Inc.
801 17th Street NW, Suite 201 - Washington, DC 20006
████████ direct
████████ cell
eileen.bradner@████████
www.nucor.com

| From: | Bradner, Eileen [Corp] [Eileen.Bradner██████████] |
| Sent: | 7/20/2018 1:28:41 PM |
| To: | Bedan, Morgan (Federal) [MBedan@eda.gov]; Neuhaus, Chelsey (Federal) [CNeuhaus@doc.gov] |
| CC: | Maxwell, Lindsay [Corp] [Lindsay.Maxwell█████████] |
| Subject: | RE: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation |
| | |
| Flag: | Follow up |

Chelsey and Morgan,

I hope you are well.  I am writing to request a phone call today if possible or early next week with Secretary Ross for John Ferriola, Chairman, CEO & President of Nucor Corporation.  Nucor is the largest steel producer in the United States and is North America's largest recycler, employing over 25,000 teammates.

The purpose of the call is to continue the dialogue Mr. Ferriola and Secretary Ross have had on the President's steel 232 remedy, particularly the pending exclusion requests for semi-finished slab.  Nucor strongly supports the President's steel 232 action and wants to ensure that it is as strong and effective as possible.

Mr. Ferriola is in Charlotte today and early next week and fairly flexible.  He could also do a phone call over the weekend.  We recognize Secretary Ross has an extremely demanding schedule and appreciate your consideration of this request. You can contact me at████████████████████or the phone numbers below.  I am also copying Lindsay Maxwell, John's executive assistant.

Thank you in advance for anything you can do to facilitate a call.

Eileen Bradner
Nucor Corporation


Eileen P. Bradner
Senior Director and Counsel, Federal Government Affairs
Nucor Public Affairs, Inc.
801 17th Street NW, Suite 201 - Washington, DC 20006
████████ direct
████ cell
eileen.bradner@████████
www.nucor.com

CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is the property of Nucor, intended only for the use of the intended recipient(s). Unauthorized use or disclosure of this information is prohibited. If you are not an intended recipient, please immediately notify Nucor and destroy any copies of this email. Receipt of this e-mail shall not be deemed a waiver by Nucor of any privilege or the confidential nature of the information.

**From:** Teramoto, Wendy (Federal) [WTeramoto@doc.gov]
**Sent:** 7/20/2018 10:08:59 PM
**To:** Neuhaus, Chelsey (Federal) [CNeuhaus@doc.gov]
**CC:** Comstock, Earl (Federal) [EComstock@doc.gov]; Bedan, Morgan (Federal) [MBedan@doc.gov]
**Subject:** Re: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation

Yes. Please make sure we continue to follow the ethics and recusal requirements. Thanks.

Sent from my iPhone

On Jul 20, 2018, at 5:26 PM, Neuhaus, Chelsey (Federal) <CNeuhaus@doc.gov> wrote:

Would you like us to add to the schedule next week?

Chelsey Neuhaus
Deputy Director of Scheduling | Office of the Secretary
United States Department of Commerce
202-482-7452 (d) | ████████████
cneuhaus@doc.gov

**From:** Jacobi, Will (Federal)
**Sent:** Friday, July 20, 2018 5:26 PM
**To:** Neuhaus, Chelsey (Federal) <CNeuhaus@doc.gov>
**Cc:** Jacob, Dana (Federal) <DJacob@doc.gov>; Bedan, Morgan (Federal) <MBedan@doc.gov>; McClelland, Michelle O (Federal) <mMcClelland@doc.gov>; Maggi, David (Federal) <dMaggi@doc.gov>
**Subject:** Re: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation

No ethics concerns with the Secretary meeting with the Nucor CEO.  Re exclusion to steel tariffs

Will Jacobi
Senior Attorney
Ethics Law and Programs Division
Office of the General Counsel
████████████

Commerce.gov/ethics

Confidentiality Notice:  This e-mail message is intended only for the named recipients.  It contains information that may be confidential, privileged, attorney work product, or otherwise exempt from disclosure under applicable law.  If you have received this message in error, are not a named recipient, or are not the employee or agent responsible for delivering this message to a named recipient, be advised that any review, disclosure, use, dissemination, distribution, or reproduction of this message or its contents is strictly prohibited.  Please notify us immediately that you have received this message in error, and delete the message.

On Jul 20, 2018, at 5:21 PM, Neuhaus, Chelsey (Federal) <CNeuhaus@doc.gov> wrote:

Will and Dana - Would you mind providing an ethics review for this request? Thank you!

Chelsey Neuhaus
Deputy Director of Scheduling | Office of the Secretary
United States Department of Commerce
202-482-7452 (d) | ████████████
cneuhaus@doc.gov

---

**From:** Bradner, Eileen [Corp] <Eileen.Bradner████████████>
**Sent:** Friday, July 20, 2018 9:29 AM
**To:** Bedan, Morgan (Federal) <MBedan@doc.gov>; Neuhaus, Chelsey (Federal) <CNeuhaus@doc.gov>
**Cc:** Maxwell, Lindsay [Corp] <Lindsay.Maxwell████████████>
**Subject:** RE: Request for Phone Call with Secretary Ross for John Ferriola, CEO of Nucor Corporation

Chelsey and Morgan,

I hope you are well. I am writing to request a phone call today if possible or early next week with Secretary Ross for John Ferriola, Chairman, CEO & President of Nucor Corporation. Nucor is the largest steel producer in the United States and is North America's largest recycler, employing over 25,000 teammates.

The purpose of the call is to continue the dialogue Mr. Ferriola and Secretary Ross have had on the President's steel 232 remedy, particularly the pending exclusion requests for semi-finished slab. Nucor strongly supports the President's steel 232 action and wants to ensure that it is as strong and effective as possible.

Mr. Ferriola is in Charlotte today and early next week and fairly flexible. He could also do a phone call over the weekend. We recognize Secretary Ross has an extremely demanding schedule and appreciate your consideration of this request. You can contact me at Eileen.Bradner@nucor.com or the phone numbers below. I am also copying Lindsay Maxwell, John's executive assistant.

Thank you in advance for anything you can do to facilitate a call.

Eileen Bradner
Nucor Corporation

Eileen P. Bradner
Senior Director and Counsel, Federal Government Affairs
Nucor Public Affairs, Inc.
801 17th Street NW, Suite 201 - Washington, DC 20006
████████████
eileen.bradner████████████
www.nucor.com

---

CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is the property of Nucor, intended only for the use of the intended recipient(s). Unauthorized use or disclosure of this information is prohibited. If you are not an intended recipient, please immediately notify Nucor and destroy any copies of this email. Receipt of this e-mail shall not be deemed a waiver by Nucor of any privilege or the confidential nature of the information.

**BRIEFING MEMORANDUM FOR THE SECRETARY**

**FROM:**     Daniel O. Hill, Acting Under Secretary for Industry and Security
**EVENT:**    Phone Call with John Ferriola, Chief Executive Officer, Nucor Corporation
**DATE:**     Monday, July 30, 2018, 2:30-2:45pm

**Context & Purpose**

John Ferriola, Chief Executive Officers (CEO), Nucor Corporation, requested a call to continue his dialogue with you on the Section 232 remedies, particularly the pending exclusion requests for steel slab. Nucor Corporation manufactures structural tube and conduit, plate, bar and cold finished products at facilities across the country. Nucor has filed a number of objections to steel exclusion requests, including to steel slab requests.

**Background**

Mr. Ferriola believes that the importation of pipe and tube as well as other steel products has injured the U.S. steel industry.

BIS has received exclusion requests from all the leading slab re-rollers/processors in the United States, including Evraz Inc. NA; California Steel Industries, Inc., and NLMK. Nucor has objected to these requests, arguing that there is sufficient domestic supply of steel slab and substitute products available, and noting that granting such requests would undermine the primary purpose of the President's Section 232 actions – to revive idled facilities and increase domestic production. Nucor has also highlighted in many objections that it can produce a substitute/downstream product.

BIS has not issued any final determinations on slab at this time. BIS is assembling all the slab-related requests and objections and plans to present you with a recommendation on the path forward with such requests in the coming weeks.

**List of Meeting Participants:**

Nucor Corporation
- John Ferriola, CEO

U.S. Department of Commerce
- Wilbur L. Ross, Secretary
- Matthew S. Borman, Deputy Assistant Secretary for Export Administration, BIS

**Drafted By:**
- Michael Vaccaro, Director, Office of Strategic Industries and Economic Security, BIS

**Attachment 1:**
- Participant Biography

CALVERT-DOC-PUB-0014

# Attachment 1:  Participant Biography

**John Ferriola, CEO, Nucor Corporation**



Mr. John Ferriola has served as Chairman of Nucor since January 2014 and Chief Executive Officer and President of Nucor since January 2013.  Prior to that, Mr. Ferriola served as Chief Operating Officer of Steelmaking Operations of Nucor from 2007 to 2010, Executive Vice President from 2002 to 2007 and Vice President from 1996 to 2001.

He currently serves as Chairman of the World Steel Association and the American Iron and Steel Institute and is on the board of directors of the National Association of Manufacturers.  Mr. Ferriola has been active in the Association for Iron and Steel Technology for over 30 years and has served on its board of directors.  He has also served on the board of directors of the Steel Manufacturers Association.

Mr. Ferriola graduated from the Maritime Academy, State University of New York with a Bachelor of Science degree in Electrical Engineering.  In the Spring of 2012, he received an honorary Doctorate from the South Dakota School of Mines and Technology.

CALVERT-DOC-PUB-0015

**BRIEFING MEMORANDUM FOR THE SECRETARY**

**FROM:**     Daniel O. Hill, Acting Under Secretary for Industry and Security
**EVENT:**    Phone Call with Dave Burritt, Chief Executive Officer, U.S. Steel
**DATE:**     Wednesday, August 1, 2018, 1:00 – 1:15 PM

**Context & Purpose**

David Burritt, Chief Executive Officer (CEO), U.S. Steel, requested a call to discuss the President's visit of last week to Granite City, Illinois. U.S. Steel has filed a number of objections to steel exclusion requests, including to steel slab requests.

**Background**

The Bureau of Industry and Security (BIS) has received exclusion requests from all the leading slab re-rollers/processors in the United States, including Evraz Inc. NA; California Steel Industries, Inc., JSW, and NLMK. U.S. Steel is among the companies that submitted objections to these requests, arguing that there is sufficient domestic supply of steel slab available, highlighting in particular the resumption of activity at its Granite City facility. The slab companies have submitted responses to the objections, including Evraz's response through Senator Wyden. The exclusion process currently does not include responses to objections.

BIS has not issued any final determinations on the slab requests. Based on public comments on the interim exclusion rule, BIS is drafting a revised exclusion process rule that will allow requesters to submit rebuttals to objections. The new process will allow rebuttals to be filed within 15 days of the rule's publication for objections already posted (with decisions still pending) and within 15 days of the posting of objections after publication of the rule.

**List of Meeting Participants:**

US Steel
- Dave Burritt, CEO

U.S. Department of Commerce
- Wilbur L. Ross, Secretary
- Matthew S. Borman, Deputy Assistant Secretary for Export Administration, BIS

**Drafted By:**
- Michael Vaccaro, Director, Office of Strategic Industries and Economic Security, BIS

**Attachment 1:**
- Participant Biography

## Attachment 1: Participant Biography



David B. Burritt was appointed president and chief executive officer of United States Steel Corporation in May 2017. At that time, Mr. Burritt was also named to the company's Board of Directors. He had been elected president and chief operating officer in February 2017 with executive responsibility for all aspects of the company's day-to-day business in the United States and Central Europe.

Mr. Burritt joined U. S. Steel in September 2013 to serve as executive vice president and chief financial officer with responsibility for all aspects of the company's strategic and financial matters. In January 2015, he added executive leadership of U. S. Steel's North American Flat-rolled commercial entities and corporate support services.

Prior to joining U. S. Steel, Mr. Burritt, served as chief financial officer at Caterpillar Inc. and retired in 2010. During more than 32 years with Caterpillar, Mr. Burritt helped lead several important transformations and employee development initiatives at the company, including his role as business measurements manager to support Caterpillar's reorganization into accountable business units, his role as corporate champion for the company-wide 6 Sigma deployment, and his leadership role that helped Caterpillar effectively navigate the financial crisis and related recovery.

A native of Morton, Ill., Mr. Burritt earned a bachelor's degree in accounting in 1977 from Bradley University in Peoria and received a master's degree in business administration from the University of Illinois in Champaign in 1990.

Mr. Burritt serves on the board of directors for Lockheed Martin.

CALVERT-DOC-PUB-0017

| From: | Bedan, Morgan (Federal) [MBedan@doc.gov] |
|---|---|
| Sent: | 8/1/2018 2:49:14 PM |
| To: | Young, Todd D [TDYoung@█████████] |
| CC: | Guido, John (Federal) [JGuido@doc.gov]; Leach, Macie (Federal) [SLeach@doc.gov] |
| Subject: | RE: Today's 1pm call RE: [External]-RE: Rescheduling U. S. Steel call with Secretary Ross |

Will do. Thanks!

-----Original Message-----
From: Young, Todd D <TDYoung@█████ 10:48 AM
Sent: Wednesday, August 01, 2018 10:48 AM
To: Bedan, Morgan (Federal) <MBedan@doc.gov>
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: Today's 1pm call RE: [External]-RE: Rescheduling U. S. Steel call with Secretary Ross

For this afternoon's call, if you could please call ██████████
Thank you,
Todd Young

Todd Young
United States Steel Corporation
████████

-----Original Message-----
From: Bedan, Morgan (Federal) [mailto:MBedan@doc.gov]
Sent: Monday, July 30, 2018 2:09 PM
To: Young, Todd D <TDYoung█████>
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: [External]-RE: Rescheduling U. S. Steel call with Secretary Ross

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Hi, Todd -

How about 1 PM on August 1?

Morgan

-----Original Message-----
From: Young, Todd D <TDYoung█████>
Sent: Monday, July 30, 2018 1:25 PM
To: Bedan, Morgan (Federal) <MBedan@doc.gov>
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: Rescheduling U. S. Steel call with Secretary Ross

Good afternoon,
Would it be possible to reschedule this call between Secretary Ross and U. S. Steel CEO Dave Burritt for either Tuesday later afternoon or on Wednesday?
Best regards,
Todd Young


Todd Young
Managing Director - Government Affairs
United States Steel Corporation
tdyoung@█████████
████████████


-----Original Message-----
From: Bedan, Morgan (Federal) [mailto:MBedan@doc.gov]
Sent: Wednesday, July 25, 2018 5:17 PM
To: Young, Todd D <TDYoung@█████████
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: RE: [External]-Re: POTUS to visit U. S. Steel's Granite City Works

We actually need to postpone this call. Sincere apologies.

-----Original Message-----
From: Bedan, Morgan (Federal)
Sent: Wednesday, July 25, 2018 4:55 PM
To: 'Young, Todd D' <TDYoung██████████>
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: RE: [External]-Re: POTUS to visit U. S. Steel's Granite City Works

Can we call Mr. Burritt? The Secretary will be coming out of another meeting.

-----Original Message-----
From: Young, Todd D [mailto:TDYoung@████████]
Sent: Wednesday, July 25, 2018 4:46 PM
To: Bedan, Morgan (Federal) <MBedan@doc.gov>
Cc: Guido, John (Federal) <JGuido@doc.gov>
Subject: Re: [External]-Re: POTUS to visit U. S. Steel's Granite City Works

Understand. 5:45pm is fine.

Sent from my iPhone

> On Jul 25, 2018, at 2:59 PM, Bedan, Morgan (Federal) <MBedan@doc.gov> wrote:
>
> The Secretary is a bit delayed. Can we push this call to 5:45?
>
> -----Original Message-----
> From: Young, Todd D [mailto:TDYoung@████████]
> Sent: Wednesday, July 25, 2018 1:35 PM
> To: Bedan, Morgan (Federal) <MBedan@doc.gov>
> Cc: Guido, John (Federal) <JGuido@doc.gov>
> Subject: Re: [External]-Re: POTUS to visit U. S. Steel's Granite City
> Works
>
> Thank you
>
> Sent from my iPhone
>
>> On Jul 25, 2018, at 12:34 PM, Bedan, Morgan (Federal) <MBedan@doc.gov> wrote:
>>
>> Sure - best number is ██████████
>>
>> -----Original Message-----
>> From: Young, Todd D [mailto:TDYoung@████████]
>> Sent: Wednesday, July 25, 2018 12:08 PM
>> To: Bedan, Morgan (Federal) <MBedan@doc.gov>
>> Cc: Guido, John (Federal) <JGuido@doc.gov>
>> Subject: Re: [External]-Re: POTUS to visit U. S. Steel's Granite City
>> Works
>>
>> Would it be possible at 5:15pm for our CEO's assistant to call you to make the connection?
>>
>>
>> Sent from my iPhone
>>
>>> On Jul 24, 2018, at 3:25 PM, Bedan, Morgan (Federal) <MBedan@doc.gov> wrote:
>>>
>>> Thanks!
>>>
>>> -----Original Message-----
>>> From: Young, Todd D [mailto:TDYoung@████████]
>>> Sent: Tuesday, July 24, 2018 4:24 PM
>>> To: Bedan, Morgan (Federal) <MBedan@doc.gov>
>>> Cc: Guido, John (Federal) <JGuido@doc.gov>
>>> Subject: Re: [External]-Re: POTUS to visit U. S. Steel's Granite
>>> City Works
>>>
>>> 5:15pm is confirmed.
>>> I've asked for telephone logistics and will followup with you.
>>> Todd
>>>
>>> Sent from my iPhone
>>>
>>>> On Jul 24, 2018, at 12:43 PM, Bedan, Morgan (Federal) <MBedan@doc.gov> wrote:
>>>>
>>>> Hi, Todd -
>>>>
>>>> Would 5:15 PM ET tomorrow work for this call?
>>>>

CALVERT-DOC-PUB-0019

>>>> -----Original Message-----
>>>> From: Young, Todd D [mailto:TDYoung@█████████]
>>>> Sent: Tuesday, July 24, 2018 12:35 PM
>>>> To: Guido, John (Federal) <JGuido@doc.gov>; Bedan, Morgan (Federal)
>>>> <MBedan@doc.gov>
>>>> Subject: FW: [External]-Re: POTUS to visit U. S. Steel's Granite
>>>> City Works
>>>>
>>>> I received an out of office message on this email that I just sent to Macie Leach -- forwarding the
request for a call to you for the Secretary's consideration.
>>>> Best regards,
>>>> Todd Young
>>>>
>>>> -----Original Message-----
>>>> From: Young, Todd D
>>>> Sent: Tuesday, July 24, 2018 12:33 PM
>>>> To: Teramoto, Wendy (Federal) <WTeramoto@doc.gov>
>>>> Cc: Leach, Macie (Federal) <SLeach@doc.gov>
>>>> Subject: RE: [External]-Re: POTUS to visit U. S. Steel's Granite
>>>> City Works
>>>>
>>>> We look forward to the President and Secretary's visit.  In advance of the Thursday, would it be
possible for U. S. Steel's CEO, Dave Burritt, to speak with Secretary Ross?  Two topics would include
background on Granite City's restart and the Department's product exclusion process.
>>>> Best regards,
>>>> Todd Young
>>>>
>>>>
>>>> Todd Young
>>>> Managing Director - Government Affairs United States Steel
>>>> Corporation tdyoung█████████
>>>> ████████████
>>>>
>>>>
>>>>
>>>>
>>>> -----Original Message-----
>>>> From: Teramoto, Wendy (Federal) [mailto:WTeramoto@doc.gov]
>>>> Sent: Monday, July 23, 2018 11:18 AM
>>>> To: Young, Todd D <TDYoung@████████>
>>>> Cc: Leach, Macie (Federal) <SLeach@doc.gov>
>>>> Subject: [External]-Re: POTUS to visit U. S. Steel's Granite City
>>>> Works
>>>>
>>>> CAUTION: This email originated from outside of the organization. Do not click links or open
attachments unless you recognize the sender and know the content is safe.
>>>>
>>>>
>>>> Yes. SWLR will be on that trip as well. Thanks so much. W
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Jul 23, 2018, at 10:38 AM, Young, Todd D <TDYoung@████████> wrote:
>>>>>
>>>>> Good morning,
>>>>> With several media outlets now publicly reporting that the President will be traveling to U. S.
Steel's Granite City Works in southern Illinois on Thursday, I wanted to ensure you were aware of this
visit — especially with several active matters pending at the Department, including Section 232
exclusion requests for slab.  As you know, the restart of steelmaking at Granite City was announced in
early March at the time of the President's Section 232 action. If I can provide any additional details,
please let me know.
>>>>> Best regards,
>>>>> Todd Young
>>>>>
>>>>> Todd Young
>>>>> Managing Director - Government Affairs United States Steel
>>>>> Corporation
>>>>> ████████        office
>>>>> ████████        cell

CALVERT-DOC-PUB-0020

**From:** MBedan@doc.gov [MBedan@doc.gov]
**Sent:** 7/30/2018 6:08:39 PM
**To:** WTeramoto@doc.gov; ███████████████████████@doc.gov]

**Subject:** Call with US Steel CEO Dave Burritt

**Start:** 8/1/2018 5:00:00 PM
**End:** 8/1/2018 5:15:00 PM
**Show Time As:** Busy

**Recurrence:** (none)

Re: POTUS trip last week

Todd Young
Managing Director - Government Affairs
United States Steel Corporation
tdyoung@███████
███████████

| From: | Beth.Ludwig█████████ [Beth.Ludwig@█████ |
| Sent: | 8/4/2018 3:16:45 PM |
| To: | EComstock@doc.gov |
| CC: | Brad Botwin [Brad.Botwin@bis.doc.gov]; Matthew Borman [Matthew.Borman@bis.doc.gov] |
| Subject: | President Trump's OH Visit |

Good morning! I understand the President will be in Ohio today. I thought it might be worth mentioning that AK Steel has two facilities in Ohio's 12th Congressional district, one in Mansfield and the other in Zanesville. Our Zanesville facility processes electrical steel and as you know, AK Steel is the last producer of electrical steel, critical to our grid, in all of N.A. The unfair trade that lead to AKS being the last domestic producer of this critical product is a great illustration of why the President's bold 232 approach is needed. As a native of Zanesville, Troy Balderson may mention this so I wanted to flag it for you all as I trust you can share it with anyone else internally who would benefit from the heads up. The electrical steel downstream loophole is still an issue but we hope the Administration will soon take the actions necessary to address that.

Best,
Beth

Beth DeBrosse Ludwig
AK Steel Corporation
Corporate Manager, Government & Public Relations
9227 Centre Pointe Dr.
West Chester, OH 45069
Beth.Ludwig@█████████
Phone█████████
Cell: █████████

Confidentiality Notice
This message is intended exclusively for the individual or entity to which it is addressed and may contain privileged, proprietary, or otherwise private information.
If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

| From: | Young, Todd D [TDYoung@█████████ |
| --- | --- |
| Sent: | 8/7/2018 1:25:01 PM |
| To: | Matthew Borman [Matthew.Borman@bis.doc.gov] |
| Subject: | RE: [External]-Re: U. S. Steel information for Thursday 8:30am quarterly earnings call |
| Attachments: | USSteelFacts-ProductExclusionProcess-SemifinishedSlabs.pdf; Copy of USS Steel Oppositions to 232 Exclusion Requests August 1 2018.xlsx |

As discussed, attached is 1) a pdf prepared to provide accurate information on U. S. Steel's participation in the product exclusion process and background on semifinished slab requests and U. S. Steel's slab sales discussions with customers, and 2) an Excel spreadsheet referenced in the pdf. Per the statement below, we request that this information be kept confidential.

Please let me know if any additional information or detail would be helpful.

Best regards,
Todd Young

CONFIDENTIAL, BUSINESS PROPRIETARY INFORMATION
U. S. Steel is providing this requested business proprietary information with the understanding that it will be treated as proprietary and business confidential information. Indeed, the requested information "is of a kind that the provider would not customarily make available to the public." Critical Mass Energy Project v. Nuclear Regulatory Comm'n, 975 F.2d 871, 871 (1992). **It is therefore exempt from the Freedom of Information Act**, 5 U.S.C. § 522 as "trade secrets and commercial or financial information obtained from a person and privileged or confidential." See 5 U.S.C. § 552(b)(4); 15 C.F.R. § 2004.4. As noted by the Department, it is understood that the information provided by U. S. Steel will not be made available to the public or any other parties outside of the government, unless so ordered by a court of competent jurisdiction. In the event the Department is compelled by a court of competent jurisdiction to disclose this proprietary and confidential information, we understand that the Department will provide us with reasonable prior notice so U. S. Steel can consider seeking a protective order, provide a public redacted version of this submission, or other appropriate remedy.

 **United States Steel Corporation**

Todd D. Young
Managing Director - Governmental Affairs

901 K Street, NW
Suite 1250
Washington, DC 20001
███████████ office
███████████ mobile
tdyoung@ ███████████

**CONFIDENTIALITY NOTICE**: The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

From: Matthew Borman [mailto:Matthew.Borman@bis.doc.gov]
Sent: Wednesday, August 1, 2018 6:13 PM

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

ThanksTodd.

*********************************************
This Message was sent from my Mobile Device.
*********************************************

CONFIDENTIAL, BUSINESS PROPRIETARY INFORMATION
U. S. Steel is providing this requested business proprietary information with the understanding that it will be treated as proprietary and business confidential information. Indeed, the requested information "is of a kind that the provider would not customarily make available to the public." Critical Mass Energy Project v. Nuclear Regulatory Comm'n, 975 F.2d 871, 871 (1992). It is therefore exempt from the Freedom of Information Act, 5 U.S.C. § 522 as "trade secrets and commercial or financial information obtained from a person and privileged or confidential." See 5 U.S.C. § 552(b)(4); 15 C.F.R. § 2004.4. As noted by the Department, it is understood that the information provided by U. S. Steel will not be made available to the public or any other parties outside of the government, unless so ordered by a court of competent jurisdiction. In the event the Department is compelled by a court of competent jurisdiction to disclose this proprietary and confidential information, we understand that the Department will provide us with reasonable prior notice so U. S. Steel can consider seeking a protective order, provide a public redacted version of this submission, or other appropriate remedy.

BACKGROUND
The following information has been prepared to provide accurate facts and information on both U. S. Steel's participation in the Section 232 product exclusion process and a summary of semi-finished slab requests and sales discussions.

1) **U. S. Steel and Section 232 Product Exclusion Process Summary:**
   - More than 20,500 exclusion requests have been filed on regulations.gov
   - U. S. Steel has opposed or is preparing oppositions to approximately 1,215 items as of Wednesday, August 1.
   - This equates to less than 10% of the total
   - *It is worth noting that U. S. Steel takes this process very seriously and is only opposing items that we know we have the ability to make. U. S. Steel has a thorough vetting process with numerous disciplines engaged (sales, operating, quality, research, etc.)*

   - Attached is a spreadsheet that details U. S. Steel's opposition comments by docket number in. In summary, the top items that comprise most of the 1,215 items are:
     o Slabs = 471
     o Tubular products = 378
     o Tin Mill Products = 182
     o Corrosion Resistant steel coils = 161
   The remaining items not listed above are smaller numbers of requests across several other flat rolled product lines. In addition to this number, the items listed above are also U. S. Steel's priority product categories in the exclusion process. Tubular, notably energy tubular (ie OCTG); Slabs, Tin Mill Products, and Corrosion Resistant steel are all key products produced in significant quantities domestically and have experienced tremendous unfair trade impacts in recent years.

2) **Slab Exclusion Requests Summary**
   The exclusion requests for slab imports submitted to the U.S. Department of Commerce far exceed the actual consumption of slabs in the recent three year period (2015-2017). Below is a summary table, listed in kilograms to be consistent with the format requested in the exclusion requests. Please be aware that the exclusion request filed by ArcelorMittal – Calvert has an erroneous volume listed in their average consumption

**In short, the average consumption of slabs across the 3 years was listed at slightly more than 10.6 million net tons of slabs (if a 5.5-million ton estimate is used for the Calvert facility) – exclusion requests submitted as of July 31 exceed 41.6 million net tons – which is 391% higher than the actual usage of the product.**

Section 232 Carbon Slab Exclusion Requested Volume as of 7/31/2018

| Requesting Company | 2015 - 2017 Average Annual Consumption kg) | S232 Total Requested Exclusions To Date (kg) | Difference (kg) | Difference Percent |
|---|---|---|---|---|
| AM/NS Calvert LLC | 5,000,000,000 | 754,916,000 | Incalculable | Incalculable |
| California Steel Industries, Inc. | 2,304,526,666 | 31,645,000,000 | 29,340,473,334 | 1373% |
| Evraz Inc. NA | 722,677,034 | 1,096,332,661 | 373,655,627 | 152% |
| JSW Steel (USA) Inc. | 214,527,325 | 528,000,000 | 313,472,675 | 246% |
| NLMK PA & IN (combined) | 1,428,671,327 | 3,793,857,331 | 2,365,186,004 | 266% |
| **Total All** | **9,670,402,352** | **37,818,105,992** | **28,147,703,640** | **391%** |

3)





| Docket No. | Requestor | Products | Status/Notes | Result |
|---|---|---|---|---|
| 0019 | Seneca | tin plate | FILED May 2 | DENIED June 22 |
| 0022 | Material Sciences | | | DENIED July 16 |
| 0023 | Material Sciences | Black Plate | FILED May 3; USS submitted confidential info (BPI) to DOC June 14 | DENIED July 16 |
| 0024 | Material Sciences | | | DENIED July 16 |
| 0028 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0029 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0031 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0032 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0033 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0034 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0035 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0036 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0037 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0038 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0039 | Borusan | OCTG J55 2.875 OD | FILED May 8 | DENIED July 5 |
| 0040 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0041 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0042 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0043 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0044 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0045 | Borusan | OCTG J55 | FILED May 8 | DENIED July 5 |
| 0046 | Borusan | OCTG J55 3.5 OD | FILED May 8 | DENIED July 5 |
| 0047 | Borusan | OCTG J55 2.375 OD | FILED May 8 | DENIED July 5 |
| 0255 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0257 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0260 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0264 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0266 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0269 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0270 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0271 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0272 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0274 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0275 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0278 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0279 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0281 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0282 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0284 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0286 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0288 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0289 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0291 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0293 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0466 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0467 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0468 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0469 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0470 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0471 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |

| | | | | |
|---|---|---|---|---|
| 0472 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0473 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0475 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0476 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0477 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0479 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0640 | Evraz | Slab | FILED May 23; BPI response filed July 10 | |
| 0304 | BWAY | electrolytic tin plate | FILED May 22 | DENIED July 26 |
| 0243 | Shell Offshore | OCTG seamless steel casing | FILED May 14 | DENIED July 13 |
| 0342 | Shell Offshore | OCTG seamless steel casing | FILED May 14 | DENIED July 16 |
| 0343 | Shell Offshore | OCTG seamless steel casing | FILED May 14 | DENIED July 16 |
| 0344 | Shell Offshore | OCTG seamless steel casing | FILED May 14 | DENIED July 16 |
| 0510 | Kemeny Overseas Products Corp | Electyrolyic tinplate | FILED May 24 | DENIED July 16 |
| 0512 | Kemeny Overseas Products Corp | Electyrolyic tinplate | FILED May 24 | DENIED July 16 |
| 0514 | Kemeny Overseas Products Corp | Electyrolyic tinplate | FILED May 24 | DENIED July 13 |
| 0515 | Kemeny Overseas Products Corp | Electyrolyic tinplate | FILED May 24 | DENIED July 16 |
| 0516 | Kemeny Overseas Products Corp | Electyrolyic tin free steel | FILED May 24 | DENIED July 16 |
| 0524 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 13 |
| 0531 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 13 |
| 0532 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 13 |
| 0535 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 13 |
| 0538 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 0539 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0541 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0544 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0545 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0546 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 13 |
| 0548 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0550 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0552 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0553 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0600 | Arrow Sheds | tin mill black plate | FILED May 25 | DENIED July 16 |
| 1170 | Arrow Sheds | tin mill black plate | FILED May 25; BPI response filed July 23 | |
| 1230 | Arrow Sheds | tin mill black plate | FILED May 25; BPI response filed July 23 | |
| 1237 | Arrow Sheds | tin mill black plate | FILED May 25; BPI response filed July 23 | |
| 1241 | Arrow Sheds | tin mill black plate | FILED May 25; BPI response filed July 23 | |
| 1242 | Arrow Sheds | tin mill black plate | FILED May 25; BPI response filed July 23 | |
| 2400 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2402 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2404 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2406 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2408 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2423 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2424 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2426 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2427 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2430 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2432 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2433 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2435 | Arrow Sheds | tin mill black plate | FILED May 25 | |
| 2437 | Arrow Sheds | tin mill black plate | FILED May 25 | |

CALVERT-DOC-PUB-0029

| | | | | |
|---|---|---|---|---|
| 6667 | Arrow Sheds | Tin mill black plate | FILED June 27 | |
| 7498 | Arrow Sheds, LLC | Tin mill black plate | FILED June 27 | |
| 7510 | Arrow Sheds, LLC | Tin mill black plate | FILED June 27 | |
| 7744 | Arrow Sheds, LLC | Tin mill black plate | FILED June 27 | |
| 0528 | Advanced Steel Recovery | steel sheet | FILED May 24 | DENIED July 13 |
| 0598 | Advanced Steel Recovery | steel sheet | FILED May 24 | DENIED July 16 |
| 0628 | Advanced Steel Recovery | steel sheet | FILED May 24 | DENIED July 13 |
| 0615 | Nippon Steel & Sumikin Bussan Americas | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0660 | Nippon Steel & Sumikin Bussan Americas | tin mill black plate | FILED May 25 | DENIED July 16 |
| 0662 | Nippon Steel & Sumikin Bussan Americas | tin mill black plate | FILED May 25 | |
| 0635 | Material Sciences | cold rolled steel sheet | FILED May 24 | DENIED July 13 |
| 0680 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0681 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0682 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0683 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0684 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0686 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0688 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0689 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0691 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0692 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0693 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0694 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0695 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0696 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0697 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0698 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0699 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0701 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0702 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0704 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0706 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0707 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0709 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0710 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0714 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0715 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0717 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0719 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0723 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0725 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0727 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0729 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0731 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0732 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0734 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0735 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0737 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0738 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0739 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0740 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |

| | | | | |
|---|---|---|---|---|
| 0742 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0743 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0744 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0745 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0746 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0747 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0771 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0772 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0773 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0775 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0777 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0779 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0781 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0782 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0783 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0784 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0785 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0786 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0787 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0789 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0790 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0806 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0807 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0828 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0830 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 0833 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0834 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0836 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0837 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0838 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0885 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0886 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0887 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 0888 | NLMK Indiana, LLC | Slab | FILED May 29 | |
| 1015 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1020 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1023 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1027 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1031 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1035 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1039 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1042 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1044 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 1045 | NLMK Pennsylvania, LLC | Slab | FILED May 29 | |
| 6760 | NLMK Indiana | Slab | FILED June 27 | |
| 6761 | NLMK Indiana | Slab | FILED June 27 | |
| 0716 | Steelscape LLC | hot rolled coil | FILED May 29 | DENIED July 26 |
| 0720 | Independent Can Company | electrolytic tin plate | FILED May 29 | DENIED July 26 |
| 0769 | Omnimax International, Inc. | galvanized flat rolled steel | FILED May 29 | DENIED July 26 |
| 0770 | Seneca | Electro tin plate | FILED May 4 | DENIED July 26 |
| 0788 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 31 |

CALVERT-DOC-PUB-0031

| | | | | |
|---|---|---|---|---|
| 0791 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0792 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0793 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0794 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0795 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0796 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0798 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0799 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0801 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0802 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0803 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0804 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | DENIED July 26 |
| 0895 | American Trim | Steel plate black | FILED May 29; BPI response filed July 23 | |
| 0847 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0938 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0941 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0944 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0948 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0952 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0954 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0957 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0961 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0965 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0969 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0971 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0977 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0978 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0980 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0981 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0982 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0983 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0984 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0985 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0986 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0987 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0988 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0989 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0990 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0991 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 0992 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1014 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1016 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1017 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1019 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1022 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1025 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1028 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1030 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1033 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1048 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |
| 1050 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 | |

CALVERT-DOC-PUB-0032

| 1059 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 |
|---|---|---|---|
| 1060 | E-Steel, Inc. | Light gauge galvanized coils | FILED May 30 |
| 1218 | JSW Steel (USA) Inc | Slab | FILED May 31, BPI response filed July 31 |
| 1221 | JSW Steel (USA) Inc | Slab | FILED May 31, BPI response filed July 31 |
| 1227 | JSW Steel (USA) Inc | Slab | FILED May 31, BPI response filed July 31 |
| 2335 | JSW Steel (USA) Inc | Slab | FILED May 31 |
| 2336 | JSW Steel (USA) Inc | Slab | FILED May 31 |
| 2337 | JSW Steel (USA) Inc | Slab | FILED May 31 |
| 1317 | Preifert Mfg Co Inc | hot-rolled sheet in coil | provided support letter to Nucor on May 21 |
| 1127 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1136 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1145 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1158 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1163 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1168 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1198 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 1240 | voestalpine Tubular Corp | Seamless casing | FILED May 31 |
| 2333 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2339 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2353 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2362 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2370 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2372 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2375 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2376 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2377 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2378 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2379 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2380 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2381 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2383 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2384 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2385 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2386 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2388 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2390 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2391 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2392 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2393 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2395 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2396 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2397 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2398 | voestalpine Tubular Corp | Seamless casing | FILED June 5 |
| 2399 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2495 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2496 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2497 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2498 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2499 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2500 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2501 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |

CALVERT-DOC-PUB-0033

| | | | |
|---|---|---|---|
| 2502 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2504 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2578 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2579 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2580 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2581 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2583 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2585 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2587 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2590 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2595 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2597 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2600 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2603 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2606 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2609 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2612 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2614 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2620 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2705 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2750 | voestalpine Tubular Corp | Seamless line pipe | FILED June 5 |
| 2359 | Energy Panel Structures | Flat rolled steel coil | FILED June 5 |
| 4130 | Energy Panel Structures | Flat rolled steel coil | FILED June 15 |
| 4233 | Energy Panel Structures | Flat rolled steel coil | FILED June 15 |
| 2652 | Steel Service Oilfield Tubular | seamless steel pipe | FILED June 7 |
| 2649 | Kanematsu USA | OCTG | FILED June 7 |
| 2653 | TMK Ipsco | seamless casing | FILED June 7 |
| 2654 | TMK Ipsco | seamless casing | FILED June 7 |
| 2655 | TMK Ipsco | seamless casing | FILED June 7 |
| 2656 | TMK Ipsco | seamless casing | FILED June 7 |
| 2658 | TMK Ipsco | seamless casing | FILED June 7 |
| 2681 | BP Exploration Production | OCTG | FILED June 7 |
| 2809 | Material Sciences Corp | Tin mill black plate | FILED June 7 |
| 2818 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 2821 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 2951 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 2959 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 2962 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 3095 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 3097 | CLM Enterprises/West Coast Metals | Prepainted galvalume | FILED June 11 |
| 4161 | CLM Enterprises/West Coast Metals | Prepainted Galvalume | FILED June 11 |
| 4163 | CLM Enterprises/West Coast Metals | Prepainted Galvalume | FILED June 11 |
| 6633 | CLM Enterprises/West Coast Metals | Galvalume | FILED June 11 |
| 6680 | CLM Enterprises/West Coast Metals | Galvalume | FILED June 11 |
| 6682 | CLM Enterprises/West Coast Metals | Galvalume | FILED June 11 |
| 2861 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 2918 | Kemeny Overseas Products Corp. | Tinplate | FILED June 12 |
| 2921 | Kemeny Overseas Products Corp. | Tinplate | FILED June 12 |
| 2923 | Kemeny Overseas Products Corp. | Tinplate | FILED June 12 |
| 2948 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 2950 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |

CALVERT-DOC-PUB-0034

| | | | |
|---|---|---|---|
| 2953 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 3014 | Kemeny Overseas Products Corp. | Tinplate | FILED June 12 |
| 3015 | Kemeny Overseas Products Corp. | Tinplate | FILED June 12 |
| 3016 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 3017 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 3018 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 3020 | Kemeny Overseas Products Corp. | Electrolytic tin free steel | FILED June 12 |
| 4848 | Kemeny Overseas Products Corp. | Eletrolytic tin free steel | FILED June 12 |
| 4920 | Kemeny Overseas Products Corp. | Eletrolytic Tinplate | FILED June 12 |
| 4930 | Kemeny Overseas Products Corp. | Eletrolytic Tinplate | FILED June 12 |
| 5002 | Kemeny Overseas Products Corp. | Eletrolytic Tinplate | FILED June 12 |
| 5028 | Kemeny Overseas Products Corp. | Eletrolytic Tin Free Steel | FILED June 12 |
| 5037 | Kemeny Overseas Products Corp. | Eletrolytic Tin Free Steel | FILED June 12 |
| 2993 | Royal Metal Industries, Inc. | Hot rolled strips | FILED June 11 |
| 2995 | Royal Metal Industries, Inc. | Hot rolled strips | FILED June 11 |
| 2910 | CP Industries Holdings, Inc. | Seamless pipe | FILED June 11 |
| 3290 | Hess Stampede | OCTG | FILED June 12 |
| 3295 | Hess Stampede | OCTG | FILED June 12 |
| 3319 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3322 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3323 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3325 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3327 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3330 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3332 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3335 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3337 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3401 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3406 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3413 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3414 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3418 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3430 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3451 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3453 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3463 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3464 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3466 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3468 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3469 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3470 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3471 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3473 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3474 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3475 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3476 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3477 | voestalpine Tubular Corp | Seamless Tubing | FILED June 13 |
| 3478 | voestalpine Tubular Corp | Seamless Tubing | FILED June 13 |
| 3479 | voestalpine Tubular Corp | Seamless Tubing | FILED June 13 |
| 3480 | voestalpine Tubular Corp | Seamless Tubing | FILED June 13 |
| 3481 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |

CALVERT-DOC-PUB-0035

| | | | |
|---|---|---|---|
| 3482 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3483 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3546 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3548 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3553 | voestalpine Tubular Corp | Seamless casing | FILED June 13 |
| 3555 | voestalpine Tubular Corp | Seamless casing | FILED June 13 |
| 3556 | voestalpine Tubular Corp | Seamless casing | FILED June 13 |
| 2560 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3562 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3563 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3564 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3568 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 3572 | voestalpine Tubular Corp | Seamless Casing | FILED June 13 |
| 7468 | Voestalpine Tubular Corporation | Seamless Casing | FILED June 13 |
| 7469 | Voestalpine Tubular Corporation | Seamless Casing | FILED June 13 |
| 7470 | Voestalpine Tubular Corporation | Seamless Casing | FILED June 13 |
| 3508 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3585 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3624 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3634 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3636 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3642 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3644 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3647 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3657 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3668 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3670 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3673 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3675 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3678 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3683 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3690 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3694 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3695 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3696 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3697 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3698 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3732 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3746 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3747 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3748 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3749 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3751 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3753 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3754 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3758 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3761 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3767 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3769 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3770 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3774 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |

CALVERT-DOC-PUB-0036

| | | | |
|---|---|---|---|
| 3784 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3787 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3794 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3800 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3803 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3810 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3812 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3819 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3822 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3824 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3826 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3830 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3832 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3834 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3845 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3848 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3849 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3850 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3852 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3859 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3864 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3867 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3869 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3872 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3875 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3881 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3885 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3886 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3888 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3892 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3893 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3895 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3897 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3898 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3901 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3903 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3905 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3906 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3908 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3909 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3911 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3913 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3915 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3916 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3919 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3920 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3922 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3924 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3925 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3928 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3930 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |

CALVERT-DOC-PUB-0037

| | | | |
|---|---|---|---|
| 3950 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3951 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3952 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3953 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3954 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3956 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 3958 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 4996 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 4999 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5003 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5008 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5035 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5042 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5047 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5054 | California Steel Industries, Inc. | Slab from Japan | FILED June 13 |
| 5062 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5067 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5073 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5076 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5283 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5286 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5289 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5291 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5292 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5293 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5294 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5297 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5300 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5303 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5304 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5307 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5309 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5313 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5319 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5322 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5328 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5329 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5336 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5340 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5341 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5344 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5348 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5349 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5350 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5353 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5358 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5360 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5362 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5364 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5366 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |
| 5371 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 |

CALVERT-DOC-PUB-0038

| 5373 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5375 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5376 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5378 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5380 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5381 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5382 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5383 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5385 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5386 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5389 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5390 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5392 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5393 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5395 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5397 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5399 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5402 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5404 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5409 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5452 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5455 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5458 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5464 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5468 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5476 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5479 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5481 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5483 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5485 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5487 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5492 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5494 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5496 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5497 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5499 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5501 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5507 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5509 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5511 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5513 | California Steel Industries, Inc. | Slab from Japan | FILED June 14 | |
| 5629 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | SHOULD be denied b/c quota country |
| 5641 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5695 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5698 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5699 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5700 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5701 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5702 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |
| 5703 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 | |

CALVERT-DOC-PUB-0039

| | | | |
|---|---|---|---|
| 5704 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5705 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5706 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5709 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5711 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5713 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5715 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5716 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5717 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5718 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5719 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5721 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5723 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5724 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5726 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 5727 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6016 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6017 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6018 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6019 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6020 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6021 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6022 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6023 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6024 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6025 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6026 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6027 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6028 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6091 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6096 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6100 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6106 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6150 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6173 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6174 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6175 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6176 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6177 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6178 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6180 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6181 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6181 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6182 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6183 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6316 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6318 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6319 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6322 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6323 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6324 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |

CALVERT-DOC-PUB-0040

| 6326 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
|------|----------------------------------|-----------------|---------------|
| 6327 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6329 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6330 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6333 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6334 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6336 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6337 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6338 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6341 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6343 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6347 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6349 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6351 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6352 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6354 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6356 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6358 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6359 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6362 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6363 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6364 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6365 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6366 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6367 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6368 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6369 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6370 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6371 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6372 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6373 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6374 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6375 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 6376 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 7454 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 7555 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 7557 | California Steel Industries, Inc. | Slab from Brazil | FILED June 21 |
| 3421 | Ternium USA | Hard steel coils | FILED June 11 |
| 3426 | Ternium USA | Hard steel coils | FILED June 11 |
| 3433 | Ternium USA | Hard steel coils | FILED June 11 |
| 3436 | Ternium USA | Hard steel coils | FILED June 11 |
| 3443 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3520 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3521 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3524 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3528 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3530 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3534 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3535 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3540 | Ternium USA | COLD ROLLED FULL HARD STEEL COILS | FILED June 11 |
| 3674 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |

CALVERT-DOC-PUB-0041

| 3676 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
|------|-------------------------------|-------------------|--------------|
| 3677 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3679 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3680 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3682 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3686 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3743 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3745 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3781 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3790 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3806 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3816 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3829 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3836 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3838 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3846 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3853 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3856 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3865 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3871 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3876 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3879 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3887 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3945 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3946 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3947 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3949 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 3955 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4082 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4084 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4099 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4101 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4105 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4119 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4123 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4170 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4174 | Tube Forgings of America, Inc. | Mechanical tubing | FILED June 15 |
| 4287 | American Piping Products | Seamless pipe | FILED June 14 |
| 4296 | American Piping Products | Seamless pipe | FILED June 14 |
| 4318 | American Piping Products | Seamless pipe | FILED June 14 |
| 4319 | American Piping Products | Seamless pipe | FILED June 14 |
| 4321 | American Piping Products | Seamless pipe | FILED June 14 |
| 4322 | American Piping Products | Seamless pipe | FILED June 14 |
| 4323 | American Piping Products | Seamless pipe | FILED June 14 |
| 4325 | American Piping Products | Seamless pipe | FILED June 14 |
| 4326 | American Piping Products | Seamless pipe | FILED June 14 |
| 4327 | American Piping Products | Seamless pipe | FILED June 14 |
| 4329 | American Piping Products | Seamless pipe | FILED June 14 |
| 4330 | American Piping Products | Seamless pipe | FILED June 14 |
| 4763 | American Piping Products | Seamless pipe | FILED June 14 |
| 4764 | American Piping Products | Seamless pipe | FILED June 14 |

CALVERT-DOC-PUB-0042

| 4765 | American Piping Products | Seamless pipe | FILED June 14 |
| 4768 | American Piping Products | Seamless pipe | FILED June 14 |
| 4774 | American Piping Products | Seamless pipe | FILED June 14 |
| 4850 | American Piping Products | Seamless pipe | FILED June 14 |
| 4888 | American Piping Products | Seamless pipe | FILED June 14 |
| 4890 | American Piping Products | Seamless pipe | FILED June 14 |
| 4891 | American Piping Products | Seamless pipe | FILED June 14 |
| 4934 | American Piping Products | Seamless pipe | FILED June 14 |
| 4940 | American Piping Products | Seamless pipe | FILED June 14 |
| 4958 | American Piping Products | Seamless pipe | FILED June 14 |
| 4960 | American Piping Products | Seamless pipe | FILED June 14 |
| 4961 | American Piping Products | Seamless pipe | FILED June 14 |
| 4965 | American Piping Products | Seamless pipe | FILED June 14 |
| 4966 | American Piping Products | Seamless pipe | FILED June 14 |
| 4967 | American Piping Products | Seamless pipe | FILED June 14 |
| 4997 | American Piping Products | Seamless pipe | FILED June 14 |
| 5006 | American Piping Products | Seamless pipe | FILED June 14 |
| 5032 | American Piping Products | Seamless pipe | FILED June 14 |
| 5034 | American Piping Products | Seamless pipe | FILED June 14 |
| 5040 | American Piping Products | Seamless pipe | FILED June 14 |
| 4152 | Marathon Oil Company | seamless pipe | FILED June 14 |
| 3989 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 3991 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 3993 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 3995 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 3998 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 3999 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4002 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4003 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4005 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4006 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4009 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4010 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4011 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4012 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4013 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |

CALVERT-DOC-PUB-0043

| | | | |
|---|---|---|---|
| 4015 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4024 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4030 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4035 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4045 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4048 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4050 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4052 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4056 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4058 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4060 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4061 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4062 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4069 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4073 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4075 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4079 | Nippon Steel & Sumikin Bussan Americas | Tin mill black plate | FILED June 15 |
| 4173 | Nippon Steel & Sumikin Bussan Americas | Tin Mill Black Plate | FILED June 15 |
| 4177 | Nippon Steel & Sumikin Bussan Americas | Tin Mill Black Plate | FILED June 15 |
| 4180 | Nippon Steel & Sumikin Bussan Americas | Tin Mill Black Plate | FILED June 15 |
| 4184 | Nippon Steel & Sumikin Bussan Americas | Tin Mill Black Plate | FILED June 15 |
| 4108 | Martin Door Manufacturing | Prepainted galvanized steel sheet | FILED June 15 |
| 5050 | Seneca Foods Corporation | electro tinplate | FILED June 20 |
| 5215 | Jadtis Industries | Tin coated steel | FILED June 20 |
| 5216 | Jadtis Industries | Tin coated steel | FILED June 20 |
| 5218 | Jadtis Industries | Tin coated steel | FILED June 20 |
| 4906 | Tenaris Global Services USA | seamless deep water line pipe | FILED June 20 |
| 5274 | Independent Can Company | Electrolytic tinplate | FILED June 21 |
| 5278 | Independent Can Company | Electrolytic tinplate | FILED June 21 |
| 5534 | Independent Can Company | Electrolytic tinplate | FILED June 21 |

CALVERT-DOC-PUB-0044

| | | | |
|------|------------------------------|------------------------------------------|----------------|
| 5558 | FIBA Technologies Inc | pipe | FILED June 21 |
| 5562 | FIBA Technologies Inc | pipe | FILED June 21 |
| 5779 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5782 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5786 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5795 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5798 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5805 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5945 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5949 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5955 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5957 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5961 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5965 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5972 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5984 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 5994 | Reynolds Services, Inc. | Electrolytic tinplate | FILED June 22 |
| 6055 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6059 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6070 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6074 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6420 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6421 | Famous Industries Inc | Light gauge hot dipped galvanized steel coils | FILED June 22 |
| 6660 | Crown Cork & Seal | Electrolytic tin free steel | FILED June 27 |
| 7177 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7187 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7206 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7560 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7561 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7740 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 7747 | Crown Cork & Seal | Eletrolytic Tin Free Steel | FILED June 27 |
| 6522 | Universal Steel Products | aluminum-zinc alloy coated steel | FILED June 27 |
| 8129 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8137 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8139 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8147 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8150 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8151 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8152 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8153 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8154 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8158 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8159 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8160 | Ball Metal Food Container LLC | Eletrolytic Tin Free Steel | FILED July 5 |
| 8427 | Ball Metal Food Container LLC | Electrolytic tinplate | FILED July 5 |

| 8428 | Ball Metal Food Container LLC | Electrolytic tinplate | FILED July 5 |
|---|---|---|---|
| 8430 | Ball Metal Food Container LLC | Electrolytic tinplate | FILED July 5 |
| 8125 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8126 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8128 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8131 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8132 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8133 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8136 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8138 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8140 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8142 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8143 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8144 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8146 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8148 | JFE Shoji Trade America, Inc. | Steel Plate Black | FILED July 5 |
| 8123 | Universal Steel Products | Coated Steel | FILED June 27 |
| 8149 | TMK IPSCO International, LLC | Seamless Green Tube | FILED July 5 |
| 8306 | TMK IPSCO International, LLC | Seamless Green Tube | FILED July 5 |
| 8312 | TMK IPSCO International, LLC | Seamless Green Tube | FILED July 5 |
| 8438 | Steel Service Oilfield Tubular | OCTG Tubing | FILED July 5 |
| 8439 | Steel Service Oilfield Tubular | OCTG Tubing | FILED July 5 |
| 8440 | Steel Service Oilfield Tubular | OCTG Tubing | FILED July 5 |
| 8231 | Kanematsu USA Inc | Seamless Alloy Steel Pipe | FILED July 5 |
| 8236 | Kanematsu USA Inc | Seamless Alloy Steel Pipe | FILED July 5 |
| 8247 | Kanematsu USA Inc | Seamless Alloy Steel Pipe | FILED July 5 |
| 8268 | Kanematsu USA Inc | Seamless Alloy Steel Pipe | FILED July 5 |
| 8404 | Kanematsu USA Inc | OCTG Tubing | FILED July 5 |
| 8426 | Kanematsu USA Inc | OCTG Tubing | FILED July 5 |
| 8434 | Kanematsu USA Inc | OCTG Tubing | FILED July 5 |
| 8435 | Kanematsu USA Inc | OCTG Tubing | FILED July 5 |
| 8436 | Kanematsu USA Inc | OCTG Tubing | FILED July 5 |
| 8130 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8134 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8135 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8240 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8244 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8246 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8249 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8251 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8254 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8257 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8260 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8262 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8272 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8276 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8294 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8295 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8296 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8297 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8298 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |

CALVERT-DOC-PUB-0046

| | | | |
|---|---|---|---|
| 8299 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8300 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8301 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8302 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8303 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8304 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8305 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8307 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8308 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8309 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8310 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8311 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8313 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8314 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8315 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8317 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8318 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8320 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8334 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8338 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8368 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8371 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8372 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8377 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8380 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8385 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8388 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8391 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8395 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8398 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8401 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8407 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8411 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8413 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8424 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8429 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8431 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8432 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8433 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8442 | California Steel Industries, Inc. | Slab from Mexico | FILED July 5 |
| 8918 | BP Exploration & Production | OCTG | FILED July 5 |
| 9450 | FIBA Technologies | 7304.59.8080 (pipe) | FILED July 11 |
| 9475 | FIBA Technologies | 7304.59.8080 (pipe) | FILED July 11 |
| 9235 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9239 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9425 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9426 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9431 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9433 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9438 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |

SHOULD be denied b/c quota country

| | | | |
|---|---|---|---|
| 9441 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9444 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9447 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9452 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9455 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9460 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9462 | SeAH Steel USA LLC. | OCTG J55 from Korea | FILED July 11 |
| 9765 | Famous Industries | galvanized steel coils | FILED July 13 |
| 9766 | Famous Industries | galvanized steel coils | FILED July 13 |
| 10059 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 10453 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 10480 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 10525 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 10528 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 10551 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14206 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14293 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14303 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14317 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14326 | National Tube Supply Inc | Hot rolled seamless pipe | FILED July 17 |
| 14612 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14632 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14674 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14682 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14691 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14829 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14891 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 14914 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15104 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15201 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15203 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15213 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15273 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15276 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15279 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15291 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15292 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15297 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15305 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15332 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15343 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15346 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15370 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15624 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15759 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15771 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15774 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15781 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15792 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15817 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15820 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |

CALVERT-DOC-PUB-0048

| | | | |
|---|---|---|---|
| 15826 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 15929 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 16931 | National Tube Supply Inc | Hot-rolled, seamless pipe | FILED July 17 |
| 12745 | Independent Can Company | Electrolytic Tinplate | FILED July 24 |
| 13000 | FIBA Technologies | Seamless Tubing | FILED July 24 |
| 13015 | FIBA Technologies | Seamless Tubing | FILED July 24 |
| 13026 | FIBA Technologies | Seamless Tubing | FILED July 24 |
| 14753 | Royal Metal Products | Hot dipped galvanized coil | FILED July 26 |
| 15010 | Baowin Steel | API 5CT casing | FILED July 26 |
| 15028 | Baowin Steel | API 5CT casing | FILED July 26 |
| 15039 | Baowin Steel | API 5CT casing | FILED July 26 |
| 15059 | Baowin Steel | API 5CT casing | FILED July 26 |
| 15094 | Baowin Steel | API 5CT casing | FILED July 26 |
| 15106 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15220 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15222 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15226 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15227 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15228 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15229 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15232 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15234 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15237 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15242 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15245 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15247 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15249 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15251 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15253 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15255 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15260 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 17320 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 17321 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 17322 | Baowin Steel | API 5CT Casing | FILED July 26 |
| 15810 | Omega Steel Company | Seamless Steel Pipe | FILED July 31 |
| 17229 | Omega Steel Company | Seamless Steel Pipe | FILED July 31 |
| 15478 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15636 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15671 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15683 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15710 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15721 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15724 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |

CALVERT-DOC-PUB-0049

| | | | |
|---|---|---|---|
| 15728 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15735 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15740 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15743 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15746 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15751 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15763 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15778 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15790 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15799 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15803 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15811 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15812 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15813 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15881 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15931 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16342 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16354 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16362 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16365 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16394 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16404 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16415 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16421 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16430 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |

CALVERT-DOC-PUB-0050

| | | | |
|---|---|---|---|
| 16445 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16449 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16490 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16502 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16518 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16535 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16563 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16571 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16587 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16597 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16610 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16639 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16653 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16656 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16664 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16668 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16682 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16695 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16710 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16722 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16739 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16746 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16756 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16792 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16801 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |

CALVERT-DOC-PUB-0051

| | | | |
|---|---|---|---|
| 16803 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16804 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16806 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16808 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 16810 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17390 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17720 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17727 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17801 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17812 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17816 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17824 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17827 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17830 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17834 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17836 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17841 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17844 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17848 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17851 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17859 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17861 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 17867 | Southwark Metal Manufacturing Co. | Hot Dipped Galvanized Steel Slit Sheet in Coil | FILED July 27 |
| 15390 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15404 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |

CALVERT-DOC-PUB-0052

| | | | |
|---|---|---|---|
| 15411 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15421 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15431 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15445 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15476 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15604 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15607 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15614 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15627 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15631 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15647 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15655 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15667 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15680 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15690 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15704 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15715 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15720 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15734 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15737 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15739 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15752 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15755 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15770 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15776 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |

CALVERT-DOC-PUB-0053

| | | | |
|---|---|---|---|
| 15779 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15789 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15918 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15919 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15921 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15922 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15923 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15924 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15925 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15926 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15927 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15937 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15938 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15939 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15940 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15945 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15962 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15964 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15971 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15974 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 17448 | Grant Prideco | Hot Rolled Seamless Drill Pipe Tube/Alloy Steel | FILED July 26 |
| 15934 | John Lawrie Tubulars | seamless pipe | FILED July 31 |
| 16265 | Royal Metals | galvanized | FILED August 1 |
| 16259 | Royal Metals | galvanized | FILED August 1 |
| 16269 | Royal Metals | galvanized | FILED August 1 |
| 16271 | Royal Metals | galvanized | FILED August 1 |
| 16277 | Royal Metals | galvanized | FILED August 1 |
| 16577 | Royal Metals | galvanized | FILED August 1 |
| 16592 | Royal Metals | galvanized | FILED August 1 |
| 16599 | Royal Metals | galvanized | FILED August 1 |

CALVERT-DOC-PUB-0054

| | | | |
|---|---|---|---|
| 16603 | Royal Metals | galvanized | FILED August 1 |
| 16607 | Royal Metals | galvanized | FILED August 1 |
| 16613 | Royal Metals | galvanized | FILED August 1 |
| 16617 | Royal Metals | galvanized | FILED August 1 |
| 16621 | Royal Metals | galvanized | FILED August 1 |
| 16971 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16973 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16975 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16977 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16979 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16991 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16995 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 16998 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 17003 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 17004 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |
| 17005 | California Steel Industries, Inc. | Slab from Turkey | FILED August 1 |

CALVERT-DOC-PUB-0055

**From:** Neuhaus, Chelsey (Federal) [CNeuhaus@doc.gov]
**Sent:** 8/7/2018 1:13:08 AM
**To:** ███████████████ doc.gov]
**Subject:** FW: Thank You Letter to Secretary Ross from John Ferriola
**Attachments:** DOC080618-08062018104311.pdf; Nucor_Investments_Fact_Sheet_Upgrades+New 7.18.pdf

Please see below and attached.

Chelsey Neuhaus
Deputy Director of Scheduling | Office of the Secretary
United States Department of Commerce
202-482-7452 (d) | ███████████████
cneuhaus@doc.gov

---

**From:** Bradner, Eileen [Corp] <Eileen.Bradner████████████
**Sent:** Monday, August 06, 2018 6:59 PM
**To:** Leach, Macie (Federal) <SLeach@doc.gov>; Bedan, Morgan (Federal) <MBedan@doc.gov>; Neuhaus, Chelsey (Federal) <CNeuhaus@doc.gov>
**Cc:** Maxwell, Lindsay [Corp] <Lindsay.Maxwell████████████
**Subject:** Thank You Letter to Secretary Ross from John Ferriola

Thank you for your assistance in arranging the call last week with the Secretary for John Ferriola of Nucor Corporation. Attached is a thank you note from Mr. Ferriola to the Secretary.

Best wishes,

Eileen Bradner


Eileen P. Bradner
Senior Director and Counsel, Federal Government Affairs
Nucor Public Affairs, Inc.
801 17th Street NW, Suite 201 - Washington, DC 20006
████████████ direct
eileen.bradner████████████
www.nucor.com

---

CONFIDENTIALITY NOTICE

This e-mail contains privileged and confidential information which is the property of Nucor, intended only for the use of the intended recipient(s). Unauthorized use or disclosure of this information is prohibited. If you are not an intended recipient, please immediately notify Nucor and destroy any copies of this email. Receipt of this e-mail shall not be deemed a waiver by Nucor of any privilege or the confidential nature of the information.



The Honorable Wilbur Ross
Secretary of the U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

Dear Secretary Ross:

Thank you for taking the time last week to discuss our opposition to excluding semi-finished steel slabs from the Section 232 tariffs. Nucor is greatly concerned that granting exclusion requests for slab would open the flood gates to dumped slab from foreign countries and undermine the success of the President's action.

The goal of the tariffs is to protect national security. Maintaining the hot end of the steelmaking process, where steel is actually made, is at the core of national security. High levels of dumped steel slabs threaten the hot end of production, putting our national security at risk. New capacity is coming online that will produce more domestic slabs. Granite City in Illinois is restarting, as is a JSW mill in Ohio. There will be plenty of slabs available domestically, and converting mills will still be able to get foreign slabs.

Excluding slabs from the 232 tariffs would also put additional investment in domestic steel production at risk. From 2009 through last year, Nucor invested $8.3 billion in acquisitions and capital projects to move up the product value chain. Currently, we have an additional $1.5 billion in new projects that have been approved and are in the permitting or construction phase. These investments will create nearly 800 new jobs within Nucor, and will generate thousands more American jobs in other sectors of the economy. Granting exclusion requests for imported slabs would undermine these and future investments, and the jobs they create. Dumped slab would flood the market, drive down prices and take away the economic incentive to invest in more domestic production.

The tariffs are working. They are protecting our national security and stimulating additional domestic steel production. We urge you not to put the effectiveness of the remedy at risk by granting exclusions for semi-finished steel slabs.

Finally, I would like to extend an invitation to you to visit one of the new micro-mills we are building in Missouri and Florida when they are completed to see firsthand how the steel industry is investing in America and its workers.

Sincerely,

John Ferriola
Chairman, CEO & President
Nucor Corporation

CALVERT-DOC-PUB-0057

# Continuing to Invest in Operations

## Announced over $1.5 billion in investments in new mills and upgrades



| Strategic Investments | Announced | Completion/ Startup | $ Amount (in millions) | Jobs Added or Existing Jobs** |
|---|---|---|---|---|
| **New Mills** | | | | |
| **Rebar Micro Mill in Florida**<br>▷ Produces low-cost rebar in proximity to surging Florida market<br>▷ Annual capacity of about 350,000 tons | Mar. 2018 | 1st Half 2020 | $240 | 250 new jobs |
| **Rebar Micro Mill in Missouri**<br>▷ Produces low-cost rebar in proximity to booming Kansas City market<br>▷ Annual capacity of about 350,000 tons | Nov. 2017 | Late 2019 | $250 | 255 new jobs |
| **Nucor-JFE Steel Mexico Galvanizing Line**<br>▷ This 50-50 joint venture with JFE produces galvanized sheet steel for the growing Mexican automotive market<br>▷ Annual capacity of about 400,000 tons<br>▷ The total investment of this 50-50 joint venture is $270 million | Jun. 2016 | 2nd Half 2019 | $135 | 300 new jobs |
| **Upgrades** | | | | |
| **Nucor Steel Arkansas Galvanizing Line**<br>▷ Gives Nucor flexibility to meet current and future demand for advanced high-strength steel products<br>▷ Allows Nucor to expand into new automotive market segments | May 2018 | 1st Half 2021 | $240 | TBD new jobs |
| **Nucor Steel Kankakee (Illinois) Midwest Merchant Bar Expansion**<br>▷ Build a full range merchant bar mill at existing Illinois steel mill leveraging existing melt capacity<br>▷ Annual merchant bar rolling capacity of 500,000 tons | Nov. 2017 | Late 2019 | $180 | 50 new jobs |
| **Nucor Steel Gallatin (Kentucky) Hot Band Galvanizing Line**<br>▷ 72 inch galvanizing line will be the widest hot-rolled galvanizing line in North America<br>▷ Allows Nucor to expand into new automotive market segments | May 2017 | 1st Half 2019 | $176 | 75 new jobs |
| **Nucor Steel Marion (Ohio) Rolling Mill Upgrade**<br>▷ Updated technology will reduce operating costs<br>▷ Enhances position as low cost producer & market leader in rebar | Mar. 2017 | 1st Half 2019 | $85 | 15 new jobs |
| **Nucor Steel Arkansas Specialty Cold Mill Complex**<br>▷ Supports our strategy of moving up the value chain and growing share in the automotive market<br>▷ Adds 500,000 tons of value added cold-rolled steel capability | Sept. 2016 | 1st Half 2019 | $230 | 100 new jobs |
| *Includes investments over $50 million<br>**Does not include indirect and induced jobs supported by the steel industry, which can be up to 5x the number of direct jobs reported here (American Iron and Steel Institute)* | | **Total** | **$1,536** | **1,045** |

CALVERT-DOC-PUB-0058

| **From:** | Payne, Warren S. [WPayne ▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | 8/7/2018 7:20:15 PM |
| **To:** | Joseph Laroski [Joseph.Laroski@trade.gov] |
| **Cc:** | Keeler, Timothy [TKeeler ▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | RE: Information on Steel Slab Product Exclusion Requests from USS |

Joe,

Yes it has been shared with the other folks.   Thanks very much for reviewing and passing it along.

Best,
Warren

**From:** Joseph Laroski [mailto:Joseph.Laroski@trade.gov]
**Sent:** Tuesday, August 07, 2018 3:18 PM
**To:** Payne, Warren S.
**Cc:** Keeler, Timothy
**Subject:** RE: Information on Steel Slab Product Exclusion Requests from USS

Thanks Warren.  I will pass this along.  Has this been shared with the exclusion team at BIS and E&C?

**Joseph A. Laroski  Jr.** | Director of Policy, Office of the Under Secretary for International Trade
**O:** 202-482-5788 | **F:** 202-482-2925 | **M:** 202-657-2447

**From:** Payne, Warren S. <WPayne ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, August 7, 2018 2:25 PM
**To:** Joseph Laroski <Joseph.Laroski@trade.gov>
**Cc:** Keeler, Timothy <TKeeler ▮▮▮▮▮▮▮▮▮▮
**Subject:** Information on Steel Slab Product Exclusion Requests from USS

Joe,

Attached please find some key background information related to the pending product exclusion requests for steel slab as well as some additional market information.  We would appreciate it if you could make sure Gil gets a copy of this material as well.   Some of the information in the attached document is confidential information related to US Steel's slab sales history and current negotiations with potential customers.  We hope you will find this information helpful and please let us know if you have any questions.

Thanks
Warren

Warren S. Payne
Senior Policy Advisor
Mayer Brown LLP

P: ▮▮▮▮▮▮▮▮▮▮
C: ▮▮▮▮▮▮▮▮▮▮

U. S. Steel is providing the requested business proprietary information with the understanding that the Department will use the information solely for purposes of reviewing relevant Exclusion Requests and U. S. Steel's objections thereto, and that the information will be treated as proprietary and business confidential information.  Indeed, the requested

information "is of a kind that the provider would not customarily make available to the public."  Critical Mass Energy Project v. Nuclear Regulatory Comm'n, 975 F.2d 871, 871 (1992).  **It is therefore exempt from the Freedom of Information Act**, 5 U.S.C. § 522 as "trade secrets and commercial or financial information obtained from a person and privileged or confidential."  See 5 U.S.C. § 552(b)(4); 15 C.F.R. § 2004.4.  It is understood that the information provided by U. S. Steel will not be made available to the public or any other parties outside of the government, unless so ordered by a court of competent jurisdiction.  In the event the Department is compelled by a court of competent jurisdiction to disclose this proprietary and confidential information, we understand that the Department will provide us with reasonable prior notice so U. S. Steel can consider seeking a protective order, provide a public redacted version of this submission, or other appropriate remedy.

_____
This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Information about how we handle personal information is available in our Privacy Notice.

*CONFIDENTIAL*

## Section 232 Exclusion Requests for Slab Should Be Denied

*Waiving the President's Section 232 tariffs on imports of semi-finished steel melted and poured in foreign countries—particularly adversaries such as Russia—would undermine the Section 232's fundamental purpose of strengthening national and economic security by injuring both the U.S. raw steel and downstream flat-rolled industries. Nearly two-thirds of the 2017 total slab import volume is already exempt from the tariffs under the Brazil quota. Granting tariff exclusions to foreign slab producers could undermine U.S. plant restarts and new, planned investments in American steel capacity by transferring the benefits of Section 232 away from American steelworkers and steel producers to foreign steelmakers—making our country weaker by diminishing both our ability to make steel and the long-term viability of the domestic steel industry.*

o **As the U.S. Department of Commerce's Section 232 report details, U.S. national security depends on the domestic industry's ability to manufacture steel from start to finish in America; the ability to melt and pour steel is fundamental to our national and economic security.**

  o The hot end of the steel value chain is where steel is made and accounts for the largest share of investment in a new mill, most (up to 90 percent) of the cost of the finished product, and roughly two-thirds of total steel employment. *See* attached letter from the USW, which U. S. Steel Corporation ("U. S. Steel") has included in its opposition filings to tariff exclusion requests for slab.

  o Low-priced slab imports are a 1-2 punch: they (1) displace and nearly eliminate U.S. commercial slab sales, causing idling of domestic raw steelmaking capacity, and (2) distort input costs for downstream flat-rolled steel products, depressing prices and capturing additional sales from domestic steelmakers.

  o Ensuring adequate hot-end production in the United States is at the <u>core</u> of the Section 232 – the Department's report specifically found that vertically-integrated producers are vital to national and economic security. Granting exclusions for slabs will exacerbate steel imports' threat to national security by further reducing domestic slab—and flat-rolled—capacity, investment, and employment. Tariff exclusions for slab will transfer the benefit of the President's Section 232 action to foreign steelmakers and away from domestic companies melting and pouring steel in the U.S.

o **With supplies of steel slab available from domestic and exempt import sources, exclusions for slab imports are not necessary and should not be granted.**

  o Until several years ago, the domestic industry made significant commercial slab sales, but it's been reduced to a small fraction of that today due to certain foreign-owned U.S. slab converters' decision to take advantage of low-priced imports of slab to <u>maintain employment in their foreign operations at the expense of American jobs.</u>

1

CALVERT-DOC-PUB-0061

*CONFIDENTIAL*

**Section 232 Exclusion Requests for Slab Should Be Denied**

o   As a result of escalating slab imports and decreased domestic commercial slab sales, millions of tons of capacity was idled in the U.S.  Granting slab exclusions to the Section 232 tariffs undermines the ability of domestic producers to restart and maintain operation of capacity idled in recent years.

o   With the announced restart of the blast furnaces at Granite City, 



th

o   Brazil's annual quota under Section 232 for slab is 3.86 million net tons – over 1.3 million net tons more than Brazil exported to U.S. in 2017.  <u>Nearly two-thirds of the 2017 total U.S. slab import volume is already excluded from the Section 232 tariffs</u>. Additional exclusions should not be granted when the product is available from exempt import sources.

o   Since the President announced his Section 232 action in March, slab imports have <u>increased</u> in 3 of the last 4 months to levels not seen since the summer of 2017, and July licenses for slab are on pace to reach 1 million tons per month, which would lead to a significant <u>increase</u> in slab imports from 2017 to 2018:

2

CALVERT-DOC-PUB-0062

## <u>Section 232 Exclusion Requests for Slab Should Be Denied</u>

**Semi Finished Imports by Month**



**Source:** Steel Import Analytics, July 11, 2018.

- o Imports from Brazil continue to surge in to fill the Section 232 quota, while imports from Russia continue to increase despite the Section 232 tariff:

**Semi-Finished Import Country Distribution over Past 12 Months**



**Source:** Steel Import Analytics, July 11, 2018.

- o The volumes for most of the exclusion requests for slab significantly exceed the historic volumes consumed by the requestors—and in some cases cover products that the requestors did not consume at all over the past 3 years. CSI's 354 exclusion requests alone are for volumes that are <u>1,360%</u> of CSI's annual average consumption and exceed CSI's 3 million NT rolling capacity by 31.5 million NT.

3

### Section 232 Exclusion Requests for Slab Should Be Denied

- **Even with the 25 percent tariff, slab importers <u>profit</u> from importing low-cost slab from their foreign headquarters/suppliers – granting a slab exclusion to foreign importers would award them double or even triple benefits at the expense of U.S.-based vertically-integrated producers.**

  - NLMK stated publicly that even with the additional 25 percent tariff, it was earning a margin of $50 to $70 per ton on slab sales to the U.S. *See* attached May 9, 2018 CRU. This is also demonstrated in slab import price data that shows that slab import prices have not increased anywhere near 25 percent. *See* attached Platts report.

  - Slab importers would enjoy a double or even triple benefit from a slab exclusion: (1) cheap slab imports; (2) higher profits on downstream products from lower cost slab; and (3) higher profits (in form of increased sales or higher prices) from Section 232.

  - Slab prices: The domestic industry sells slabs based on CRU prices for hot-rolled coils less a discount.



**Attachments (2)**

4



# UNITED STEELWORKERS

**UNITY AND STRENGTH FOR WORKERS**

**Leo W. Gerard**
International President

May 23, 2018

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
U.S. Department of Commerce
1401 Constitution Ave., N.W.
Washington, D.C. 20230

**Re: Section 232 Investigation Exclusion Requests for Slab Steel**

Dear Secretary Ross,

I am writing today to inform you of our support for U. S. Steel's opposition to various product exclusion requests for imports of steel slabs. As your Department found in its Section 232 Report, vertically-integrated steel producers are vital to national and economic security. U.S. national security depends on the domestic industry's ability to manufacture steel from start to finish in America. The ability to melt and pour steel is fundamental to our national and economic security. As a former steelmaker, you know the hot end of the steel value chain is where steel is actually made and accounts for roughly two-thirds of total steel employment. And as you know, once a furnace is idled, it is difficult and costly to restart meaning that workers who lost their jobs as a result of closing a furnace face long odds to getting those jobs back.

Today, the domestic industry sells only a small fraction of the volumes of steel slabs that it did only a few years ago and this drastic reduction in domestic sales has cost many of our member their jobs. The decline in American sales is due to foreign-owned producers of downstream finished steel products based in the U.S. taking advantage of low-priced imports of slab to maintain employment in their foreign headquarters/operations at the expense of American jobs and US-based production. These are the same producers requesting product exclusions for slab. While USW represents the workers at some of these foreign-owned producers of downstream finished steel products, we also represent many still-laid-off American workers at US Steel and other producers with the capacity to increase or restart slab production here in the U.S.

Low-priced slab imports create a domino effect by distorting input costs for downstream steel products. Slab imports first displace and injure domestic slab producers and then displace and injure domestic flat-rolled producers with distortive cost structures based on unfairly traded slab imports. Providing any additional

---

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union

Five Gateway Center, Pittsburgh, PA 15222 • 412-562-2400 • www.usw.org

CALVERT-DOC-PUB-0065

exclusions, exemptions, or other special or preferential treatment to imports of slab—as 2 of top 3 import sources and over half of total 2017 slab imports are—would exacerbate imports' threat to national security by further reducing domestic slab capacity, investment, and employment, moving more steel production overseas and decreasing the competitiveness of vertically-integrated producers' finished steel products, defeating the entire purpose of the Steel 232 action.

Therefore, to ensure that the Section 232 duties have the intended impact of increasing U.S. production and, therefore, employment of American-produced steel the Department should deny these steel slab product exclusion requests. The Section 232 tariff should be fully applied to these imports. The US domestic steel industry continues to have idled furnace capability, slab making capacity and laid-off steelworkers that would meet much of the demand that these exclusions seek. The U.S. should not be considering any slab exclusion while we have our own ability to produce these slabs at market prices and availability.

Sincerely,

Leo W. Gerard
International President

LWG/cdk

**United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union**

Five Gateway Center, Pittsburgh, PA 15222 • 412-562-2400 • www.usw.org

CALVERT-DOC-PUB-0066

&#128100; CUSTOMER LOGIN



**CRU / Knowledge and Insights /**
NLMK still profitable in slab exports to US, but how long will this last and could the tariffs affect ownership?

INSIGHT

# NLMK still profitable in slab exports to US

**Posted** 09 May 2018



**AUTHOR**
## Josh Spoores
Principal Analyst

View profile

( Steel )

Share:



CALVERT-DOC-PUB-0067

 



In recent earnings news, Russian steelmaker Novolipetsk (NLMK) said they have continued to export slabs from Russia to their US operations profitably from the perspective of NLMK Russia.

This supply has continued, we assume at market prices, in the face of the Section 232 (S232) tariff of 25%. Even with this extra cost, NLMK has said their Russian operations were earning a margin of $50 to $70 /t on such transfers.

How is this possible? It is quite simple: based on our cost model, Novolipetsk is one of the lowest cost steel producers in the world. Adding in the 25% tax as well as shipping and logistics costs and these slab transfers are still profitable, as stated by NLMK. These slabs are sold to the NLMK USA facility in Western Pennsylvania where they are converted to HR coil and then further processed into higher quality CR and HDG coil products.

CALVERT-DOC-PUB-0068

Conversely, without economic access to slab from the merchant market or transferred from Russia, NLMK USA is challenged in fully supporting their longstanding customers. Its US-based facility is operated with over 400 United Steelworkers and has previously noted that due to the S232 tariff, their participation in the spot sheet market has been limited. Even though US domestic prices of sheet products remain at a significant premium over global markets (HR coil prices this past April averaged $862 /s.ton or $950 /t) higher slab prices mean margins are squeezed.



NLMK USA, though, has applied for an exclusion for the slabs they require. If an exclusion is not approved, NLMK USA is likely to institute a surcharge on flat product sales.

One alternative to this surcharge structure, or a consequence of inability to implement it, could be the eventual sale of the NLMK Pennsylvania operations to a domestic steelmaker with excess slab production. However, there is currently no such operator as mills are either balanced or slab short. An

CALVERT-DOC-PUB-0069

alternative option could be sourcing slab from JSW following their acquisition of Acero Junction (formerly Mingo Junction, an area that can trace steelmaking roots back to the Carnegie Steel Company). This option would be reliant upon JSW's successful restart of the EAF at Acero Junction. Theoretically, slabs produced here could then travel 80+ miles to be converted into various high-quality sheet products.

This option, however, is not likely for a variety of reasons, and we expect that NLMK will continue to operate in the US as a key supplier of sheet products with or without the exclusion. One reason is that we continue to expect that the Section 232 is only temporary in nature and therefore, any period of limited margins due to this policy will be short-lived. Another, larger reason is the Acero Junction EAF has had multiple challenges in the past and an easy restart may not be as simple as it sounds.

CRU provides further analysis of such issues, assessing their impact on your markets, in its new Global Steel Trade Service.

The Global Steel Trade Service is the authoritative single source of steel and scrap import and export prices, international trade flows, market intelligence and analysis. It utilises proprietary CRU data, the best primary research where it counts, and robust price assessments made by regionally-specialised but globally-networked analysts.

This service will help you identify international supply threats or market opportunities, negotiate powerfully and be efficiently and comprehensively briefed in your international commercial and strategic interactions.

For more information please contact us via the enquiry button below and let us help you navigate the market.

**Explore this topic with CRU**

CALVERT-DOC-PUB-0070

| **From:** | Teague, Anne (Federal) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=73FB6C31C6C84D7F948242671203802A-ANNE TEAGUE] |
| **Sent:** | 8/22/2018 5:12:48 PM |
| **To:** | Comstock, Earl (Federal) [EComstock@doc.gov]; Nikakhtar, Nazak [Nazak.Nikakhtar@trade.gov]; Holmes, Tanya [Tanya.Holmes@trade.gov]; Borman, Matthew [Matthew.Borman@bis.doc.gov]; Guido, John (Federal) [JGuido@doc.gov] |
| **CC:** | Gary Taverman [Gary.Taverman@trade.gov] |

| **Subject:** | Meeting with Nucor and U.S. Steel |
| **Location:** | 5862 |

| **Start:** | 9/6/2018 8:00:00 PM |
| **End:** | 9/6/2018 8:30:00 PM |
| **Show Time As:** | Busy |

| **Required Attendees:** | Comstock, Earl (Federal); Nikakhtar, Nazak; Holmes, Tanya; Borman, Matthew; Guido, John (Federal) |
| **Optional Attendees:** | Gary Taverman |

Attendees:

- Eileen Bradner – Nucor
- Todd Young – US Steel
- Alan Price – Wiley Rein
- Tim Keeler – Mayer Brown

**From:** Claeys, Stephen
**Sent:** Monday, August 20, 2018 10:06 AM
**To:** ATeague@doc.gov
**Cc:** Weld, Chris <CWeld@████████>
**Subject:** Requested Meeting on Steel Section 232 Exclusion Process

Hi Anne,

We spoke with Nazak Nikakhtar a few weeks ago about possible changes to the steel Section 232 exclusion process.  Last Friday she suggested that we also meet with Earl to discuss this issue.  Ideally, the meeting would be with both Nucor and U.S. Steel because both companies have been working together.  However, in trying to find time that works for everyone on our side, the only windows open now are the afternoon of next Monday, August 27, and next Tuesday, August 28, except for 12:00-3:00.  Would it be possible to arrange a meeting with Earl during those windows?  Thank you for your help.

Best,

Steve



**Stephen J. Claeys** | Attorney at Law
1776 K Street NW | Washington, DC 20006
T: ▋▋▋▋▋▋▋▋ | sclaeys@▋▋▋▋▋▋▋
wileyrein.com
LinkedIn   Twitter

**From:** Keeler, Timothy [TKeeler███████████]
**Sent:** 10/18/2018 5:07:30 PM
**To:** Comstock, Earl (Federal) [EComstock@doc.gov]
**Subject:** Re: Follow up re meeting request

Slab exclusion requests.   Thanks, Tim.

Sent from my iPhone

> On Oct 18, 2018, at 12:54 PM, Comstock, Earl (Federal) <EComstock@doc.gov> wrote:
>
> Thanks Tim.  Remind what issue it is that we are speaking about?  Steel 232?  Earl
>
> On 10/18/18, 12:47 PM, "Keeler, Timothy" <TKeeler████████████ wrote:
>
>     Thanks Earl.  I take it the timing of the decisions are such that this time frame will still be relevant.  I know that Wed Oct. 31 through Friday, Nov. 2 are dates that work (that is, 31st, 1st and 2nd), if it's possible to schedule now.
>
>     Thanks and best regards, Tim
>
>
>     -----Original Message-----
>     From: Comstock, Earl (Federal) <EComstock@doc.gov>
>     Sent: Thursday, October 18, 2018 12:40 PM
>     To: Keeler, Timothy <TKeeler████████████
>     Cc: Teague, Anne (Federal) <ATeague@doc.gov>
>     Subject: Re: Follow up re meeting request
>
>     Thanks Tim.  I am out of the country on official travel next week, as is Annie.  When we get back to town we can look for a time the week after next or the one after that.
>
>     Earl
>
>     On 10/18/18, 12:38 PM, "Keeler, Timothy" <TKeeler████████████  wrote:
>
>         And if Tuesday is possible we can have a business executive in town.   Thanks, Tim.
>
>         Sent from my iPhone
>
>> On Oct 17, 2018, at 8:28 PM, Keeler, Timothy <TKeeler████████████ wrote:
>>
>> Earl - just checking in again.  Please let me know what might work.  Many thanks, Tim.
>>
>> Sent from my iPhone
>>
>>> On Oct 15, 2018, at 10:17 AM, Keeler, Timothy <TKeeler████████████ wrote:
>>>
>>> Earl - resending - since personally I tend to forget late Friday stuff - thanks.
>>>
>>> Sent from my iPhone
>>>
>>>> On Oct 12, 2018, at 5:36 PM, Keeler, Timothy <TKeeler████████████ wrote:
>>>>
>>>>
>>>> Earl, per our conversation, please let me know when you have availability next week to meet.  Thanks, Tim.
>>>>
>>>> Sent from my iPhone
>>     _____
>     This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.
>
>     Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).
>
>     Information about how we handle personal information is available in our Privacy Notice<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mayerbrown.com%2FLegal-Notices%2FPrivacy-

Notice%2F&amp;data=01%7C01%7CTKeeler%40mayerbrown.com%7C3a459aa0e5d847351eff08d6351a4c5d%7C09131022b7854e
6d8d42916975e51262%7C0&amp;sdata=YJlzXglSvgBaSj8iOLM1%2BvIM5nv8s2gffH8rKXnmqSE%3D&amp;reserved=0>.
>
>
>
>

| From: | Keeler, Timothy [TKeeler████████████ |
| Sent: | 11/1/2018 1:13:21 AM |
| To: | Christine Rafiekian [Christine.Rafiekian@trade.gov] |
| CC: | Joseph Laroski [Joseph.Laroski@trade.gov]; Ramon Rodriguez [Ramon.Rodriguez@trade.gov]; Lesley Elouaradia [Lesley.Elouaradia@trade.gov]; Valerie McNeill [Valerie.McNeill@trade.gov] |
| Subject: | Re: Meeting request for U/S Kaplan |

Thanks very much.    Best, Tim.

Sent from my iPhone

> On Oct 31, 2018, at 6:45 PM, Christine Rafiekian <Christine.Rafiekian@trade.gov> wrote:
>
> Dear Tim,
>
> I hope this email finds you well.
>
> For your awareness, U/S Kaplan will also be at your meeting on Friday afternoon with Earl Comstock.
>
> With my very best regards,
> Christine
>
> Christine Rafiekian
> Special Assistant to the Under Secretary
> Office of the Under Secretary
> International Trade Administration | U. S. Department of Commerce
> Desk: ██████████████
> Mobile██████████████
> christine.rafiekian@trade.gov
>
> -----Original Message-----
> From: Keeler, Timothy <TKeeler███████████
> Sent: Tuesday, October 30, 2018 5:44 PM
> To: Joseph Laroski <Joseph.Laroski@trade.gov>
> Cc: Ramon Rodriguez <Ramon.Rodriguez@trade.gov>; Christine Rafiekian <Christine.Rafiekian@trade.gov>;
Lesley Elouaradia <Lesley.Elouaradia@trade.gov>; Valerie McNeill <Valerie.McNeill@trade.gov>
> Subject: Re: Meeting request for U/S Kaplan
>
> FYI, we are scheduled to meet with Earl Comstock on Friday at 1:00.    Best, Tim.
>
> Sent from my iPhone
>
>> On Oct 24, 2018, at 1:41 PM, Joseph Laroski <Joseph.Laroski@trade.gov> wrote:
>>
>> Thanks Tim.  Passing it along to our exec sec and scheduling teams.
>>
>> Joseph A. Laroski  Jr. | Director of Policy, Office of the Under
>> Secretary for International Trade
>> O: 202-482-5788 | F: 202-482-2925 | ██████████████
>>
>> -----Original Message-----
>> From: Keeler, Timothy <TKeeler███████████
>> Sent: Wednesday, October 24, 2018 1:38 PM
>> To: Joseph Laroski <Joseph.Laroski@trade.gov>
>> Subject: Meeting request for U/S Kaplan
>>
>>
>> Joe - US Steel would like to request a meeting with Under Secretary Kaplan to discuss the exclusion
request for slab imports.    As we discussed, USS has also requested a meeting with Earl Comstock.
Optimally (assuming it was timely for the decision), we'd like the afternoon of Friday, Nov. 2 so that a
business executive can attend.    Please let me know.    Thank you, Tim.
>>
>>
>> Sent from my iPhone
>> _____
>> ____ This email and any files transmitted with it are intended solely
>> for the use of the individual or entity to whom they are addressed. If you have received this email in
error please notify the system manager. If you are not the named addressee you should not disseminate,
distribute or copy this e-mail.
>>

>> Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

>>

>> Information about how we handle personal information is available in our Privacy Notice<https://na01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.mayerbrown.com%2FLegal-Notices%2FPrivacy-Notice%2F&amp;data=02%7C01%7CJoseph.Laroski%40trade.gov%7C280a680a97d748c01e5108d63f974376%7Ca1d183f26c7b4d9ab9945f2f31b3f780%7C1%7C0%7C636766316239431986&amp;sdata=%2FOXFXvnTsEZZGdzZd1ThYgMiKq%2BBpKVOidNaipDZw%2Bk%3D&amp;reserved=0>.

**From**: Comstock, Earl (Federal) [EComstock@doc.gov]
**To**: Borman, Matthew [Matthew.Borman@bis.doc.gov]; Vaccaro, Michael [Michael.Vaccaro@bis.doc.gov]; Gilbert Kaplan [Gilbert.Kaplan@trade.gov]

**Subject**: Meeting with Tim Keeler re: 232
**Location**: 5858

**Start**: 11/2/2018 5:00:00 PM
**End**: 11/2/2018 6:00:00 PM
**Show Time As**: Busy

**Recurrence**: (none)

232 exclusion requests on slab products

**Attendees:**

- Robert Kopf, USS General Manager, Business Support
- Todd Young, USS Managing Director, Government Affairs
- Ben Caryl, USS, Associate GC, International Trade
- Tim Keeler, Mayer Brown
- Warren Payne, Mayer Brown

**From:** Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD]
**Sent:** 12/10/2018 6:33:10 PM
**To:** Beth.Ludwig█████████
**Subject:** U.S. Department of Commerce - OFFICIAL BUSINESS

How much spare slab production capacity does AK now have…., including swing capacity from stainless to carbon steel??

How much AVAILABLE CAPACITY does U.S. Steel now have?  How much of it can be shipped to California at competitive prices??


Mark
████████

| From: | Alex Villanueva [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEEE8961B555449EA73909D025417BBE-ALEX VILLAN] |
| --- | --- |
| Sent: | 12/20/2018 8:11:44 PM |
| To: | Carole Showers [Carole.Showers@trade.gov]; Michael Rollin [Michael.Rollin@trade.gov] |
| Subject: | FW: FYI some of the latest on US steel production |
| Attachments: | 20181217071252618.pdf; JSW interview with Hritz 12-17-18.pdf; JSW starts Mingo EAF 12-17-18.pdf |

**From:** Joseph Laroski
**Sent:** Thursday, December 20, 2018 3:05 PM
**To:** Alex Villanueva <Alex.Villanueva@trade.gov>; Gary Taverman <Gary.Taverman@trade.gov>
**Subject:** Fwd: FYI some of the latest on US steel production


Joseph A. Laroski Jr. | Director of Policy
Office of the Under Secretary for International Trade
United States Department of Commerce, International Trade Administration
O: 202-482-5788 | F: 202-482-2925 | M: ███████████ | E: Joseph.Laroski@trade.gov

**From:** Payne, Warren S. <wpayne@███████████>
**Sent:** Thursday, December 20, 2018 14:34
**To:** Joseph Laroski; bradley.bailey@██████████ mathew.borman@bis.doc.gov
**Cc:** Keeler, Timothy; Payne, Warren S.
**Subject:** FYI some of the latest on US steel production

Gentlemen,

I thought you might find these articles informative. As you can see they describe the significant ramp up in capacity for semi finished steel products here in the US – which in combination with the quota that has been established for Brazil would seem to mitigate claims that there is not enough US supply. In particular please note JSW's public announcement that they want to source domestically from here on out. Also, worth noting the comment that JSW is sitting on a sizable inventory of imported slabs. Further, the last article describes how CSI is buying slabs from US Steel's Granite City facility (the facility the President visited a couple months ago). I think this pretty clearly addresses questions about the ability of the domestic industry to supply the West Coast. Joe if possible please share with U/S Kaplan as well. Please let us know if you have any questions.

Thanks and happy holidays.

Warren

Warren S. Payne
Senior Policy Advisor
Mayer Brown LLP


C: ███████████

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom

they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information is available in our Privacy Notice.


# CSI buying U.S. Steel slabs in Section 232 tariff workaround

CHICAGO — U.S. Steel's Granite City mill in Illinois is selling slabs to California Steel Industries (CSI) for the latter to use as feedstock for its flat-rolled products, market sources and government filings indicate.

The prices for the slabs are not known.

Granite City's slab shipments to CSI have been enabled by competitive rail freight rates, one flat-rolled buyer said on Tuesday December 11.

CSI did not respond to Fastmarkets AMM's requests for comment.

"While we do not discuss our customer relationships and



Business arrangement. U.S. Steel has entered into a "contractual supply agreement to CSI through 2019" for slabs, U.S. Steel wrote in a BIS filing.

contracts publicly, U.S. Steel has long served customers of all sizes with high-quality steel, including the domestic sale of slabs, which we intend to continue in the future," a U.S. Steel spokesperson said via email on December 14.

One freight element that makes the flow possible is the fact that Granite City can ship slabs via rail on a single Union Pacific rail line to CSI's Fontana, California, facility for roughly $50-60 per ton - far below typical trucking rates to California from Illinois, which can run more than $100 per ton, this buyer source said.

This lower freight rate is achieved partly PAGE 2

## Nasdaq logs first HRC contract trade

NEW YORK — The first hot-rolled coil (HRC) futures contract on the Nasdaq Futures Exchange (NFX) was traded on Friday December 14, the same day that NFX launched its HRC futures contract in the United States.

In the contract's first block trade, a broker traded 25 lots (representing 500 short tons) for January 2019 at $730 per ton.

"This trade on the first day of the contract's launch is an encouraging sign for the future of this important ferrous contract," NFX chief operating officer Steve Sladoje said. "We're excited to see activity on day one."

The contract is tied to Fastmarkets AMM's daily US Midwest hot-rolled coil index, which fell to $36.73 per hundredweight ($734.60 per short ton) on December 14 from $37.10 per cwt previously.

The new NFX contract is part of a suite of contracts underpinned by Fastmarkets' ferrous pricing, along with NFX's US Midwest shredded steel scrap contract, the CME's US Midwest busheling ferrous scrap contract and the Singapore Exchange's high-grade iron ore 65% contract.

NFX's specifications for the HRC futures contract, the first daily HRC contract in the US, can be found here. The HRC futures contract also complements NFX's existing US Midwest shredded scrap contract, which is also tied to Fastmarkets' prices and which has recently seen increased activity.

*Nat Rudarakanchana in Chicago contributed to this report.*

**MUYAO SHEN**

## A380.1 falls further; discounting seen

NEW YORK — The A380.1 price fell further on Thursday December 13, due to secondary aluminium alloy producers continuing to compete for business amid worries over a lack of contracted volumes for 2019 and waning demand as the year-end approaches.

Fastmarkets AMM's benchmark A380.1 price widened down to 86-88 cents per lb on December 13, off from the previous assessment of 87-88 cents per lb on Monday December 10.

The alloy assessment has been vulnerable to downward pressure ever since the price difference between A380.1 and nonferrous auto shred (twitch) extended to a near-decade-wide spread of 47 cents per lb in early September. The gap has steadily eased in the months since, with the latest price decline for A380.1 alloy bringing the spread to 33 cents per lb, its narrowest level since July 6.

Despite the downward pressure, A380.1 producers had exhibited some pricing discipline prior to this month, challenging the historically wide margins and refraining from discounting material too heavily.

Still, the price spread also motivated secondary aluminium alloy buyers - who expect more competitive pricing on the spot market next year - to target smaller contract volumes for 2019.

"Some buyers are going to leave PAGE 3

## HRC prices dip again; lead times short

NEW YORK — Hot-rolled coil prices in the United States dipped again on Thursday December 13 as some mills continued to "fill the holes" in their December order books, according to market participants.

Fastmarkets AMM's daily US Midwest hot-rolled coil index fell to $37.10 per hundredweight ($742 per short ton) on Thursday, down from $37.40 per cwt.

Lead times were averaging around two weeks, market participants said. Notably, one HRC end user said he could receive orders in as little as five days if he "really needed it."

### HEARD IN THE MARKET

Sources quoted HRC prices in a range of $35.50-39.50 per cwt. The high end of the range came from a mill source on small-tonnage orders. The low end came from an end-user source.

In general, market participants reported that prices below the index were "achievable," with mills trying to fill holes in their order books before the end of the year.

### QUOTES OF THE DAY

- "It looks like some people made some year-end deals and buys, and so maybe buyers won't be filling out some contracts as much as PAGE 3

IT IS A VIOLATION OF FASTMARKETS AMM COPYRIGHT TO PHOTOCOPY/DISTRIBUTE THIS PRODUCT

CALVERT-DOC-PUB-0082



## CSI buying U.S. Steel slabs in Section 232 tariff workaround

CONTINUED FROM PAGE 1

because there are no rail switches on this particular route, so Pittsburgh-based U.S. Steel and CSI do not have to switch rail companies, he added.

Indeed, U.S. Steel has entered into a "contractual supply agreement to CSI through 2019" for slabs, U.S. Steel wrote in a surrebuttal document filed with the U.S. Bureau of Industry and Security (BIS).

Volumes under this arrangement now range from 10,000-15,000 net tons per month, an amount that CSI initially committed to but U.S. Steel is open to increasing, the document states.

Still, for the late third and fourth quarter of 2018, CSI has only ordered the "absolute minimum" monthly volume of slabs, even while U.S. Steel urged the company to buy more material, the filing states.

CSI has said the arrangement has proven not to be "good business" for either CSI or U.S. Steel, rebuttal filings by CSI show. On the contrary, it is good business for U.S. Steel, and even more so lately insofar as Granite City's hot-end has come back online, U.S. Steel said.

"U.S. Steel can make a higher return using its slabs to minimize its excess rolling capacity. And CSI is a healthier company by avoiding the high cost of buying from U.S. Steel, with its significant single-domestic-supplier pricing power," CSI wrote in its initial rebuttal filing, noting that other US integrated mills have no interest in selling slabs to CSI.

It costs tremendously to transport slabs west of the Rocky Mountains: Four times as much as ocean freight to Los Angeles from Brazil or Japan and 10 times the freight cost of importing slabs from Mexico, CSI said.

Still, U.S. Steel might be comfortable selling slabs to a competitor in this case because CSI doesn't sell a lot of flat-rolled products into the Midwest or into other regions where U.S. Steel competes, the flat-rolled buyer said.

"[U.S. Steel] may typically sell those slabs at just over cost, because those slabs don't

become coils that come back into the Midwest," flat-rolled buyer, who didn't have knowledge of the specific prices involved, told Fastmarkets AMM.

U.S. Steel chief executive officer David Burritt had said during an August 2 earnings conference call that his company was "open for business" and willing to sell big slab volumes into the domestic market.

CSI aims to import 2.3 million tonnes of slabs, or roughly 85% of its capacity, to feed its 2.72-million-tonne-per-year rolling mill, BIS filings show. A potential 180,000 net tons of annual slab supply from U.S. Steel, or 15,000 tons monthly, satisfies only a portion of CSI's overall slab needs.

CSI and other US slab converters requested an exemption to the 25% Section 232 tariffs implemented against steel product imports earlier this year so that they could bring slabs in to roll into finished steel products, which they have done for years. No major slab exemptions have yet been granted and domestic mills still object to such duty-free slab imports.

CSI, which opened its January order book for flat-rolled sales last week, noted that all pricing is "subject to slab availability and mill capacity." West Coast steel buyers have not reported problems in securing flat-rolled steel from CSI.

Flat-rolled prices on the West Coast may have fallen compared with a month ago after local mills lowered pricing to one West Coast distributor. The lower West Coast steel prices mirror a decline in steel prices in other US regions..

"I was actually surprised" by the lower price, one West Coast distributor said on December 7. "I expected same pricing as last offer" for January shipments, he said.

A second West Coast distributor put his regional hot-rolled coil price for January shipment at $42 per hundredweight ($840 per ton) on December 5.

Fastmarkets AMM's daily US Midwest HRC index was at $37.71 per cwt on December 5, implying a $4.29-per-cwt premium for West Coast HRC. Trucking rates from the US Midwest into the West Coast can be around $5 per cwt. The index slipped to $37.10 per cwt on December 13, down by $3.07 per cwt from $40.17 per cwt one month earlier.

Brazilian slabs - the only

duty-free import source for US slab supply - were priced at $430-485 per tonne fob export, Fastmarkets December 7 assessment show.

CSI and other US slab converters have made limited comments regarding their business strategies going forward if they fail to secure exemptions from the 25% Section 232 tariffs on steel slabs. Domestic mills have pointed out that slab converters can still import as much slab as they want, simply by paying the 25% tariff.

NAT RUDARAKANCHANA

| PRICING AT A GLANCE | |
|---|---|
| **NYMEX** | |
| Copper | 276.05¢ |
| Hot-rolled coil | $758.00 |
| Gold | $1,237.00 |
| Platinum | $785.30 |
| Silver | 1,451.30¢ |
| **LME** | |
| Aluminium | $1,908.00 |
| Copper | $6,104.00 |
| Lead | $1,927.00 |
| Nickel | $10,740.00 |
| Zinc | $2,580.00 |

CALVERT-DOC-PUB-0083

Print this page



# Interview with JSW USA CEO John Hritz

Sunday, December 16, 2018 3:00 PM  Written by  Tim Triplett  Published in  Steel Mills

Over this weekend, Steel Market Update had two conversations with JSW USA President & CEO John Hritz.  On Saturday, we spoke about the successful start-up of the electric arc furnace at their JSW Ohio steel mill in Mingo Junction. On Sunday, we spoke in more detail about JSW USA and the company goal of being a 100 percent domestic plate, pipe and hot rolled steel supplier. With the start-up of the JSW Ohio "hot end," the company has taken another big step toward becoming a player in the commodity hot rolled market.

Hritz did not mince words as he discussed the challenges the company faces at JSW Ohio. "The cost saving [of melting their own steel versus buying foreign slabs] is substantial," he told SMU. Now that the mill has taken the first step and will be making steel for trial and then production orders going into 2019, their focus will be on quality – especially off the hot strip mill.



"We are working hard on the hot strip mill. It needed a lot of attention, and we are giving it that attention. The goal is to create perfect quality steels," he said.

Hritz spoke openly about being able to rebuild equipment and train people. "The hardest thing to rebuild is a company's reputation."

We asked if there is another mill they are emulating as they try to build a new reputation for a mill that was shuttered before being reborn as Acero Junction and now JSW Ohio. "We want to emulate ourselves. We have the right recipe," he said. Hritz pointed to the success of JSW's Baytown, Texas, plate and pipe mill, which is running at full capacity and is booked well into calendar year 2019. "We will have the lowest cost, the best quality, and we will be there in less than two years," he added.

He wanted to make sure that Steel Market Update understood the comments he made on Saturday regarding buying foreign slabs for the JSW Ohio steel mill. "Our goal is for JSW USA to be a 100 percent melt and manufactured in the United States steel supplier, and we will be there in about two years."

CALVERT-DOC-PUB-0084

We discussed the issue JSW USA is having with the tariffs on the 10-inch and 12-inch slabs, as well as API grades, that have to be imported. JSW USA filed for an exclusion on the 10-inch and 12-inch slabs. Three domestic mills filed objections to their exclusion requests. There have been rebuttals made, but still there is no decision from the U.S. Department of Commerce. Hritz told SMU that the domestic mills filed objections against all of the other domestic mills that need to buy foreign slabs and, as far as he knew, not one slab-buying mill had received a final decision. "If they could be sourced here, JSW would buy them here," he added.

JSW will need imported slabs for only a limited amount of time as their new EAF at Baytown is under construction and should be able to run the 10-inch, 12-inch and API grades needed to replace foreign suppliers upon completion.

JSW USA is spending about one billion dollars ($1,000,000,000) on the improvements at Baytown and Mingo Junction, Hritz said. "It's about creating jobs," he added, jobs that will be secure due to the technology being incorporated into these two mills.

As the new EAFs (one at Baytown and one planned for Ohio) come online over the next two years, JSW USA will become a 3-million-ton flat rolled mill, a 1-million-ton plate mill and 500,000-ton pipe mill. "We are going to do something that no one has done, particularly on plate and energy," Hritz said.

A second EAF for JSW Ohio is in the "design process" and is on paper now, with an expectation that it could be operational within the next two years, Hritz said. However, business conditions can affect that process and the assumption for the second furnace is predicated on a successful introduction of the product from the furnace just brought online.

Hritz told us they are being "thoughtful about volume so we can stay on top of maintenance." JSW Baytown has an OSHA recordable rate of one (1), he noted.

JSW USA has taken another step in the long process toward building JSW as a brand to be reckoned with in the near future.



## Tim Triplett

Tim Triplett is the executive editor of Steel Market Update. Tim joined SMU after 20 years as editor-in-chief of Metal Center News Magazine. A journalist and business writer for 40 years, Tim holds an MBA from

Aurora University. Tim can be reached at Tim@SteelMarketUpdate.com or by phone at 630-513-5916.

Website: https://www.steelmarketupdate.com

CALVERT-DOC-PUB-0086

Print this page



# JSW Ohio Casts First Steel from Reborn EAF

Sunday, December 16, 2018 4:00 PM Written by John Packard Published in Steel Mills

There is a "new domestic" steel minimill capable of producing 1.5 million tons per year of steel from scrap. On Friday, JSW USA restarted the electric arc furnace at the JSW Ohio steel plant at Mingo Junction and cast their first domestically produced slab. "The last month has been incredibly butt hard work," said JSW USA CEO John Hritz. "Now we will be a melt and manufacturer."

The process of bringing up the 14-year-old EAF after an almost 10-year hiatus was no small feat. Severstal shut the former Wheeling-Pittsburgh Mingo Junction furnace down in February 2009 due to poor business conditions associated with the Great Recession. The furnace was originally going to be brought back online by JSW Ohio in November of this year, but suffered a number of setbacks as various contractors put the finishing touches on the EAF, ladle furnace, caster and surrounding equipment.

JSW advised they anticipate beginning regular production later this week as the company moves toward "120,000 tons per month in a thoughtful way," said Hritz in a phone interview with Steel Market Update on Saturday. The furnace should be able to produce 1.5 million tons of steel per year.

The hot strip mill at JSW Ohio can produce 3 million tons of hot rolled on an annual basis. Hritz told SMU the company already has "a significant slab inventory from offshore sources." However, the company's intention "is to be a 100 percent melt manufacturer" and thus a fully domestic steel producer.

Hritz did not rule out the possibility of buying foreign slabs in the future. Those decisions would be based on "market conditions and our product mix." He went on to say, "We don't want to buy slabs that are tariffed," a reference to the Section 232 tariffs affecting slabs from all but a few countries (like Brazil, which is on a hard quota).

JSW Ohio is planning to add another EAF furnace at Mingo Junction. The combination of the two furnaces would make the mill a 3 million per ton producer.

CALVERT-DOC-PUB-0087

Earlier in the week, SMU learned that the commercial team is being assembled for the Ohio facility. We were told the plan called for three to four outside salespeople with a field sales director coming under the wing of Senior VP of Sales and Marketing Ernie Rummler. The mill has also been hiring inside sales support as they prepare to build up their tonnage as the EAF ramps up over the coming months to the 120,000 tons per month level CEO Hirtz discussed with SMU over the weekend.

JSW USA has been very active as they prepare to expand their footprint in the United States. The company is constructing a new EAF at their Baytown, Texas, facility, which will allow them to produce plate without having to go to their parent company out of India, as well as Mexico and Brazil, for the required 12-inch slabs. The company broke ground in October on what it claims will be the most technologically advanced electric arc furnace, slab caster and plate mill in the world. It will be the only melt and manufacture plate mill with a contiguous pipe mill in North America.

When SMU saw the JSW USA CEO speak in Chicago at the CRU North American Steel Conference, Hirtz stated, "What have we been doing, what are we doing? We are putting in new equipment and new technology. We are doing something that no one else is doing in America."

The photographs shown below were taken by JSW USA CEO John Hirtz. The first photo is the first tap of the EAF into a ladle. The second is the first, still red hot, slab produced at JSW Ohio on Friday, Dec. 14, 2018.



CALVERT-DOC-PUB-0088







### John Packard

John Packard is the President and Publisher of Steel Market Update. Since 1977, he has been an active participant in the flat rolled steel business in North America. His background provides the unique flavor and quality of Steel Market Update. John has held positions in the service center, steel mill and trading company segments of the flat rolled steel industry. John founded Steel Market Update, Inc. in August 2008. John can be reached via email at: John@SteelMarketUpdate.com or by phone: 800-432-3475.

CALVERT-DOC-PUB-0089

**Website:** www.SteelMarketUpdate.com

CALVERT-DOC-PUB-0090

**From:** Christine Rafiekian [Christine.Rafiekian@trade.gov]
**To:** Christina Delgado [Christina.Delgado@trade.gov]; Christine Rafiekian [Christine.Rafiekian@trade.gov]; Jeffrey Odum [Jeffrey.Odum@trade.gov]; John Cooney [John.Cooney@trade.gov]; Joseph Laroski [Joseph.Laroski@trade.gov]; Lesley Elouaradia [Lesley.Elouaradia@trade.gov]; Nathan Traurig [Nathan.Traurig@trade.gov]; Ramon Rodriguez [Ramon.Rodriguez@trade.gov]; Valerie McNeill [Valerie.McNeill@trade.gov]; Gary Taverman [Gary.Taverman@trade.gov]

**Subject:** Call with US Steel
**Attachments:** Section 232_us_110118.docx
**Location:** Room 3850/▮▮▮▮▮▮▮▮▮, Passcode: ▮▮▮▮▮▮

**Start:** 2/27/2019 7:30:00 PM
**End:** 2/27/2019 8:00:00 PM
**Show Time As:** Tentative


**Recurrence:** (none)


BCR 2/26/2019 3:49pm
Updating list of internal participants and adding Lee Smith and Gary Taverman.

BCR 2/25/2019 2:08 PM
Scheduling POC: Christine Rafiekian, christine.rafiekian@trade.gov, ▮▮▮▮▮▮▮▮▮

This calendar invitation cannot be forwarded. Please contact Christine Rafiekian if someone who is not on the participant list below needs to be added to this meeting/event. Thank you!

Subject: U/S Kaplan met with US Steel in November regarding 232 exclusion requests on slab products. US Steel requested this call to provide an update. The paper provided for the 11-2-2018 meeting is attached here for reference. If there are any necessary updates to the attached, please ask the team to update.

Participant List:
U/S Kaplan
Joseph Laroski
Lee Smith
Gary Taverman

Dial-In:
▮▮▮▮▮▮▮▮

Passcode: ▮▮▮▮▮▮

# Section 232 – Slab Exclusion Requests

- There have been 505 exclusion requests filed on slab. The total volume of slab in these requests is: 34,026,423,466 kilograms (or approximately 34,026,423 MT), which is 26.3 million MT above the complete (carbon and stainless) import tonnage recorded in all of 2017 for all of U.S. bloom, billet and slab imports.

- Of those requests, 13 have been approved, 6 have been denied, 398 are pending decision, and 88 have been withdrawn.

- Seven (7) companies have filed these exclusion requests. Those companies are:
  - Allegheny Technologies Incorporated
  - California Steel Industries, Inc.
  - Evraz Inc. NA
  - JSW Steel (USA) Inc.
  - New Castle Stainless Plate LLC
  - NLMK INDIANA, LLC
  - NLMK PENNSYLVANIA, LLC

- U.S. Steel and other domestic manufactures have participated in the 232-exclusion request process by filing objections and surrebuttals to these exclusion requests and rebuttals.

- The 13 requests that were approved were all filed by New Castle Stainless Plate, LLC. The decisions were issued on September 26 and 27. The total volume of slab in those requests was: 8,499,000 kilograms (or 8,499MT). None of the exclusion requests that were approved received objections from the domestic industry.

- If asked: Why haven't many decisions been issued? When will the Department issue decisions?
  - The option for rebuttal and surrebuttal began on September 11, 2018. Many of the surrebuttal periods just closed in the last week or so. The Department has received a lot of information in the rebuttal and surrebuttal period and careful consideration and analysis of that information is underway.

## General 232 Exclusion Request Process Talking Points

- In January 2018, Secretary Ross submitted two reports to the President on the effects of steel and aluminum imports on the national security of the United States. The reports found that steel and aluminum are being imported into the United States in such quantities and under such circumstances as to threaten to impair the national security as defined in section 232 of the Trade Expansion Act of 1962.

- On March 8, President Trump took action to protect U.S. national security by putting in place a 25 percent tariff on steel imports and a 10 percent tariff on aluminum imports. The tariffs entered into effect for most countries on March 23. After negotiations, quotas were placed on steel imports from Argentina, Brazil and South Korea and for aluminum imports from Argentina in lieu of the tariffs.

- On March 8, President Trump also directed the Department to establish a process to grant exclusions from tariffs for the imports of goods currently unavailable in the United States in sufficient quantity or satisfactory quality, or for other national security considerations.

- The Department published procedures for the product exclusion requests in the *Federal Register* on March 19, 2018. Since then, the Department has diligently worked to develop its exclusion process to ensure that tariffs protect our national security while also minimizing undue impacts on downstream American industries. Two specific Commerce components have worked closely in this efforts – the Bureau of Industry and Security (BIS) and the International Trade Administration (ITA).

- BIS is the lead agency deciding steel and aluminum tariff exclusion requests and ITA is analyzing requests with objections to determine whether domestic production capacity can support the product needs of exclusion requesters.

- On August 29, the President signed a proclamation allowing the Department to provide relief from quotas imposed under Section 232 on steel from South Korea, Argentina, and Brazil, and aluminum from Argentina. Companies can apply for product exclusions on the same basis as product exclusions are provided for tariffs, namely lack of sufficient quantity or quality available from U.S. steel or aluminum producers, or for national security reasons. In such cases, an exclusion from the quota may be granted and no tariff would apply to the excluded steel or aluminum product.

- In a limited number of cases, steel articles from a quota country are being imported for use in a facility construction project in the United States under a contract signed prior to the decision to impose quotas and cannot presently enter into the United States because the applicable quota has already been reached. In such a case, an exclusion from the quota may be granted, but the steel article may only be imported upon payment of the 25% tariff.

- On September 11, 2018, the Department published an interim final rule amending its March 2018 product exclusion regulation which established procedures for rebuttals and surrebuttals, in addition to implementing procedures to request relief from quotas. The new procedures were effective upon publication. I am confident that these updates will help perfect the process to ensure a fair hearing for all parties involved.

- As of October 22, 2018, the Department had received more than 47,000 steel and aluminum exclusion requests (including resubmissions) and has received more than 47,000 objections to exclusion requests. The Department began issuing its product exclusion decisions on June 20, 2018 and had issued more than 16,500 decisions as of October 22, 2018. We have also modified our procedures to expedite decisions on requests that have no corresponding objections.

- We are very cognizant of the importance of providing resources to help small- and medium-sized businesses navigate the exclusion process. The Department has posted step-by-step visual guides to assist industry, including small- and medium-sized businesses, through the process, including how to submit rebuttals and surrebuttals.

CALVERT-DOC-PUB-0093

- Since March 2018, the Department has also had dedicated phone numbers and email addresses for U.S. industry to seek assistance or ask questions about the process. [ HYPERLINK "mailto:Steel232@bis.doc.gov" ] 202-482-5642; [ HYPERLINK "mailto:Aluminum232@bis.doc.gov" ] 202-482-4757

| From: | Christine Rafiekian [Christine.Rafiekian@trade.gov] |
|---|---|
| Sent: | 2/27/2019 7:41:46 PM |
| To: | Alexander Zemek [Alexander.Zemek@bis.doc.gov] |
| CC: | John Cooney [John.Cooney@trade.gov]; Gary Taverman [Gary.Taverman@trade.gov]; Lee Smith [Lee.Smith@trade.gov]; Joseph Laroski [Joseph.Laroski@trade.gov] |
| Subject: | RE: Call with US Steel Tomorrow |

Dear Alex,

Thank you for closing the loop!

Gary, Lee, and Joe are on the call with U/S Kaplan, so I will ask that they be in touch if anything BIS-related came up.

With my very best regards,
Christine

Christine Rafiekian
Special Assistant to the Under Secretary
Office of the Under Secretary
International Trade Administration | U. S. Department of Commerce
Desk: ▮
Mobile ▮
christine.rafiekian@trade.gov

**From:** Alexander Zemek <Alexander.Zemek@bis.doc.gov>
**Sent:** Wednesday, February 27, 2019 2:37 PM
**To:** Christine Rafiekian <Christine.Rafiekian@trade.gov>
**Cc:** John Cooney <John.Cooney@trade.gov>; Gary Taverman <Gary.Taverman@trade.gov>
**Subject:** RE: Call with US Steel Tomorrow

Christine –
   I just want to close the loop in case you all were waiting on anyone from BIS for the US Steel call.
   Neither Matt nor Mike were available and some others were recused.  So there will be not be any BIS rep on the call.  They felt that ITA could cover, but certainly let us know if any BIS aspect arises.
Alex

**From:** Christine Rafiekian <Christine.Rafiekian@trade.gov>
**Sent:** Tuesday, February 26, 2019 4:06 PM
**To:** Alexander Zemek <Alexander.Zemek@bis.doc.gov>
**Cc:** John.Cooney@trade.gov; Taverman, Gary <Gary.Taverman@trade.gov>
**Subject:** Call with US Steel Tomorrow

Dear Alex,

Thanks for the quick chat a few minutes ago.

As we discussed, U/S Kaplan has a call with U.S. Steel tomorrow at 2:30pm. I am attaching the calendar invitation for your reference.

Back in November, U/S Kaplan, Earl, Mike Vaccaro, and Matt Borman met with US Steel regarding 232 exclusion requests on slab products. US Steel requested this call with U/S Kaplan to provide an update.

Might Matt or Mike be available/interested in joining tomorrow's call?

Thanks for your kind help.

With my very best regards,
Christine

Christine Rafiekian
Special Assistant to the Under Secretary
Office of the Under Secretary
International Trade Administration | U. S. Department of Commerce
Desk: █████████
Mobile █████████
christine.rafiekian@trade.gov

| **From:** | Brad Botwin [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BRAD I. BOTWIN] |
|---|---|
| **Sent:** | 3/19/2019 3:12:24 PM |
| **To:** | Nazak Nikakhtar [Nazak.Nikakhtar@bis.doc.gov] |
| **Subject:** | FW: [External]-RE: Meeting |

Meeting with Ben and his team on Thursday at 1

**From:** Caryl, Benjamin B <bbcaryl@█████>
**Sent:** Monday, March 18, 2019 8:04 PM
**To:** Brad Botwin <Brad.Botwin@bis.doc.gov>
**Cc:** Nazak Nikakhtar <Nazak.Nikakhtar@bis.doc.gov>; nazak.nikakhtar@trade.gov
**Subject:** Re: [External]-RE: Meeting

Thanks and understandable, Nazak.

Thanks, Brad. I'll call you tomorrow morning.

Best regards,

Ben


**Benjamin Blase Caryl**
Associate General Counsel – International Trade & Public Policy
U. S. Steel

901 K Street, NW
Suite 1250
Washington, DC 20001
 (o)
█████████ (m)
bbcaryl@ █████

**CONFIDENTIALITY NOTICE**: The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

On Mar 18, 2019, at 7:34 PM, Brad Botwin <Brad.Botwin@bis.doc.gov> wrote:

Ben, I would be pleased to meet with you at your convenience anytime this week. Well aware of the exclusion process ( my staff runs it) and the very important role US Steel plays in the industry. My staff also drafted the original steel and aluminum 232 investigation reports for the Secretary.

Please call me tomorrow at 202 482 4060 and we can schedule a time to get together.

Thanks. Brad

```
************************************************
```
This Message was sent from my Mobile Device.
```
************************************************
```

On: 18 March 2019 17:41, "Nazak Nikakhtar" <Nazak.Nikakhtar@bis.doc.gov> wrote:

Hi Ben,
I just received confirmation from our Ethics attorneys that I need to be recused, unfortunately. I'm copying Brad Botwin to assist. I've know Brad for almost 20 years and he's the best!

Very best,
Nazak

**Nazak Nikakhtar**
Assistant Secretary, Industry & Analysis
Performing the Non-Exclusive Duties of the
Under Secretary for Industry and Security

United States Department of Commerce
Office: 202-482-1455 | Email: Nazak.Nikakhtar@bis.doc.gov

---

**From:** Caryl, Benjamin B <bbcaryl@█████████
**Sent:** Monday, March 18, 2019 12:46 PM
**To:** Nazak Nikakhtar <Nazak.Nikakhtar@bis.doc.gov>; nazak.nikakhtar@trade.gov
**Subject:** RE: [External]-RE: Meeting

Thanks, Nazak. Standing by. If there is a blanket prohibition, are you (or someone else) able to direct me to the proper person at BIS with whom I should request a meeting regarding urgent steel 232 exclusion matters?

Best regards,

Ben

 **United States Steel Corporation**

**Benjamin Blase Caryl**
Associate General Counsel – International Trade & Public Policy
U. S. Steel

901 K Street, NW
Suite 1250
Washington, DC 20001
████████ (o)
████████ (m)
bbcaryl█████████

**CONFIDENTIALITY NOTICE**: The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Nazak Nikakhtar [mailto:Nazak.Nikakhtar@bis.doc.gov]
**Sent:** Friday, March 15, 2019 6:55 PM
**To:** Caryl, Benjamin B <bbcaryl███████>; nazak.nikakhtar@trade.gov
**Subject:** RE: [External]-RE: Meeting

Thanks – there may still be a conflict issue.  I understand that there's a blanket prohibition on any CLK clients, regardless of the matter.  Will confirm and circle back.  If we're clear, we can go ahead and schedule the meeting asap.

Have a good weekend.

**Nazak Nikakhtar**
Assistant Secretary, Industry & Analysis
Performing the Non-Exclusive Duties of the
Under Secretary for Industry and Security

United States Department of Commerce
Office: 202-482-1455 | Email: Nazak.Nikakhtar@bis.doc.gov

---

**From:** Caryl, Benjamin B <bbcaryl███████>
**Sent:** Friday, March 15, 2019 12:20 PM
**To:** Nazak Nikakhtar <Nazak.Nikakhtar@bis.doc.gov>; nazak.nikakhtar@trade.gov
**Subject:** RE: [External]-RE: Meeting

I completely understand and appreciate need for vetting.  CLK is not our law firm on anything I'd like to discuss with you (CLK represents us on all things AD/CVD, so we shouldn't discuss anything on that front; Mayer Brown represents us on all things 232, for which I have a few items I'd like to discuss with you and/or others in BIS; and there are a few items I'd like to discuss for which we don't have outside representation).

Best,

Ben


 

**Benjamin Blase Caryl**
Associate General Counsel – International Trade & Public Policy
U. S. Steel

901 K Street, NW
Suite 1250
Washington, DC 20001

███████

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Nazak Nikakhtar [mailto:Nazak.Nikakhtar@bis.doc.gov]
**Sent:** Friday, March 15, 2019 12:05 PM
**To:** Caryl, Benjamin B <bbcaryl█████████>; nazak.nikakhtar@trade.gov
**Subject:** [External]-RE: Meeting

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Ben – wonderful to see you as well.  Would love to meet you, but is CLK still your law firm?  Need to vet ethical conflicts first.

**Nazak Nikakhtar**
Assistant Secretary, Industry & Analysis
Performing the Non-Exclusive Duties of the
Under Secretary for Industry and Security

United States Department of Commerce
Office: 202-482-1455 | Email: Nazak.Nikakhtar@bis.doc.gov

---

**From:** Caryl, Benjamin B <bbcaryl█████████>
**Sent:** Friday, March 15, 2019 11:09 AM
**To:** nazak.nikakhtar@trade.gov; Nazak Nikakhtar <Nazak.Nikakhtar@bis.doc.gov>
**Subject:** Meeting

Hi Nazak,

I hope this email finds you well.  I really enjoyed your presentation at the CITBA winter luncheon and learning about everything you're doing at the Department (but when do you find time to rest!!?!).  If possible, I would like to briefly chat about a few of those items to identify what we can discuss further in-person (with you and/or your appropriate colleagues) next week.  Is there a good time to talk today or Monday?

Best regards,

Ben Caryl

 **United States Steel Corporation**

**Benjamin Blase Caryl**
Associate General Counsel – International Trade & Public Policy
U. S. Steel

901 K Street, NW
Suite 1250
Washington, DC 20001



**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or

copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

To:
Beth Ludwig
AK Steel

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230

mark.crawford@bis.doc.gov

Beth:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) manufactured by AK Steel.  Please provide me with a copy of it THIS MORNING, please.  Thank you for your assistance.

| From: | Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD] |
|---|---|
| Sent: | 3/26/2019 1:00:55 PM |
| To: | Beth.Ludwig█████████ |
| Subject: | RE: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS |

Thanks.

**From:** Beth.Ludwig@aksteel.com <Beth.Ludwig█████████
**Sent:** Tuesday, March 26, 2019 9:00 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Cc:** geoff.pfeiffer █████████
**Subject:** Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mark,
I just landed in DC but we will get someone at HQ to pull this together for you as soon as possible.
Thanks,
Beth


On: 26 March 2019 08:43, "Mark Crawford" <Mark.Crawford@bis.doc.gov> wrote:

To:
Beth Ludwig
AK Steel

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
█████████

mark.crawford@bis.doc.gov


Beth:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) manufactured by AK Steel.  Please provide me with a copy of it THIS MORNING, please.  Thank you for your assistance.

Confidentiality Notice
This message is intended exclusively for the individual or entity to which it is addressed and may contain privileged, proprietary, or otherwise private information.
If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

March 27, 2019

**BRIEFING MEMORANDUM FOR THE SECRETARY**

**FROM:**     Richard Ashooh, Assistant Secretary for Export Administration, Bureau of
               Industry and Security
**EVENT:**    Meeting with Dave Burritt, CEO of U.S. Steel Corporation
**DATE:**     Wednesday, March 27, 2019

**CONTEXT & PURPOSE**
Dave Burritt will meet with you to discuss the outcome of the Section 232 steel investigation and
to share positive investment news regarding U.S. Steel Corporation.

**Background**
- United States Steel Corporation (U.S. Steel) is an integrated steel producer with major
  production operations in the United States and Central Europe.

- U.S. Steel has facilities in Alabama, Arkansas, Colorado, Illinois, Indiana, Michigan,
  Minnesota, Ohio, Pennsylvania, and Texas.

- Since January 2017, U.S. Steel has restarted its Granite City "B" blast furnace creating an
  estimated 500 new direct jobs in Illinois.

- U.S. Steel has also announced plans to restart its Granite City "A" blast furnace (300+
  new jobs), its electric-weld pipe mill in Texas (140+ new jobs), and resuming
  construction of a new electric arc furnace in Alabama (150+ new jobs).

- In Q4 2018 U.S. Steel announced a net income of 592 million USD, a 3,188 percent
  increase from Q1 2018.

**U.S. Steel Participation in the Section 232 Investigation Process**
- In May 2017, U.S. Steel participated in the public hearing and expressed support for the
  investigation.

- U.S. Steel cited theft of trade secrets and subsidized foreign steel imports into the U.S. as
  factors displacing domestic supply.

- U.S. Steel supports the Section 232 remedies.

**Section 232 Steel Investigation Process Background**
- In April 2017, the Department of Commerce initiated an investigation under Section 232
  of the Trade Expansion Act of 1962 into the effect of imports of steel mill products on
  the national security.

CALVERT-DOC-PUB-0104

- On January 11, 2018 the Department of Commerce transmitted its investigation report to President Trump. This report concluded that imports of steel mill products are in such quantities and under such circumstances as to threaten to impair the national security of the United States.

- On March 8, 2018 the President issued Proclamation 9705 on Adjusting Imports of Steel into the United States, providing for additional import duties for steel mill products effective March 23, 2018.

## Section 232 Steel Exclusion Requests and Objections

- Since the exclusion process started, U.S. Steel has submitted 4,000 objections to filed exclusion requests. U.S. Steel is primarily concerned with parties' exclusion requests for semi-finished products.

- As of March 18, 2019, the Department has received 70,645 exclusion requests which includes 4,959 exclusion requests for semi-finished products. Combined, these exclusion requests for semi-finished products total approximately 54 million metric tons.

- As of March 18, 2019, the Department has posted 2,925 decisions on exclusion requests for semi-finished products. 80 percent of these exclusion requests were granted, and 20 percent were denied.

## Discussion

- From November 2018 to December 2018, U.S. imports of steel mill products decreased 21 percent from 2.2 million to 1.7 million metric tons.

- In December 2018, capacity utilization was estimated at 79.4 percent, a decrease of 1.8 percentage points from 81.2 percent in November 2018.

- Total U.S. steel production in 2018 increased to 86.6 million metric tons from 81.6 million metric tons in 2017, a 6 percent increase.

## List of Meeting Participants

U.S. Steel Corporation
- Dave Burritt, Chief Executive Officer
- Todd Young, Managing Director, Government Affairs

Commerce
- Wilbur L. Ross, Secretary
- Earl Comstock, Deputy Chief of Staff and Director of Policy
- Brad Botwin, Director, BIS/OTE, Industrial Base Studies
- Dilan Wickrema, Analyst, BIS/OTE, Industrial Base Studies

CALVERT-DOC-PUB-0105

**Attachments**

1) Participant Biographies
2) Section 232 Submission Processing Statistics as of March 18, 2019
3) Section 232 Submission Processing Statistics for Semi-Finished Products as of March 18, 2019

Drafted by: Dilan Wickrema, Analyst, x 2-4118

CALVERT-DOC-PUB-0106

**ATTACHMENT 1: Participant Biographies**

**PARTICIPANT BIOGRAPHIES**



**David B. Burritt**
President and Chief Executive Officer
United States Steel Corporation

David B. Burritt was appointed president and chief executive officer of United States Steel Corporation in May 2017. He had been elected president and chief operating officer in February 2017 with executive responsibility for all aspects of the company's day-to-day business in the United States and Central Europe. Mr. Burritt joined U. S. Steel in September 2013 to serve as executive vice president and chief financial officer with responsibility for all aspects of the company's strategic and financial matters. In January 2015, he added executive leadership of U. S. Steel's North American Flat-rolled commercial entities and corporate support services. Prior to joining U. S. Steel, Mr. Burritt, served as chief financial officer at Caterpillar Inc.



**Todd D. Young**
Managing Director, Governmental Affairs
United States Steel Corporation

Todd D. Young has been the Managing Director of Governmental Affairs for United States Steel Corporation since June 2015. Previously Mr. Young worked in various roles in the U.S. Senate and House of Representatives over 20 years including Majority Staff Director at the U.S. House of Representatives' Committee on Natural Resources.

CALVERT-DOC-PUB-0107

**ATTACHMENT 2:** Section 232 Submission Processing Statistics as of March 18, 2019

| 232 Submission Processing Statistics - March 18, 2019 | | | |
|---|---|---|---|
| **Submission Type** | **Steel** | **Aluminum** | **Total** |
| Exclusion Request | 70,645 | 10,380 | 81,025 |
| Objection, Rebuttal, or Surrebuttal Filing | 36,563 | 3,540 | 40,103 |
| **Total*** | **107,208** | **13,920** | **121,128** |
| **Exclusion Requests** | **Steel** | **Aluminum** | **Total** |
| **Total Submitted** | **70,645** | **10,380** | **81,025** |
| Rejected - Improper Submission | 9,320 | 1,107 | 10,427 |
| Decisions Posted | 28,117 | 4,713 | 32,830 |
| *Granted* | *21,546* | *4,074* | *25,620* |
| *Denied* | *6,571* | *639* | *7,210* |
| **Active Cases** | **33,208** | **4,560** | **37,768** |
| New Submissions | 639 | 340 | 979 |
| HTS Review (with CBP) | 883 | 77 | 960 |
| Pending** | 13,827 | 2,546 | 16,373 |
| Objection/Rebuttal Period | 4,484 | 551 | 5,035 |
| Analysis Period - Objections (with ITA) | 4,368 | 216 | 4,584 |
| BIS Decision Period | 9,007 | 830 | 9,837 |
| **Objection/Rebuttal/Surrebuttal Filings*** | **Steel** | **Aluminum** | **Total** |
| Posted | 33,314 | 2,085 | 35,399 |
| Rejected - Improper Submission | 2,185 | 1,207 | 3,392 |
| Pending** | 1,064 | 248 | 1,312 |
| Total | 36,563 | 3,540 | 40,103 |

Notes

*Totals exclude extraneous comments, non-relevant filings, and decision memos.

** Pending includes: Reviewed Awaiting Official Posting and Not Yet Reviewed.

*** Objection Filings generally are received near the end of the public comment period and posted within one week of the closing date.

DOC/BIS, Office of Technology Evaluation

CALVERT-DOC-PUB-0108

**ATTACHMENT 3:** Section 232 Submission Processing Statistics for Semi-Finished Products as of March 18, 2019

| Semi-Finished Steel Requests - as of March 18, 2019 | | |
|---|---|---|
| | **Requests** | **Volume (metric tons)** |
| Exclusion Requests | 4,959 | 53,481,656 |
| Exclusion Requests in or Past Objection Stage | 3,743 | 37,711,384 |
| Exclusion Requests in or Past Objection Stage with Objections | 899 | 37,540,624 |
| | | |
| Decisions Posted | 2,925 | 6,323,665 |
| *Granted* | *2,342* | *503,505* |
| *Denied* | *583* | *5,820,160* |

CALVERT-DOC-PUB-0109

To:
Marcia Miller
Vice President
Government Relations
ArcelorMittal Americas

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████████

mark.crawford@bis.doc.gov

Dear Marcia:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) that can be manufactured by ArcelorMittal in the United States. Please provide me with a copy of it THIS MORNING. Thank you for your assistance.

| From: | Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD] |
|---|---|
| Sent: | 3/26/2019 2:40:21 PM |
| To: | Wojnar, Kaitlin M [kmwojnar@ ███ |
| Subject: | RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS |

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████████

mark.crawford@bis.doc.gov

Ms. Wojnar:

What about length specifications??

**From:** Wojnar, Kaitlin M <kmwojnar██████
**Sent:** Tuesday, March 26, 2019 10:33 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Cc:** Caryl, Benjamin B <bbcary████████; Young, Todd D <TDYoung████████
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mr. Crawford,

I work with Ben Caryl in U. S. Steel's Legal Department and am responding to your request for information regarding our slab product size capabilities. The attached chart, which we have previously submitted to Commerce, is a confidential summary of our width and thickness capabilities. We can produce slabs that are as long as ████████████████

It is important to note that most slab buyers in the U.S. market have flexibility to roll slabs of various thicknesses so that they can buy slabs from multiple producers and are not locked into one thickness, which would limit their supply.

Please let me know if you have any additional questions.

Best,
Kaitlin Wojnar

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW



Suite 1250
Washington, DC 20001
███████ (office)
███████ (mobile)
kmwojnar@ ████████

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 8:38 AM
**To:** Cox, Meghan M <mmcox@ ████████
**Cc:** Caryl, Benjamin B <bbcaryl@ ████████; Young, Todd D <TDYoung@ ████████
**Subject:** [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
Meghan Cox
Manager, External Communications
████████
mmcox@ ████████
600 Grant Street, Room 1575
Pittsburgh, PA 15219-2800

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████
mark.crawford@bis.doc.gov

Dear Ms. Cox:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) manufactured by U.S. Steel.  Please provide me with a copy of it THIS MORNING.  Thank you for your assistance.

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended

recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

| **From:** | Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD] |
|---|---|
| **Sent:** | 3/26/2019 2:55:51 PM |
| **To:** | Wojnar, Kaitlin M [kmwojnar█████████ |
| **Subject:** | RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS |

Thank you!

**From:** Wojnar, Kaitlin M <kmwojnar█████████>
**Sent:** Tuesday, March 26, 2019 10:46 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Length is limited only by ██████████████████ Our response to that issue was in the body of the email: "We can produce slabs that are as long as ████████████████████████████████████████
██████████████████████████

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW
Suite 1250
Washington, DC 20001
████████ (office)
████████ (mobile)
kmwojnar@████████

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 10:40 AM
**To:** Wojnar, Kaitlin M <kmwojnar█████████>
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████

mark.crawford@bis.doc.gov

Ms. Wojnar:

What about length specifications??

**From:** Wojnar, Kaitlin M <<u>kmwojnar@</u> █████>
**Sent:** Tuesday, March 26, 2019 10:33 AM
**To:** Mark Crawford <<u>Mark.Crawford@bis.doc.gov</u>>
**Cc:** Caryl, Benjamin B <<u>bbcaryl@</u> █████>; Young, Todd D <<u>TDYoung@</u>█████>
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mr. Crawford,

I work with Ben Caryl in U. S. Steel's Legal Department and am responding to your request for information regarding our slab product size capabilities. The attached chart, which we have previously submitted to Commerce, is a confidential summary of our width and thickness capabilities. We can produce slabs that are as long as █████████████████████ ████████████████████████████████████████████████

It is important to note that most slab buyers in the U.S. market have flexibility to roll slabs of various thicknesses so that they can buy slabs from multiple producers and are not locked into one thickness, which would limit their supply.

Please let me know if you have any additional questions.

Best,
Kaitlin Wojnar

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW
Suite 1250
Washington, DC 20001
█████ (office)
█████ (mobile)
<u>kmwojnar@</u> █████

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <<u>Mark.Crawford@bis.doc.gov</u>>
**Sent:** Tuesday, March 26, 2019 8:38 AM
**To:** Cox, Meghan M <<u>mmcox@</u> █████>
**Cc:** Caryl, Benjamin B <<u>bbcaryl@</u> █████>; Young, Todd D <<u>TDYoung@</u> █████>
**Subject:** [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
Meghan Cox
Manager, External Communications
██████████
mmcox@██████
600 Grant Street, Room 1575
Pittsburgh, PA 15219-2800

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
██████████
mark.crawford@bis.doc.gov

Dear Ms. Cox:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) manufactured by U.S. Steel.  Please provide me with a copy of it THIS MORNING.  Thank you for your assistance.

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

Kaitlin, Todd:

Does U.S. Steel have an order sheet for steel product similar to this for sheet metal??  Talk to your marketing people to see and have them send me what they have got.

| BIS/OTE Reference #1 - Standard Sheet Metal Gauges | | | | | | |
|---|---|---|---|---|---|---|
| Gauge | Steel | Carbon Steel eh | Galvanized Steel | Stainless Steel | Aluminum | Steel (mm) |
| 07 | 0.179 | - | - | - | - | 4.547 |
| 08 | 0.165 | 0.1644 | 0.1681 | 0.1719 | 0.1285 | 4.191 |
| 09 | 0.150 | 0.1495 | 0.1532 | 0.1563 | 0.1144 | 3.810 |
| 10 | 0.135 | 0.1345 | 0.1382 | 0.1406 | 0.1019 | 3.429 |
| 11 | 0.120 | 0.1196 | 0.1233 | 0.1250 | 0.0907 | 3.048 |
| 12 | 0.105 | 0.1046 | 0.1084 | 0.1094 | 0.0808 | 2.677 |
| 13 | 0.09 | - | - | 0.094 | 0.072 | 2.286 |
| 14 | 0.075 | 0.0747 | 0.0785 | 0.0781 | 0.0641 | 1.905 |
| 15 | 0.067 | - | - | 0.07 | 0.057 | 1.702 |
| 16 | 0.060 | 0.0598 | 0.0635 | 0.0625 | 0.0508 | 1.524 |
| 17 | 0.054 | - | - | 0.056 | 0.045 | 1.372 |
| 18 | 0.047 | 0.0478 | 0.0516 | 0.0500 | 0.0403 | 1.1938 |
| 19 | 0.042 | - | - | 0.044 | 0.036 | 1.067 |
| 20 | 0.036 | 0.0359 | 0.0396 | 0.0375 | 0.0320 | 0.9144 |
| 21 | 0.033 | - | - | 0.034 | 0.028 | 0.838 |
| 22 | 0.03 | - | - | 0.031 | 0.025 | 0.762 |
| 23 | 0.027 | - | - | 0.028 | 0.023 | 0.686 |
| 24 | 0.024 | - | - | 0.025 | 0.02 | 0.61 |
| 25 | 0.021 | - | - | 0.022 | 0.018 | 0.533 |
| 26 | 0.018 | - | - | 0.019 | 0.017 | 0.457 |

| 27 | 0.016 | - | - | 0.017 | 0.014 | 0.406 |
| 28 | 0.015 | - | - | 0.016 | - | 0.381 |
| 29 | 0.014 | - | - | 0.014 | - | 0.356 |
| 30 | 0.012 | - | - | 0.013 | - | 0.305 |
| 31 | - | - | - | 0.011 | - | - |

---

**From:** Mark Crawford
**Sent:** Tuesday, March 26, 2019 11:32 AM
**To:** 'Wojnar, Kaitlin M' <kmwojnar█████████>
**Subject:** RE: length question -- RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Thanks

---

**From:** Wojnar, Kaitlin M <kmwojnar█████████>
**Sent:** Tuesday, March 26, 2019 11:23 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Subject:** RE: length question -- RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Thickness has no bearing on maximum length. This is a continuous (not batch) casting process, so slab will keep coming out of the caster at the set thickness until we cut it at the ordered length.

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW
Suite 1250
Washington, DC 20001
████████ (office)
████████ (mobile)
kmwojnar@█████████

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 10:59 AM
**To:** Wojnar, Kaitlin M <kmwojnar███████>
**Subject:** length question -- RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Question:  Is the ultimate length not to exceed 39 ft. affected by thickness?  Can you do 39 ft at thickness or does this length shrink if it is 12 inches thick and 8.7 ft. wide?

**From:** Wojnar, Kaitlin M <kmwojnar@███████>
**Sent:** Tuesday, March 26, 2019 10:46 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Length is limited only by ███████████████████  Our response to that issue was in the body of the email:  "We can produce slabs that are as long as █████████████████████████████
█████████████████████████

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW
Suite 1250
Washington, DC 20001
████████ (office)
████████ (mobile)
kmwojnar@.████

CONFIDENTIALITY NOTICE: The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 10:40 AM
**To:** Wojnar, Kaitlin M <kmwojnar ███████>
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
███████████

mark.crawford@bis.doc.gov

Ms. Wojnar:

What about length specifications??

**From:** Wojnar, Kaitlin M <kmwojnar@ ███ >
**Sent:** Tuesday, March 26, 2019 10:33 AM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Cc:** Caryl, Benjamin B <bbcaryl@ ███ >; Young, Todd D <TDYoung@ ███ >
**Subject:** RE: [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mr. Crawford,

I work with Ben Caryl in U. S. Steel's Legal Department and am responding to your request for information regarding our slab product size capabilities. The attached chart, which we have previously submitted to Commerce, is a confidential summary of our width and thickness capabilities. We can produce slabs that are as long as ████████ ████████████████████████████████████████████████████████████████

It is important to note that most slab buyers in the U.S. market have flexibility to roll slabs of various thicknesses so that they can buy slabs from multiple producers and are not locked into one thickness, which would limit their supply.

Please let me know if you have any additional questions.

Best,
Kaitlin Wojnar

 **United States Steel Corporation**

**Kaitlin M. Wojnar**
Counsel – International Trade & Public Policy

901 K Street, NW
Suite 1250
Washington, DC 20001
████████ (office)
████████ (mobile)
kmwojnar@ ████

**CONFIDENTIALITY NOTICE**: The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 8:38 AM
**To:** Cox, Meghan M <mmcox@ ████ >
**Cc:** Caryl, Benjamin B <bbcaryl@ ████ >; Young, Todd D <TDYoung@ ████ >
**Subject:** [External]-PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To:
Meghan Cox
Manager, External Communications
██████████████
mmcox@ ████████
600 Grant Street, Room 1575
Pittsburgh, PA 15219-2800

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
████████
mark.crawford@bis.doc.gov

Dear Ms. Cox:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) manufactured by U.S. Steel. Please provide me with a copy of it THIS MORNING. Thank you for your assistance.

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended

recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

| From: | Miller, Marcia E [Marcia.Miller████████] |
|---|---|
| Sent: | 3/27/2019 9:26:39 PM |
| To: | Mark Crawford [Mark.Crawford@bis.doc.gov] |
| Subject: | Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS |
| Attachments: | House Steel Caucus - Brett Statement 3-27-19.pdf |

**Business confidential information**

Mark,

Below is a table showing the size ranges that we have the technical capability to produce at our different U.S. plants. We have only included thickness and width in the table. Length is not a relevant dimension for slab as it can be cut to whatever length is desired. Let me know if you need anything more.

| MILL | | ███████████████████████████████ | |
|---|---|---|---|
| Casting size | Thickness | ███████████████████████████████ | |
| | Width | ███████████████████████████████ | |

Sorry for the delay in providing – our CEO was in town for the Congressional Steel Caucus hearing this morning. You may find his attached statement of interest.

Marcia

**From:** Miller, Marcia E
**Sent:** Tuesday, March 26, 2019 11:02:36 AM
**To:** Mark Crawford
**Subject:** RE: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mark,

First, just to repeat from our earlier exchanges, ArcelorMittal USA does not sell slabs into the commercial market. We internally consume all of the slab we produce. I'm trying to find out if such a "technical" schedule exists but doing so in a couple of hours is difficult – it will differ for each of our facilities. Will get back to you asap.

Marcia

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 9:24 AM
**To:** Miller, Marcia E <Marcia.Miller@a███████████>
**Subject:** PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

**This Message originated from a Non-ArcelorMittal source**

To:
Marcia Miller
Vice President
Government Relations
ArcelorMittal Americas

From:

Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230

████████████
mark.crawford@bis.doc.gov

Dear Marcia:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) that can be manufactured by ArcelorMittal in the United States. Please provide me with a copy of it THIS MORNING. Thank you for your assistance.

*NOTICE: The information contained in this electronic mail transmission is for the use of the individual or entity to which it is addressed or intended and may contain information that is privileged, personal or otherwise confidential. It is not intended for transmission to, or receipt by, any individual or entity other than the named or intended addressee (or a person authorized to deliver it to the named or intended addressee) except as otherwise expressly permitted in this electronic mail transmission. If you have received this electronic transmission in error, please delete it without copying or forwarding it, and notify the sender of the error. Although the sender takes measures to protect its network against viruses, no assurance is given that this transmission is virus-free. Thank you!*



**Testimony of John Brett**
**President and Chief Executive Officer, ArcelorMittal USA**

**Congressional Steel Caucus**
**March 27, 2019**

Good morning, Chairman Lamb, Co-Chairmen Bost and Crawford, and Members of the Caucus. Thank you for the opportunity to testify this morning on the state of the U.S. steel industry.

Today, one year after President Trump announced he would use his national security authority to limit steel imports, ArcelorMittal USA is a stronger company. We just reported our best year financially since 2007. As a result, we have been able to increase our investments in our plants and our people.

In 2018, ArcelorMittal invested more than $392 million on projects across our U.S. operations. Examples of these include:

- Installing walking beam furnaces at our Burns Harbor facility to support the delivery of quality substrate for our automotive customers;
- Upgrading the hot dip galvanizing line at ArcelorMittal Cleveland to enable production of new steels with increased formability and strength;
- Ensuring consistent shape control at Indiana Harbor's No. 3 continuous annealing line; and,
- Improving AM/NS Calvert's coating and galvanizing lines to support production of 3rd generation advanced high strength steels.

In 2019, our capex budget will increase to approximately $460 million – our largest capex budget in recent memory. With these additional funds, we will continue to invest in strategic projects to expand our capabilities and improve efficiency. Meeting and exceeding our customers' expectations is the key to building a sustainable steel company for the future.

Our stronger financial performance in 2018 certainly contributed to the generous 4-year labor agreement we reached with the United Steelworkers last fall. Under that contract, we agreed to pay each of our union employees a $4,000 bonus and pay increases of between 3 and 4 percent annually over the next four years. We also committed to spend a minimum of $3.1 billion on our facilities over the life of the agreement.

CALVERT-DOC-PUB-0125

Looking ahead, I would like to say that the outlook for 2019 is equally strong. In reality, demand for our steel products is expected to be steady, at best. Although import market share for our products is the lowest since 2013, global overcapacity in steel continues to be a threat. If global steel demand softens, the U.S. market will be the destination of choice, as always, putting the investments and expansions under way in the United States at risk.

Beyond trade actions that help level the playing field, there is one single act you could take to stimulate demand for steel and increase the competitiveness of American manufacturing: **Pass a meaningful infrastructure package.**

Thank you, Mr. Chairman, for raising this issue when you spoke at the recent AISI board meeting. As an integrated steel producer, ArcelorMittal USA transports iron and coke to our blast furnaces to make steel. We mine taconite in Minnesota's iron range; turn it into pellets; then move the pellets by rail to the Port of Duluth where they are loaded onto thousand-foot ships, which transit Michigan's Soo Locks for delivery to our blast furnaces in Indiana and Ohio. That raw iron meets up with coke that began life at our West Virginia coal mines, moved by rail or barge to our coke batteries in Ohio, Indiana and Pennsylvania, and then on to our steel mills. Once produced, our steel moves by rail, truck and water to our steel finishing operations and to our customers.

Not only are these modes of transportation essential to our operations and our customers, but they are also steel-intensive. Rail and rail cars; roads, bridges and trucks; locks, dams and ships; pipelines; electrical generation, transmission and distribution – all require significant amounts of steel to build and maintain.

ArcelorMittal and the other domestic steel companies and steel workers have testified before this Caucus year after year about the importance of dealing with our nation's aging infrastructure. Please let this year be the time to stop talking and start investing.

In closing, I want to express our support for the newly renegotiated U.S.-Mexico-Canada Agreement. Millions of tons of ArcelorMittal steel, made in the United States, Canada and Mexico, cross borders within the NAFTA region each year. We welcome the strengthened auto rules of origin which should make sure North American steel continues to be the steel of choice for our auto customers. I urge the Congress to approve the new agreement this year.

Thank you and I look forward to answering your questions.

CALVERT-DOC-PUB-0126

**From:** Miller, Marcia E [Marcia.Miller@████████████]
**Sent:** 3/28/2019 9:31:39 AM
**To:** Mark Crawford [Mark.Crawford@bis.doc.gov]
**Subject:** Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

████ is correct. Our ████ plant has a ████████████ go from the caster into the reheat furnace for the hot strip mill.

Marcia

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Wednesday, March 27, 2019 7:12:52 PM
**To:** Miller, Marcia E
**Subject:** RE: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

**This Message originated from a Non-ArcelorMittal source**

Question: Is █████' as shown in the table or really ████???

**From:** Miller, Marcia E <Marcia.Miller@████████████>
**Sent:** Wednesday, March 27, 2019 5:27 PM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Subject:** Re: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

**Business confidential information**

Mark,

Below is a table showing the size ranges that we have the technical capability to produce at our different U.S. plants.  We have only included thickness and width in the table.  Length is not a relevant dimension for slab as it can be cut to whatever length is desired.   Let me know if you need anything more.

| MILL | | | |
|------|------|---|---|
| **Casting size** | Thickness | ███████████████████████ | |
| | Width | ███████████████████████ | |

Sorry for the delay in providing – our CEO was in town for the Congressional Steel Caucus hearing this morning.  You may find his attached statement of interest.

Marcia

**From:** Miller, Marcia E
**Sent:** Tuesday, March 26, 2019 11:02:36 AM
**To:** Mark Crawford
**Subject:** RE: PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

Mark,

First, just to repeat from our earlier exchanges, ArcelorMittal USA does not sell slabs into the commercial market. We internally consume all of the slab we produce. I'm trying to find out if such a "technical" schedule exists but doing so in a couple of hours is difficult – it will differ for each of our facilities. Will get back to you asap.

Marcia

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Tuesday, March 26, 2019 9:24 AM
**To:** Miller, Marcia E <Marcia.Mille██████████████████>
**Subject:** PRIORITY - U.S. Department of Commerce - OFFICIAL BUSINESS

**This Message originated from a Non-ArcelorMittal source**

To:
Marcia Miller
Vice President
Government Relations
ArcelorMittal Americas

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
██████████████

mark.crawford@bis.doc.gov

Dear Marcia:

Our office needs a technical schedule of all steel slab product sizes (thickness, width, and length) that can be manufactured by ArcelorMittal in the United States. Please provide me with a copy of it THIS MORNING. Thank you for your assistance.

*NOTICE: The information contained in this electronic mail transmission is for the use of the individual or entity to which it is addressed or intended and may contain information that is privileged, personal or otherwise confidential. It is not intended for transmission to, or receipt by, any individual or entity other than the named or intended addressee (or a person authorized to deliver it to the named or intended addressee) except as otherwise expressly permitted in this electronic mail transmission. If you have received this electronic transmission in error, please delete it without copying or forwarding it, and notify the sender of the error. Although the sender takes measures to protect its network against viruses, no assurance is given that this transmission is virus-free. Thank you!*

*NOTICE: The information contained in this electronic mail transmission is for the use of the individual or entity to which it is addressed or intended and may contain information that is privileged, personal or otherwise confidential. It is not intended for transmission to, or receipt by, any individual or entity other than the named or intended addressee (or a person authorized to deliver it to the named or intended addressee) except as otherwise expressly permitted in this electronic mail transmission. If you have received this electronic transmission in error, please delete it without copying or forwarding it, and notify the sender of the error. Although the sender takes measures to protect its network against viruses, no assurance is given that this transmission is virus-free. Thank you!*

| **From:** | Mark Crawford [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MARK H. CRAWFORD] |
|---|---|
| **Sent:** | 4/9/2019 9:43:14 PM |
| **To:** | Matthew Borman [Matthew.Borman@bis.doc.gov] |
| **CC:** | Kevin Coyne [Kevin.Coyne@bis.doc.gov]; Brad Botwin [Brad.Botwin@bis.doc.gov]; Erika Maynard [Erika.Maynard@bis.doc.gov]; David Boylan [David.Boylan@bis.doc.gov] |
| **Subject:** | RE: RE: Ranges |

Matt:

I have spoken this afternoon with Carolina Mederos regarding slab dimensions.  She now understands that we need fairly precise dimensional information on slab thickness, width and length in each filing; and she understands that multiple slab sizes may not be ganged in a single filing even though they may have a common thickness or width.

**From:** Mederos, Carolina <carolina.mederos@ &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;>
**Sent:** Tuesday, April 09, 2019 10:15 AM
**To:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Cc:** Mark Crawford <Mark.Crawford@bis.doc.gov>; Kevin Coyne <Kevin.Coyne@bis.doc.gov>; Brad Botwin <Brad.Botwin@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Subject:** Re: RE: Ranges

Yes, the manufacturing process permits tolerances because slab is a semi-finished input (more akin to a raw material) which is then processed into a product, i.e. sheet, that does not permit tolerances.

Sent from my iPhone

On Apr 8, 2019, at 6:41 PM, Matthew Borman <Matthew.Borman@bis.doc.gov> wrote:

Does the manufacturing process permit small tolerances?

**From:** Mederos, Carolina <carolina.mederos@ &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;>
**Sent:** Monday, April 08, 2019 5:07 PM
**To:** Matthew Borman <Matthew.Borman@bis.doc.gov>; Mark Crawford <Mark.Crawford@bis.doc.gov>; Kevin Coyne <Kevin.Coyne@bis.doc.gov>
**Cc:** Brad Botwin <Brad.Botwin@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Subject:** RE: Ranges

Yes, this is the language that led us to believe that ranges would now be allowed, since slabs are imported by tariff code with ranges.

**From:** Matthew Borman <Matthew.Borman@bis.doc.gov>
**Sent:** Monday, April 8, 2019 3:56 PM
**To:** Mederos, Carolina <carolina.mederos@ &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;>; Mark Crawford <Mark.Crawford@bis.doc.gov>; Kevin Coyne <Kevin.Coyne@bis.doc.gov>
**Cc:** Brad Botwin <Brad.Botwin@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Subject:** [EXT] RE: Ranges

Also note the 09/11/18 FRN (p.46057) requirements  on ranges (Supp. No. 1 to Part 705):

"Separate exclusion requests must be submitted for steel products . . . and distinct critical dimensions (*e.g.*, 0.25-inch rebar, 0.5-inch rebar, 0.5-inch sheet, or 0.75 sheet) covered by a common HTSUS subheading. The exclusion request forms allow for minimum and maximum dimensions. Ranges are acceptable if the manufacturing process permits small tolerances. A permissible range must be within the minimum and maximum range that is specified in the tariff provision and applicable legal notes for the provision. Separate exclusion requests must also be submitted for products falling in more than one 10-digit HTSUS statistical reporting number."

---

**From:** Mederos, Carolina <carolina.mederos@ ██████████>
**Sent:** Monday, April 08, 2019 3:17 PM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>; Kevin Coyne <Kevin.Coyne@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>; Brad Botwin <Brad.Botwin@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Subject:** RE: Ranges

Thank you for your response.

---

**From:** Mark Crawford <Mark.Crawford@bis.doc.gov>
**Sent:** Monday, April 8, 2019 2:43 PM
**To:** Mederos, Carolina <carolina.mederos@ ██████████>; Kevin Coyne <Kevin.Coyne@bis.doc.gov>
**Cc:** Matthew Borman <Matthew.Borman@bis.doc.gov>; Brad Botwin <Brad.Botwin@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Subject:** [EXT] RE: Ranges

To:
Carolina Mederos
Principal
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
████████████████████████

Through:
Brad Botwin
Director, Industrial Studies Division
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
██████████████

From:
Mark H. Crawford
Senior Trade & Industry Analyst
Office of Technology Evaluation
Bureau of Industry and Security
U.S. Department of Commerce
1401 Constitution Ave. NW, H-3887
Washington DC 20230
███████████████

mark.crawford@bis.doc.gov

Subject: Exclusion Requests – Slabs

Dear Ms. Mederos:

Per our query regarding why BIS does not allow dimensional ranges covering multiple slab products as opposed to our current practice of requiring an individual filing for each specific slab size. You provided in your communication of March 14, 2019, examples of where BIS approved a number of exclusion requests for slab products where there were significant differences in the minimum and maximum thicknesses and widths reported in Section 3b of the form.

For example, in BIS-2018-0006-29410 there was a slab thickness range of 215 mm (8.46") to 260 mm (10.2") -- a difference of 45 mm (1.5"). The high end of the range is 21 percent more than the low end. Such deviations in slab production are not permitted either by steel companies or aluminum companies – usually it is a 1-2% difference at most. You argued that the rejected NLMK cases should have been posted given BIS's posting of the 17 example that you provided in your communication.

We have reviewed the exclusion requests that you cited. Upon examination, we determined that the exclusion request cases you identified should not have been cleared and posted. Those cases would be denied anyway even if properly filed. The mistaken posting of a few requests that should have been rejected up front is not a justification for requiring the posting of additional improper requests. In instances where there are multiple thickness categories in a single request, an objector would not know whether the company was seeking a single product or multiple products – and therefore could not respond with accuracy.

With respect to the assertion that BIS should change its approach to allow for multiple slab products to be covered under a single exclusion request, we believe this is not permitted under our currently approved regulations and as described above would add uncertainty to the process. We have consulted with colleagues in the International Trade Administration, who concur.

Accurate specifications on slab dimensions are required for the request, objection, rebuttal and surrebuttal review processes to work with transparency and fairness for all parties. To assure effective and efficient processing of future exclusion requests, please advise your clients to provide accurate width, thickness, and length specifications for the specific, single product type that they seek to import.

Regards,


Mark Crawford

From: Mederos, Carolina <carolina.mederos@▮▮▮▮▮▮▮▮▮
Sent: Monday, April 08, 2019 11:54 AM
To: Kevin Coyne <Kevin.Coyne@bis.doc.gov>
Cc: Matthew Borman <Matthew.Borman@bis.doc.gov>; Brad Botwin <Brad.Botwin@bis.doc.gov>; Mark Crawford <Mark.Crawford@bis.doc.gov>
Subject: RE: Ranges

Hi Kevin

Just checking back again.

Thanks,
Carolina

**From:** Mederos, Carolina
**Sent:** Monday, March 25, 2019 1:43 PM
**To:** 'Kevin.coyne@bis.doc.gov' <Kevin.coyne@bis.doc.gov>
**Cc:** 'Borman, Matthew' <Matthew.Borman@bis.doc.gov>; 'brad.botwin@bis.doc.gov' <brad.botwin@bis.doc.gov>;
'Mark Crawford' <Mark.Crawford@bis.doc.gov>
**Subject:** RE: Ranges

Kevin

Just checking back on the questions below.

Thanks,
Carolina

---

**From:** Mederos, Carolina
**Sent:** Thursday, March 14, 2019 10:27 AM
**To:** 'Kevin.coyne@bis.doc.gov' <Kevin.coyne@bis.doc.gov>
**Cc:** 'Borman, Matthew <Matthew.Borman@bis.doc.gov>; 'brad.botwin@bis.doc.gov' <brad.botwin@bis.doc.gov>; 'Mark
Crawford' <Mark.Crawford@bis.doc.gov>
**Subject:** RE: Ranges

Kevin—the slab exclusion petitions below were posted with ranges, so they were acceptable to Commerce. If we
resubmit denied petitions and new quota petitions within these ranges will that be acceptable? That will dramatically
reduce the number of petitions filed.

On the question of proprietary information, the exclusion petition has a box at the end asking if the petitioner has
proprietary or business confidential information. We checked yes and submitted the information separately. There is no
way to do it through the web portal. We thought since Commerce asked the question and it was part of the original
petition process that it would be considered. We understood the rebuttal process to be in addition to the original
process. We did not understand it to invalidate the initial process. Since we had already submitted proprietary
information under the original process, we did not duplicate it in the later process. We would really appreciate it if you
would consider the proprietary information that was submitted as part of the original petition.

Thanks,
Carolina

| Filing Entity | Thickness Range | Difference | Width Range | Difference | Date Filed |
|---|---|---|---|---|---|
| **AM/NS Calvert** BIS-2018-0006-29413 **7207.12.0050** | 215-260 mm | 45 mm | 1446-1595 mm | 149 mm | 8/3/18 |
| **AM/NS Calvert** BIS-2018-0006-29409 **7207.12.0050** | 215-260 mm | 45 mm | 1000-1140 mm | 140 mm | 8/3/18 |
| **AM/NS Calvert** BIS-2018-0006-29415 **7207.12.0050** | 215-260 mm | 45 mm | 1596-1750 mm | 154 mm | 8/3/18 |
| **AM/NS Calvert** BIS-2018-0006-29411 **7207.12.0050** | 215-260 mm | 45 mm | 1291-1445 mm | 154 mm | 8/3/18 |

| | Thickness Range | Difference | Width Range | Difference | Date Filed |
|---|---|---|---|---|---|
| **AM/NS Calvert** <br> BIS-2018-0006-29410 <br> **7207.12.0050** | 215-260 mm | 45 mm | 1141-1290 mm | 151 mm | 8/3/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-29417 <br> **7207.12.0050** | 215-260 mm | 45 mm | 1751-1940 mm | 189 mm | 8/3/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-20609 <br> **7224.90.0055** | 215-260 mm | 45 mm | 1446-1595 mm | 149 mm | 7/18/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-20594 <br> **7224.90.0055** | 215-260 mm | 45 mm | 1141-1290 mm | 151 mm | 7/18/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-20619 <br> **7224.90.0055** | 215-260 mm | 45 mm | 1751-1940 mm | 189 mm | 7/18/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-20588 <br> **7224.90.0055** | 215-260 mm | 45 mm | 1000-1140 mm | 140 mm | 7/18/18 |
| **AM/NS Calvert** <br> BIS-2018-0006-20601 <br> **7224.90.0055** | 215-260 mm | 45 mm | 1291-1445 mm | 154 mm | 7/18/18 |

| Filing Entity | Thickness Range | Difference | Width Range | Difference | Date Filed |
|---|---|---|---|---|---|
| **JSW Steel** <br> BIS-2018-0006-1227 <br> **7207.12.0050** | 275-310 mm | 35 mm | 1800-2000 mm | 200 mm | 5/2/18 |
| **JSW Steel** <br> BIS-2018-0006-1218 <br> **7207.12.0050** | 195-230 mm | 35 mm | 1800-2000 mm | 200 mm | 5/2/18 |
| **JSW Steel** <br> BIS-2018-0006-1221 <br> **7207.12.0050** | 235-270 mm | 35 mm | 1800-2000 mm | 200 mm | 5/2/18 |
| **JSW Steel** <br> BIS-2018-0006-2335 <br> **7224.90.0055** | 195-230 mm | 35 mm | 1800-2000 mm | 200 mm | 5/9/18 |
| **JSW Steel** <br> BIS-2018-0006-2337 <br> **7224.90.0055** | 275-310 mm | 35 mm | 1800-2000 mm | 200 mm | 5/9/18 |
| **JSW Steel** <br> BIS-2018-0006-2336 <br> **7224.90.0055** | 235-270 mm | 35 mm | 1800-2000 mm | 200 mm | 5/9/18 |

**From:** Mederos, Carolina
**Sent:** Wednesday, March 13, 2019 5:59 PM
**To:** 'Kevin.coyne@bis.doc.gov' <Kevin.coyne@bis.doc.gov>
**Subject:** Ranges

Hi Kevin

We really appreciated you and your colleagues meeting with us today. The meeting was informative and helpful.

I would appreciate a response on the ranges question. Another company I work with is interested in filing quota exclusion requests. They initially filed 6 product exclusion requests—each for a different tariff code with ranges. They were rejected and we were told that we could not have any ranges. We then filed 85 petitions with no ranges. I would like to get it right the first time on the quota exclusion requests and so need to know if it's 6, 85 or somewhere in between.

Thanks,
Carolina

&lt;image001.jpg&gt;    Carolina Mederos
                  Principal
                  Squire Patton Boggs (US) LLP
                  2550 M Street, NW
                  Washington, DC 20037
                  T  +
                  O  +
                  F  +
                  M  +
                  carolina.mederos@                    | squirepattonboggs.com

--------------------------------------------------------------------
47 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes EU personal data that is subject to the requirements of the EU General Data Protection Regulation, please see our Privacy Notice regarding the processing of EU personal data about clients and other business contacts pursuant to the GDPR at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
--------------------------------------------------------------------

| | |
|---|---|
| **From:** | Nazak Nikakhtar [/O=CAIM/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NAZAK NIKAKHTAR11B] |
| **Sent:** | 5/31/2019 7:47:55 PM |
| **To:** | Donna Ganoe [Donna.Ganoe@bis.doc.gov] |
| **Subject:** | FW: Following up on Steel ITAC Meeting |
| **Attachments:** | Priority 232 Exclusions for CBP Tracking (05142019).xlsx; Testimony to the USTRO (003).pdf; United States Steel Corporation Section 301 Written Comments.pdf; P U. S. Steel 0522018 Posthearing Comments (Section 301).pdf; US Steel Comments_USTR-2017-0016.pdf |

**Importance:** High

Can you please print these for me asap?

**Nazak Nikakhtar**
Performing the Non-Exclusive Duties of the
Under Secretary for Industry and Security, and
Assistant Secretary, Industry & Analysis

United States Department of Commerce
Office: ██████ | Email: Nazak.Nikakhtar@bis.doc.gov

---

**From:** Brad Botwin <Brad.Botwin@bis.doc.gov>
**Sent:** Friday, May 31, 2019 2:50 PM
**To:** Mark Crawford <Mark.Crawford@bis.doc.gov>; Erika Maynard <Erika.Maynard@bis.doc.gov>; David Boylan <David.Boylan@bis.doc.gov>
**Cc:** Casey Miller <Casey.Miller@bis.doc.gov>; Marina Youssef <marina.youssef@bis.doc.gov>
**Subject:** Fwd: Following up on Steel ITAC Meeting

FYI.  I believe Casey and I did the ITAC 7 meeting in April

**********************************************
This Message was sent from my Mobile Device.
**********************************************

Begin Forwarded Message:

**From:** "Caryl, Benjamin B" <bbcaryl@█████>
**Subject:** Following up on Steel ITAC Meeting
**Date:** 31 May 2019 20:18
**To:** "Brad Botwin" <Brad.Botwin@bis.doc.gov>

**\*CONFIDENTIAL\***

Brad,

I hope this email finds you well.  I have some follow-ups to your requests from the ITAC 7 (Steel) meeting held back in April.

**<u>Section 232 Product Coverage</u>**
To the extent that the coverage of the Section 232 action on steel imports is expanded, we would like finished oil country tubular goods (OCTG) couplings (Harmonized Tariff Schedule classification (HTS) 7307.92.30.10 and 7307.92.30.30) covered.  For some reason, unfinished OCTG, finished OCTG, and unfinished couplings are covered by 232, but finished couplings are not.  You can imagine the incentive this creates for bad actors.  To make matters worse,

finished couplings are also not covered by the antidumping orders on OCTG. Fortunately, finished couplings are covered by list 3 of the Section 301 action on China, but that is only for China and may not remain much longer. I've attached the three submissions we made to USTR during the Section 301 investigations that provide additional information.

Another important downstream product that is not covered by the 232 (but is covered by list 3 of the Section 301 for China) are cold-formed steel studs for building construction (HTS 7216.61.0000 and 7216.91.0010). ████████████ ████████████████████████████████ which are critical to US infrastructure and thus national economic security. I have attached the section 301 testimony of the Steel Framing Industry Association with additional information.

## Section 232 Review/Study

To the extent that such a study includes analysis of downstream impact on products/sectors not covered by 232, we urge the Department to also look at the downstream impact within 232, particularly the threat semi-finished imports (slab, billet, and bloom; aka "semis") pose to the U.S. domestic capacity to produce steel. I refer you to our objections and surrebuttals to exclusion requests for slab and billet for the full analysis, but essentially Section 232's coverage of semis is fundamental to the national security rationale of the 232 statute and the steel 232 action. Tariff-free semi imports are a 1-2 punch for the domestic steel industry:

(1) they capture semi sales from the domestic industry (which not too long ago sold over a million tons of semis per year); and
(2) the low-priced semi imports distort downstream costs, depressing U.S. finished flat rolled and tubular prices and sales (i.e., semi imports negatively impact the entire steel market).

On the other hand, allowing semis to enter tariff-free (whether through quotas, exemptions, or product exclusions) give foreign-based steel producers a double benefit from the 232: first, cost savings on avoiding the tariff and, second, cost advantage on the downstream sale—all at the direct expense of integrated U.S. producers of steel and U.S. processors/finishers that use domestic steel. The 232 product exclusion process has worked very well on the slab exclusion requests and supports the restart and continued operation of domestic capacity, like Granite City Works in Illinois. It does not hurt the requestors, for they still obtain 232's benefit on their downstream sales. On the other hand, the exclusions granted on billet give foreign-based steel companies a double benefit at the expense of integrated U.S. tubular steel producers, which is contrary to fundamental purpose of the steel 232. I'm happy to provide additional information on this, but again, I reference our many objections and surrebuttals to semi exclusion requests.

## 232 Product Exclusions of Concern

Finally, as I noted at the ITAC meeting, though CBP has been very transparent in administering the 232 quotas (by issuing weekly quota status reports), the same cannot be said about its administration of the 232 product exclusions. There does not appear to be any public summary of the status of granted exclusions, such as the volume that has been used, if it was used to retroactively collect a refund, the countries that have been used (for exclusions granted for multiple country sources), the remaining time for the exclusion, etc. Most importantly, we have concerns that certain exclusions are being used to bring in product that falls within the exclusions' relevant HTS but does not necessarily fall within the much more narrow parameters of the exclusion (many which are very specific in terms of chemistry, dimensions, and mechanical/performance properties). To that end , we have identified seven categories of steel products that we believe present unique challenges in enforcement of the granted exclusion. For ease of use, we have included in the attached spreadsheet a list of those products, the importer/producer, the source country, the decision docket number, and the reason for our concern. We consider these high priority steel products given the circumstances described and the importance to the domestic industry. Four of those products are tin mill products that fall within very broad HTS classifications and we have concerns that parties may be using the exclusions to enter non-excluded tin mill products duty-free ████████████████████████████████████████████████████. Realizing CBP is of course separate from BIS, to the extent you are able to provide any information on how CBP is reviewing entries and refund applications claiming such exclusions to ensure that each entry is in fact covered by the exclusion's very specific product description, specifications, importer, exporter and source country, it would be greatly appreciated.

Please let me know if you have any questions about the above or anything else related to the Section 232 steel action.

Best regards, and thank you for your attention and hard work,

Ben Caryl

**\*U. S. Steel is providing the above information with the understanding that the Department will treat the non-public information in this email as proprietary and business confidential information.  As such, as noted by the Department, it is understood that the information provided by U. S. Steel will not be made available to the public or any other parties outside of the government, unless so ordered by a court of competent jurisdiction.  In the event the Department is compelled by a court of competent jurisdiction to disclose this proprietary and confidential information, we understand that the Department will provide us with reasonable prior notice so U. S. Steel can consider seeking a protective order, provide a public redacted version of this submission, or other appropriate remedy.**

 **United States Steel Corporation**

**Benjamin Blase Caryl**
Associate General Counsel – International Trade & Public Policy
U. S. Steel

901 K Street, NW
Suite 1250
Washington, DC 20001
███████ (o)
███ (m)
 bbcaryl@

**CONFIDENTIALITY NOTICE:** The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message.

**DISCLAIMER & CONFIDENTIALITY NOTICE:** This email neither constitutes an agreement to conduct transactions by electronic means nor creates any legally binding contract or enforceable obligation in the absence of a fully signed written contract. The information contained in this email and any attachments may be confidential, legally privileged and/or exempt from disclosure under applicable law. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. Any inadvertent or accidental disclosure of confidential, legally privileged and/or exempt information contained in this email does not constitute a knowing waiver of any rights regarding such information or materials. If you have received this communication in error, please reply to the sender and destroy all copies of the message (including any attachments).

| REQUEST DOCKET # | REQUESTOR | STEEL PRODUCT | EXCLUSION VOLUME (KG) | SOURCE COUNTRY |
|---|---|---|---|---|
| | | Billet | 410,000,000 | Romania; Mexico; Italy |
| BIS-2018-0006-17059 | Tenaris Bay City | | | |
| BIS-2018-0006-26629 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 1,352,000 | Sweden |
| BIS-2018-0006-26688 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 987,000 | Sweden |
| BIS-2018-0006-26698 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 2,576,000 | Sweden |
| BIS-2018-0006-26711 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 154,000 | Sweden |
| BIS-2018-0006-26795 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 386,000 | Sweden |
| BIS-2018-0006-26830 | Shape Corporation | Ultra High Strength Steel DOCOL 1500M | 1,636,000 | Sweden |
| BIS-2018-0006-26840 | Shape Corporation | Ultra High Strength Steel DOCOL 1500M | 84,000 | Sweden |
| BIS-2018-0006-26865 | Shape Corporation | Ultra High Strength Steel DOCOL 650Y980T | 1,990,000 | Sweden |
| BIS-2018-0006-26883 | Shape Corporation | Ultra High Strength Steel DOCOL 650Y980T | 2,576,000 | Sweden |
| BIS-2018-0006-26894 | Shape Corporation | Ultra High Strength Steel DOCOL 700Y980T | 85,000 | Sweden |
| BIS-2018-0006-26121 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 1,092,000 | Sweden |
| BIS-2018-0006-26128 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 1,652,000 | Sweden |
| BIS-2018-0006-26132 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 254,000 | Sweden |
| BIS-2018-0006-26133 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 1,326,000 | Sweden |
| BIS-2018-0006-26134 | Shape Corporation | Ultra High Strength Steel DOCOL 1300M | 548,000 | Sweden |
| BIS-2018-0006-92109 | American Trim | Tin Mill Black Plate SPB (Steel Plate Black) & B (Bright Finish) | 1,500,000 | Taiwan |
| BIS-2018-0006-92112 | American Trim | Tin Mill Black Plate  SPB (Steel Plate Black) &  M (Matte Finish) | 150,000 | Taiwan |
| BIS-2018-0006-92116 | American Trim | Tin Mill Black Plate SPB (Steel Plate Black) & M (Matte Finish) | 150,000 | Taiwan |
| BIS-2018-0006-0314 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 650,000 | Japan |
| BIS-2018-0006-0317 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 15,000,000 | Japan |
| BIS-2018-0006-0319 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 15,725,000 | Japan |
| BIS-2018-0006-0328 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 650,000 | Japan |
| BIS-2018-0006-0329 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 2,030,000 | Japan |
| BIS-2018-0006-0330 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 15,000,000 | Japan |
| BIS-2018-0006-0331 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 15,725,000 | Japan |
| BIS-2018-0006-0332 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 2,000,000 | Japan |
| BIS-2018-0006-0345 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 2,030,000 | Japan |
| BIS-2018-0006-0464 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 2,000,000 | Japan |
| BIS-2018-0006-34193 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 11,500,000 | Japan |
| BIS-2018-0006-34195 | DS Containers | Tin Free Steel Laminated (Universal Bright) | 5,000,000 | Japan |
| BIS-2018-0006-4019 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4020 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4021 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4022 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4023 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4193 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |

CALVERT-DOC-PUB-0138

| IMPORTER/PRODUCER | DECISION DOCKET # | DECISION DATE | REASON FOR TRACKING |
|---|---|---|---|
| Tenaris Silcotub (Romania); Tenaris Tamsa (Mexico); Tenaris Dalmine (Italy). | BIS-2018-0006-103052 | 3/4/2019 | Large volume from multiple countries imported by the same affiliated IOR.   Extreme concerns that this exclusion gives a foreign company a double benefit from Section 232 in the form of $50-$75 million cost savings at the direct expense of only remaining U.S.-based integrated tubular steel producer and its recent restarted facilities and major hot-end investments.  Additional concerns regarding how the volume will be distributed and tracked across countries, especially since Mexican steel imports are no longer subject to 232 tariffs. |
| SSAB Americas | BIS-2018-0006-102377 | 2/26/2019 | |
| SSAB Americas | BIS-2018-0006-102381 | 2/26/2019 | |
| SSAB Americas | BIS-2018-0006-102382 | 2/26/2019 | |
| SSAB Americas | BIS-2018-0006-102386 | 2/26/2019 | |
| SSAB Americas | BIS-2018-0006-102388 | 2/26/2019 | |
| SSAB Americas | BIS-2018-0006-102391 | 2/26/2019 | Large cumulated volume across several products with precise dimensional variations. |
| SSAB Americas | BIS-2018-0006-102392 | 2/26/2019 | The domestic industry manufactures products that are identical to or substitutes for |
| SSAB Americas | BIS-2018-0006-102396 | 2/26/2019 | the steel products that Shape purchases from SSAB.  These exclusions are for steel |
| SSAB Americas | BIS-2018-0006-102397 | 2/26/2019 | imported in coils and subsequently processed into automotive parts by Shape |
| SSAB Americas | BIS-2018-0006-102403 | 2/26/2019 | (https://www.shapecorp.com/). |
| SSAB Americas | BIS-2018-0006-132270 | 4/24/2019 | |
| SSAB Americas | BIS-2018-0006-132254 | 4/24/2019 | |
| SSAB Americas | BIS-2018-0006-132280 | 4/24/2019 | |
| SSAB Americas | BIS-2018-0006-132288 | 4/24/2019 | |
| SSAB Americas | BIS-2018-0006-132293 | 4/24/2019 | |
| JFE Shoji Trade America Inc. | BIS-2018-0006-103908 | 3/7/2019 | |
| JFE Shoji Trade America Inc. | BIS-2018-0006-103915 | 3/7/2019 | Requested volume in excess of historic demand.  Pending trial with domestic industry. |
| JFE Shoji Trade America Inc. | BIS-2018-0006-103919 | 3/7/2019 | |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18011 | 7/12/2018 | |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18019 | 7/12/2018 | Requested volume in excess of historic demand.  Market trends indicate that |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18021 | 7/12/2018 | Japanese producers are transitioning to laminate products to avoid the application |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18035 | 7/12/2018 | antidumping duties on non-laminated product (A-588-854).  Due to high volume of |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18036 | 7/12/2018 | granted Section 232 exclusions for laminate materials (no domestic production), tariff- |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18039 | 7/12/2018 | free laminate materials are being used as a substitute product in |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18040 | 7/12/2018 | applications/transactions that have historically been tinplate/tin-free steel purchased |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18045 | 7/12/2018 | from domestic producers and lacquered.  Laminated tin-free steel is currently |
| JFE Shoji Trade America Inc. | BIS-2018-0006-17993 | 7/12/2018 | imported under an HTS basket category, so these exclusions are difficult to |
| JFE Shoji Trade America Inc. | BIS-2018-0006-18034 | 7/12/2018 | administer. |
| JFE Shoji Trade America Inc., | BIS-2018-0006-79429 | 11/9/2018 | |
| JFE Shoji Trade America Inc., | BIS-2018-0006-79434 | 9/26/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47874 | 9/20/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47875 | 9/20/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47876 | 9/20/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47877 | 9/20/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47878 | 9/20/2018 | |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47834 | 9/18/2018 | |

CALVERT-DOC-PUB-0139

| | | | | |
|---|---|---|---|---|
| BIS-2018-0006-4194 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4196 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4197 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4199 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4200 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4202 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4203 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4205 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4206 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4207 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4208 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4210 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4211 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4212 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4214 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| BIS-2018-0006-4017 | Ohio Coatings Company | Tin Mill Black Plate | 36,000,000 | Thailand |
| BIS-2018-0006-4025 | Ohio Coatings Company | Tin Mill Black Plate | 18,000,000 | Taiwan |
| | | | | |
| BIS-2018-0006-8141 | Ball Metal Food Container | Electroytic Tinplate Steel | 25,000,000 | Netherlands |
| BIS-2018-0006-8145 | Ball Metal Food Container | Electroytic Tinplate Steel | 10,000,000 | Netherlands |
| BIS-2018-0006-8155 | Ball Metal Food Container | Electroytic Tinplate Steel | 10,000,000 | United Kingdom |
| BIS-2018-0006-8156 | Ball Metal Food Container | Electroytic Tinplate Steel | 10,000,000 | United Kingdom |
| BIS-2018-0006-8157 | Ball Metal Food Container | Electroytic Tinplate Steel | 10,000,000 | United Kingdom |
| BIS-2018-0006-8422 | Ball Metal Food Container | Electroytic Tinplate Steel | 15,000,000 | Germany |
| BIS-2018-0006-8423 | Ball Metal Food Container | Electroytic Tinplate Steel | 25,000,000 | Germany |
| BIS-2018-0006-8425 | Ball Metal Food Container | Electroytic Tinplate Steel | 10,000,000 | Germany |
| BIS-2018-0006-8816 | Ball Metal Food Container | Electroytic Tinplate Steel | 15,000,000 | Netherlands |
| BIS-2018-0006-21153 | Ball Metal Food Container | Electroytic Tinplate Steel | 25,000,000 | China |
| | | | | |
| BIS-2018-0006-3676 | Tube Forgings of America, Inc. | Seamless Carbon Steel Tubing | 150,000 | China; Japan |
| BIS-2018-0006-3677 | Tube Forgings of America, Inc. | Seamless Carbon Steel Tubing | 150,000 | China; Japan |
| BIS-2018-0006-3682 | Tube Forgings of America, Inc. | Seamless Carbon Steel Tubing | 850,000 | China; Japan |
| BIS-2018-0006-3686 | Tube Forgings of America, Inc. | Seamless Carbon Steel Tubing | 400,000 | China; Japan |
| BIS-2018-0006-3745 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 30,000 | China; Japan |
| BIS-2018-0006-3781 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 950,000 | China; Japan |
| BIS-2018-0006-3790 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 650,000 | China; Japan |

| | | |
|---|---|---|
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47835 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47836 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47837 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47838 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47839 | 9/18/2018 Large volume that, when accumulated, exceeds historical demand.  This is a standard |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47840 | 9/18/2018 cold-rolled product with excess capacity to be made in US.  Multiple country sources |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47841 | 9/18/2018 and same IOR on request. |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47842 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47843 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47844 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47845 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47846 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47847 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47848 | 9/18/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-47846 | 9/19/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-46914 | 9/14/2018 |
| Nippon Steel & Sumikin Bussan Americas, Inc. | BIS-2018-0006-27873 | 9/20/2018 |
| | | |
| Tata Steel IJmuiden BV | BIS-2018-0006-50237 | 9/26/2018 |
| Tata Steel IJmuiden BV | BIS-2018-0006-50238 | 9/26/2018 |
| Tata Steel UK Limited | BIS-2018-0006-50243 | 9/26/2018 Wide D&I product.  Excluded volume, when cumulated, exceeds historical demand. |
| Tata Steel UK Limited | BIS-2018-0006-50245 | 9/26/2018 Potential to circumvent 232 by importing tinplate in wider dimensions than produced |
| Tata Steel UK Limited | BIS-2018-0006-50251 | 9/26/2018 in United States as a substitute tinplate product for identical end use.  Wide D&I |
| ThyssenKrupp Steel North America | BIS-2018-0006-50388 | 9/26/2018 tinplate is currently imported under HTS basket category, so these exclusions are |
| ThyssenKrupp Steel North America | BIS-2018-0006-50392 | 9/26/2018 difficult to administer. |
| ThyssenKrupp Steel North America | BIS-2018-0006-50397 | 9/26/2018 |
| Tata Steel IJmuiden BV | BIS-2018-0006-50724 | 9/26/2018 |
| WISCO-NIPPON STEEL Tinplate Co.,Ltd. | BIS-2018-0006-79215 | 9/26/2018 |
| | | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131614 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131615 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131617 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131618 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131620 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131621 | 4/24/2019 |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131622 | 4/24/2019 Exclusion volumes that each exceed TFA's historical consumption by AT LEAST 200 percent.  The domestic industry manufactures products that are identical to the steel products that TFA imports from China and Japan and has significant excess capacity |

| | | | | |
|---|---|---|---|---|
| BIS-2018-0006-3838 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 400,000 | China; Japan |
| BIS-2018-0006-3946 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 150,000 | China; Japan |
| BIS-2018-0006-3947 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 850,000 | China; Japan |
| BIS-2018-0006-3949 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 100,000 | China; Japan |
| BIS-2018-0006-4082 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 10,000 | China; Japan |
| BIS-2018-0006-4084 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 100,000 | China; Japan |
| BIS-2018-0006-4101 | Tube Forgings of America, Inc. | Seamless Carbon Steel Mechanical Tubing | 50,000 | China; Japan |

| | | | |
|---|---|---|---|
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131623 | 4/24/2019 | products that TPA imports from China and Japan and has significant excess capacity to produce the requested products.  Multiple country sources and same IORs make these exclusions difficult to administer. |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131624 | 4/24/2019 | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131612 | 4/24/2019 | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131626 | 4/24/2019 | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131628 | 4/24/2019 | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131629 | 4/24/2019 | |
| Tianjin Pipe (Group) Corporation Limited (TPCO) (China); Sumitomo Corporation (Japan) | BIS-2018-0006-131632 | 4/24/2019 | |



**Testimony of Larry W. Williams, Executive Director, Steel Framing Industry Association**
**Presented to the Office of the United States Trade Representative**
**Docket Number USTR-20-18-0018**
**July 24, 2018**

The Steel Framing Industry Association (SFIA) represents companies in the United States that manufacture, distribute, design, and install 80 percent of cold-formed steel framing products in the United States. Cold-formed steel framing is integral to the construction of more than 30 percent of the nation's nonresidential buildings. There are nearly 50,000 employees of SFIA member companies and a like number whose businesses are built around these companies and the use of cold-formed steel framing.

The market for construction products is extremely competitive, and frequently the purchase decision is made according who is the lowest cost provider. Cold-formed steel framing is fabricated from hot-dipped galvanized sheet steel, and since the announcement of the Section 232 tariffs SFIA manufacturer members have seen the cost of domestically produced steel increase by 40 percent.

We have evidence that cold-formed steel products are being fabricated in China and shipped into in California and Nevada for sale at below current market prices. Recent inquiries received by my office from entities in the Northeast causes concern that this circumvention of the Section 232 tariffs may become widespread unless some action is taken.

What should be further troubling to all present is the knowledge that independent third-party tests find that not all of the foreign fabricated steel meets the minimum industry standards or building code requirements that ensure that buildings are safe for all occupants. Cold-formed steel framing is often used as a structural element in buildings up to 12 stories in height, so there is considerable risks from any product not meeting industry standards.

CALVERT-DOC-PUB-0144

Chinese steel entering the US as cold-formed steel framing is still Chinese steel. My manufacturer members report that they have significant manufacturing capacity available to serve current market needs, and in some cases are operating well-below healthy production rates. The prospect of having to unfairly compete with foreign manufacturers who are doing an end-run around this country's trade restrictions represents a real and significant risk to SFIA member companies and their employees.

According to guidance provided under the provisions of Part 177 of the US Customs Regulations, the current rate of cold-formed steel products, specifically from India and China, is "duty free." Because of the potential economic damage to the domestic cold-formed steel framing industry, the Steel Framing Industry Association requests that retaliatory duties also be applied to imports under item 7216.61.0000 and 7216.91.0010, HTSUS.

Thank you for your consideration.

CALVERT-DOC-PUB-0145

**PROPOSED MODIFICATION OF ACTION PURSUANT TO
SECTION 301 OF THE TRADE ACT OF 1974 IN RESPONSE TO
CHINA'S ACTS, POLICIES, AND PRACTICES RELATED TO
TECHNOLOGY TRANSFER, INTELLECTUAL PROPERTY, AND INNOVATION**

_____

**WRITTEN COMMENTS SUPPORTING THE INCLUSION OF TIN- AND
CHROMIUM-PLATED STEEL IN ACTIONS TAKEN TO ADDRESS CHINA'S
UNFAIR PRACTICES FILED ON BEHALF OF
UNITED STATES STEEL CORPORATION**

_____

On behalf of U. S. Steel Corporation ("U. S. Steel"), in accordance with the notices

published on July 17, 2018, and August 7, 2018,[1] we thank the United States Trade

Representative ("USTR") for the opportunity to provide comments on why it is crucial that tin

mill products[2] are included in the list of products subject to an additional 25 percent _ad valorem_

duty. As can be observed through import statistics, in calendar year 2017, Chinese imports of tin

mill products amounted to $109.2 million. Meanwhile, for calendar year 2018 to date, Chinese

imports of tin mill products account for $51.8 million . These valued-added steel products

represent a significant portion of the primary steel value chain and should be included in any

---

[1] _See Extension of Public Comment Period Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation_ 83 Fed. Reg. 38,760 (Aug. 7, 2018); _Request for Comments Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation_, 83 Fed. Reg. 33,608 (July 17, 2018).

[2] HTS Numbers 7210.11.0000; 7210.12.0000; 7210.50.0000; 7212.10.0000; 7212.50.0000; 7225.99.0090; 7226.99.0000; and 7226.99.0180 (collectively referred to as "tin mill products").

CALVERT-DOC-PUB-0146

remedy that includes other primary steel products from China to avoid providing Chinese producers with the perverse incentive to ship these products to the United States to circumvent the application of section 301 duties on other primary steel products.

## I. Background

U. S. Steel has participated throughout this investigation in support of the Administration's forceful response to China's aggressive and unlawful trade activities. As a direct victim of China's corporate espionage and hacking, U. S. Steel was particularly motivated to file comments commending the USTR for launching this investigation.[3] In the initial list proposing a 25 percent *ad valorem* tariff, USTR proposed the inclusion of Harmonized Tariff Schedule of the United States ("HTSUS") subheadings specific to primary steel products, including various HTSUS subheadings covering certain tin mill products from China.[4] U. S. Steel supplied comments and appeared at the hearing to support these measures generally and to specifically identify an inadvertent gap in the Administration's proposed remedy insofar as two HTSUS subheadings covering certain tin mill products were omitted from the list.[5] When

---

[3] *See* "United States Steel Corporation's Response to the United States Trade Representative's Request for Information on the initiation of Section 301 Investigation" (Docket No. USTR-2017-0016, Sept. 28, 2017) in response to *Initiation of Section 301 Investigation; Hearing; and Request for Public Comments: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 82 Fed. Reg. 40,213 (Aug. 24, 2017).

[4] *See Notice of Determination and Request for Public Comment Concerning Proposed Determination of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 14,906, 14,934 (Apr. 6, 2018) (determination and proposed action pursuant to section 301 and request for comment).

[5] *See* "Posthearing Written Comments Filed on Behalf of United States Steel Corporation" (Docket No. USTR-2018-0005, May 22, 2016) ("*U. S. Steel's May 22nd Posthearing Written Comments*"); *see also* "Prehearing Written Comments Supporting Strong, Comprehensive Action to Address China's Unfair Practices Filed on Behalf of United States Steel Corporation" (Docket No. USTR-2018-0005, May 11, 2018); *see also* Letter on behalf of U. S. Steel Corporation to the

-2-

CALVERT-DOC-PUB-0147

publishing the final list and the proposed additional $16 billion list,[6] the USTR, among other things, removed all primary steel products, including the few HTSUS subheadings covering tin mill products.[7]

Now, in response to China's decision to engage in unlawful retaliation against the Administration's lawful and defensible measures, the USTR has proposed to subject additional Chinese products with an annual trade value of approximately $200 billion to a 25 percent *ad valorem* tariff, which again includes primary steel products.[8] Yet, imports of tin mill products from China were omitted from this proposed list. U. S. Steel respectfully requests that USTR update this list to include the HTSUS subheadings for tin mill products to better reflect the Administration's intended relief against imports of Chinese primary steel products and to preempt circumvention.

## II. The Inclusion of Tin Mill Products Is Consistent with the Purpose of the Section 301 Duties and Otherwise Stifles China's Ability to Circumvent Their Impact

The inclusion of tin mill products reinforces the nexus between the acts that gave rise to this section 301 investigation and the remedy imposed. U. S. Steel has unquestionably been a victim of Chinese cyber-attacks, and has been robbed of highly sensitive commercial secrets

---

Office of the United States Trade Representative, "Docket No. USTR-2018-0005; Request to Appear and Summary of Expected Testimony at Public Hearing" (April 23, 2018).

[6] *See Notice of Action and Request for Public Comment Concerning Proposed Determination of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation*, 83 Fed. Reg. 28,710 (June 20, 2018).

[7] *Compare* 83 Fed. Reg. 14,906 *with* 83 Fed. Reg. 28,710.

[8] *See, e.g., Extension of Public Comment Period Concerning Proposed Modification of Action Pursuant to Section 301: China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation* 83 Fed. Reg. 38,760 (Aug. 7, 2018).

CALVERT-DOC-PUB-0148

concerning advanced high-strength steels, like tin mill. American steel purchasers are requesting stronger, lighter steel — steel which supports lightweight vehicles and other lighter steel packaging solutions. To meet customer demands, U. S. Steel undertakes critical and highly sensitive research and development initiatives aimed at expanding the technological frontier for advanced American-made steel products. Tin mill products are among the spectrum of downstream steel products which constitute the advanced stage of steel production. Currently, America's tin mill industry has the capacity to serve the entirety of U.S. demand.[9] However, if China's unfair trading practices and cyber-attacks go unpunished and are allowed to continue, the threat to American steelmakers — including U. S. Steel — will continue to rise, posing the very real risk of irreparably stifling America's advanced-stage steel production.

Including tin mill products in the $200 billion list is also necessary to foreclose a means for the Chinese government to further undermine the Administration's intended remedy for China's unlawful trade activities. America's tin mill industry is at an advanced stage of the steel value chain. U. S. Steel's melt capacity is shared among the various primary steel products that U. S. Steel produces, and to achieve optimum production, certain of this melt capacity should be dedicated to downstream value-added primary steel products like tin mill. Given the use of upstream primary steel products such as hot-rolled and cold-rolled steel in the production of high-value tin mill products, the progression of Chinese imports from primary to higher-value steel would be a natural consequence of any impediment to the import of primary steel products. Should China be able to produce and export tin mill products without any penalty, the effect will

---

[9] *See Tin- and Chromium-Coated Steel Sheet from Japan*, Inv. No. 731-TA-860 (Third Review), USITC Pub. 4795 (June 2018) at C-3-4 Table C-1 *public version included at Attachment A to U. S. Steel's May 22nd Posthearing Written Comments.*

CALVERT-DOC-PUB-0149

prove deleterious to the American tin mill industry and otherwise constrain companies like U. S. Steel from achieving optimal steel production.

It is in China's commercial interest to exploit the omission from any Section 301 action of value-added steel products. For example, China would predictably decide to compensate for any increase in the cost of exporting primary steel products by producing and exporting more value-added steel products, such as tin mill products. The increase of the proposed tariffs from 10 percent to 25 percent *ad valorem* serves only to strengthen China's incentive to circumvent the tariffs on primary steel. Recent findings by the U.S. International Trade Commission confirm that the distribution of global production and capacity of tin mill products is concentrated in China.[10] Thus, China has the capability to exploit any opportunities for pivoting production of primary steel products to value-added steel products. The Administration should do everything in its power to prevent unintended consequences such as this from any implemented Section 301 action.

The continued exclusion of tin mill products from the tariff list would likely cause disproportionate harm to other U.S. commercial interests, including U.S. downstream tin-consuming manufacturers. U. S. Steel-produced tin mill supports American packaging businesses as a reliable source of tin steel products. These American packaging companies are competing head-to-head with imported sources of tin mill packaging (e.g., tin mill formed cans) and tin mill-packaged food (e.g., tin mill formed and filled cans). U. S. Steel is committed to working with these companies to alleviate concerns about rising raw material costs in light of

---

[10] *See Tin- and Chromium-Coated Steel Sheet from Japan*, Inv. No. 731-TA-860 (Third Review), USITC Pub. 4795 (June 2018) at IV-12.

CALVERT-DOC-PUB-0150

increased import competition to safeguard the existence of the American packaging operations that support thousands of direct and indirect workers.

## III.    Conclusion

In sum, U. S. Steel continues to support the Administration's strong trade enforcement policy with China and respectfully requests that USTR include the following tin mill products imported under the following HTSUS subheadings in the third section 301 list because such products are value-added products and otherwise provide an opportunity for Chinese circumvention of the intended remedy:

- 7210.11.0000;
- 7210.12.0000;
- 7210.50.0000;
- 7212.10.0000;
- 7212.50.0000;
- 7225.99.0090;
- 7226.99.0000; and
- 7226.99.0180.

\*            \*            \*

We appreciate USTR's consideration of this request and the Administration's commitment to enforcing our trade laws and holding our trading partners to account for their unlawful actions.

Respectfully submitted,

Thomas M. Beline
Mary Jane Alves
Myles S. Getlan
Jack A. Levy
Sarah E. Shulman
CASSIDY LEVY KENT (USA) LLP

*Counsel for United States Steel Corporation*

-6-

CALVERT-DOC-PUB-0151

**PROPOSED DETERMINATION OF ACTION PURSUANT TO
SECTION 301 OF THE TRADE ACT OF 1974 IN RESPONSE TO
CHINA'S ACTS, POLICIES, AND PRACTICES RELATED TO
TECHNOLOGY TRANSFER, INTELLECTUAL PROPERTY, AND INNOVATION**

———————————————————

**POSTHEARING WRITTEN COMMENTS
FILED ON BEHALF OF UNITED STATES STEEL CORPORATION**

———————————————————

On May 15, 2018, Mr. Robert Kopf, General Manager, Business Support of United States Steel Corporation ("U. S. Steel") appeared at the hearing chaired by the Office of the U.S. Trade Representative ("USTR") in support of action under section 301 of the Trade Act of 1974 ("Trade Act").

Mr. Kopf testified that, while U. S. Steel appreciates the Trade Representative's decision to include various steel products — including certain tin mill products — on its proposed list of products, the list needs to be updated to address two inadvertent omissions. In particular, the list omits two tariff subheadings that cover sizable imports of tin mill products from China, *i.e.*, HTSUS 7210.12.0000 and 7210.50.0000. Adding these tariff subheadings to the proposed list of products for Section 301 action will provide more comprehensive and effective relief to U.S. commerce as well as more leverage to address the Chinese government's unfair trade practices, without causing disproportionate economic harm.

Concerning the issue of economic harm, Mr. Kopf was asked during the hearing what impact the requested action would have on consumers. On this point, he responded that imposing a 25 percent *ad valorem* tariff on imports of tin mill products from China would have no discernable impact on consumers. Notably, Commerce Secretary Wilbur Ross made exactly

CALVERT-DOC-PUB-0152

the same point a few weeks ago when describing the impact of a 25 percent *ad valorem* tariff on

tin mill products, pursuant to section 232 of the Trade Act:



> **In the can of Campbell's soup, there's about 2.6 cents — 2.6 pennies —
> worth of steel. So if that goes up by 25%, that's about six-tenths of one
> cent on the price of the can of Campbell's soup…. I just bought this can
> today at a 7-Eleven ... and the price was $1.99. So who in the world is
> going to be too bothered by six-tenths of a cent?** [1]

Thus, U. S. Steel's impact assessment is well grounded in the Administration's own findings.

During the next day of hearings, a customer of U. S. Steel — Ball Metal Beverage

Container Corp. ("Ball") — testified in opposition to section 301 duties on various products,

including its purchases of tin mill products from China. Ball maintains that such products "are

not the targets of technology or intellectual property theft by the Chinese government" and that

"U.S. … tinplate industries have not been victimized by cyber-enabled theft of intellectual

property, trade secrets, or confidential business information."[2] Ball also asserts that the products

---

[1] CNN Money, "Wilbur Ross Defends Trump Tariffs With a Can of Campbell's Soup" (March 2, 2018), *available at* http://money.cnn.com/2018/03/02/news/economy/wilbur-ross-soup-cnbc-interview/index.html.

[2] Ball Metal Beverage Container Corp., *Request to Speak at May 15, 2018 Hearing Related to Section 301*, USTR-2018-0005 (Apr. 23, 2018) at 2.

CALVERT-DOC-PUB-0153

it imports from China "are not available in the required volumes from domestic producers…"[3]
As discussed below, these claims are without foundation.

Contrary to Ball's assertions, Mr. Kopf testified how U. S. Steel was itself a direct victim of the Chinese government's cyber-attacks — on two separate occasions. In May 2014, the U.S. Department of Justice announced the indictment of five Chinese military officials from the intelligence component of China's People's Liberation Army for cyber intrusions and economic espionage directed against various U.S. firms, including U. S. Steel. Moreover, a separate incident resulted in the theft of highly sensitive commercial secrets regarding U. S. Steel's development of advanced high-strength steels. These cyber thefts are part of a larger program by the government of China to achieve an unfair technological advantage over American manufacturers. Because the U.S. tin mill industry operates at an advanced stage of the steel value chain, and involves high levels of technical know-how, there can be no doubt that Chinese cyber-crimes threatened the competitiveness of U. S. Steel, including the competitiveness of its tin mill business.

U. S. Steel's tin mill products customers, including Ball, continue to push their USA supply base to develop newer steel products which would allow them to design stronger and lighter steel packaging solutions for their customers. This is precisely what advanced high strength steel is designed to do in the automotive world — *i.e.*, create highly formable, stronger steels which will allow vehicle designers to lightweight vehicles — and U. S. Steel is constantly researching the applicability of new technology uncovered in one industry to the many others that we serve. Advanced high-strength steel is one such product where U. S. Steel has been evaluating opportunities to use this material across multiple industry segments. U. S. Steel

---

[3] *Id.* at 3.

CALVERT-DOC-PUB-0154

therefore respectfully disagree with the assertion that the cyber theft directed at U. S. Steel was not harmful and that "U.S. … tinplate industries have not been victimized by cyber-enabled theft of intellectual property, trade secrets, or confidential business information."[4]

Finally, Ball asserts that domestic producers lack the capacity to supply its tin mill requirements. However, just last week, the U.S. International Trade Commission published its Final Staff Report for the third of the antidumping duty order on *Tin- and Chromium Coated Steel Sheet from Japan*, which shows that the domestic tin mill industry has operated at less than 50 percent capacity utilization for several years, and domestic producers have enough capacity to serve the entirety of U.S. demand.[5] The Commission's Final Staff Report also contains pricing data showing tin mill imports from China to be consistently and significantly the lowest-priced.[6] Price is the only reason to import tin mill products from China. Thus, if the Administration imposes a 25 percent tariff on these products pursuant to section 301, it will not only provide the United States negotiating leverage to address China's unfair trading practices and cyber-espionage, it would also begin to level the playing field in a critical sector of the domestic steel industry.

\*          \*          \*

For the reasons discussed, adding HTSUS subheadings 7210.12.0000 and 7210.50.0000 to the proposed list of products for Section 301 action will "perfect" the Administration's effort to cover tin mill products from China. It will provide more comprehensive and effective relief to

---

[4] Ball Metal Beverage Container Corp., *Request to Speak at May 15, 2018 Hearing Related to Section 301*, USTR-2018-0005 (Apr. 23, 2018) at 2.

[5] *See* Staff Report, Investigation No. 731-TA-860 (Third Review), *Tin- and Chromium-Coated Steel Sheet from Japan* (May 18, 2018) (Public Version) at Appendix C, Table C-1, *included at* <u>Attachment A</u>.

[6] *See id.*

CALVERT-DOC-PUB-0155

U.S. commerce as well as more leverage to address the Chinese government's unfair trade practices, and not cause disproportionate economic harm.

Respectfully submitted,

Thomas M. Beline
Mary Jane Alves
Myles S. Getlan
Jack A. Levy
Sarah E. Shulman
CASSIDY LEVY KENT (USA) LLP

*Counsel for United States Steel Corporation*

-5-

CALVERT-DOC-PUB-0156

# Attachment A




# UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, DC

## TIN- AND CHROMIUM-COATED STEEL SHEET FROM JAPAN

Staff Report
Investigation No.731-TA-860 (Third Review)

Staff assigned:

Robert Casanova, *Investigator* (708-2719)
Karl Tsuji, *Industry Analyst* (205-3434)
Cindy E. Cohen, *Economist* (205-3230)
Charles Yost, *Accountant* (205-3432)
Mara Alexander, *Statistician* (205-2538)
Carolyn Holmes, *Statistical Assistant* (205-3168)
David Goldfine, *Attorney* (708-5452)
Douglas Corkran, *Supervisory Investigator* (205-3057)

May 18, 2018

CALVERT-DOC-PUB-0158

Table C-1
TCCSS: Summary data concerning the U.S. market, 2014-16, January to September 2016, and January to September 2017

{Quantity=short tons; Value=1,000 dollars; Unit values, unit labor costs, and unit expenses=dollars per short ton; Period changes=percent--exceptions noted)

| | Reported data | | | | | Period changes | | | |
| | Calendar year | | | January-September | | | | | Jan-Sep |
| | 2014 | 2015 | 2016 | 2016 | 2017 | 2014-16 | 2014-15 | 2015-16 | 2016-17 |
|---|---|---|---|---|---|---|---|---|---|
| U.S. consumption quantity: | | | | | | | | | |
| Amount | 2,661,145 | 2,498,450 | 2,454,209 | 1,870,725 | 1,799,976 | (7.8) | (6.1) | (1.8) | (3.8) |
| Producers' share (fn1) | 68.3 | 63.2 | 56.9 | 58.8 | 53.9 | (11.4) | (5.1) | (6.3) | (5.0) |
| Importers' share (fn1): | | | | | | | | | |
| Japan | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Netherlands | 10.7 | 10.9 | 12.6 | 11.8 | 11.8 | 2.0 | 0.2 | 1.7 | 0.0 |
| Canada | 8.0 | 8.7 | 10.6 | 10.5 | 10.2 | 2.6 | 0.7 | 1.9 | (0.3) |
| Germany | 4.1 | 7.3 | 7.7 | 7.8 | 9.1 | 3.6 | 3.2 | 0.4 | 1.3 |
| Korea | 3.8 | 3.9 | 5.2 | 4.8 | 5.0 | 1.4 | 0.1 | 1.3 | 0.2 |
| China | 3.7 | 3.3 | 4.4 | 3.8 | 5.8 | 0.7 | (0.4) | 1.1 | 2.0 |
| All other sources | 1.5 | 2.8 | 2.7 | 2.4 | 4.2 | 1.2 | 1.3 | (0.1) | 1.8 |
| Nonsubject sources | 31.7 | 36.8 | 43.1 | 41.2 | 46.1 | 11.4 | 5.1 | 6.3 | 5.0 |
| All import sources | 31.7 | 36.8 | 43.1 | 41.2 | 46.1 | 11.4 | 5.1 | 6.3 | 5.0 |
| U.S. consumption value: | | | | | | | | | |
| Amount | 2,802,315 | 2,561,810 | 2,199,419 | 1,673,430 | 1,689,898 | (21.5) | (8.6) | (14.1) | 1.0 |
| Producers' share (fn1) | 68.1 | 63.9 | 58.4 | 60.2 | 55.2 | (9.7) | (4.2) | (5.4) | (4.9) |
| Importers' share (fn1): | | | | | | | | | |
| Japan | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Netherlands | 10.3 | 10.4 | 12.1 | 11.3 | 11.3 | 1.7 | 0.1 | 1.6 | 0.0 |
| Canada | 8.9 | 9.2 | 10.9 | 10.9 | 10.6 | 2.0 | 0.3 | 1.7 | (0.2) |
| Germany | 4.2 | 7.1 | 7.7 | 7.8 | 9.2 | 3.5 | 2.9 | 0.7 | 1.4 |
| Korea | 3.7 | 3.8 | 4.6 | 4.3 | 4.6 | 0.9 | 0.1 | 0.8 | 0.3 |
| China | 3.3 | 2.9 | 3.7 | 3.3 | 5.2 | 0.4 | (0.3) | 0.8 | 1.9 |
| All other sources | 1.5 | 2.7 | 2.6 | 2.3 | 3.9 | 1.1 | 1.2 | (0.2) | 1.6 |
| Nonsubject sources | 31.9 | 36.1 | 41.6 | 39.8 | 44.8 | 9.7 | 4.2 | 5.4 | 4.9 |
| All import sources | 31.9 | 36.1 | 41.6 | 39.8 | 44.8 | 9.7 | 4.2 | 5.4 | 4.9 |
| U.S. imports from: | | | | | | | | | |
| Japan: | | | | | | | | | |
| Quantity | --- | --- | --- | --- | --- | [---] | [---] | [---] | [---] |
| Value | --- | --- | --- | --- | --- | [---] | [---] | [---] | [---] |
| Unit value | --- | --- | --- | --- | --- | [---] | [---] | [---] | [---] |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Netherlands: | | | | | | | | | |
| Quantity | 283,946 | 272,352 | 309,996 | 220,580 | 212,922 | *** | *** | *** | *** |
| Value | 290,009 | 267,356 | 265,444 | 188,533 | 190,629 | *** | *** | *** | *** |
| Unit value | $1,021 | $982 | $856 | $855 | $895 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Canada: | | | | | | | | | |
| Quantity | 212,299 | 216,295 | 259,546 | 196,883 | 183,479 | *** | *** | *** | *** |
| Value | 248,545 | 234,808 | 239,577 | 181,788 | 179,936 | *** | *** | *** | *** |
| Unit value | $1,171 | $1,086 | $923 | $923 | $981 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Germany: | | | | | | | | | |
| Quantity | 109,478 | 182,717 | 188,800 | 145,859 | 163,723 | *** | *** | *** | *** |
| Value | 117,128 | 180,761 | 169,658 | 130,397 | 154,823 | *** | *** | *** | *** |
| Unit value | $1,070 | $989 | $899 | $894 | $946 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Korea: | | | | | | | | | |
| Quantity | 100,001 | 96,200 | 126,400 | 90,449 | 90,007 | *** | *** | *** | *** |
| Value | 103,856 | 97,421 | 101,117 | 72,486 | 77,682 | *** | *** | *** | *** |
| Unit value | $1,039 | $1,013 | $800 | $801 | $863 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| China: | | | | | | | | | |
| Quantity | 97,713 | 82,669 | 107,134 | 71,458 | 104,503 | *** | *** | *** | *** |
| Value | 91,432 | 74,865 | 81,471 | 54,699 | 87,460 | *** | *** | *** | *** |
| Unit value | $936 | $906 | $760 | $765 | $837 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| All other sources: | | | | | | | | | |
| Quantity | 40,645 | 70,231 | 66,213 | 45,019 | 75,666 | *** | *** | *** | *** |
| Value | 42,681 | 70,404 | 56,759 | 38,783 | 66,027 | *** | *** | *** | *** |
| Unit value | $1,050 | $1,002 | $857 | $861 | $873 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Nonsubject sources: | | | | | | | | | |
| Quantity | 844,082 | 920,463 | 1,058,090 | 770,248 | 830,300 | *** | *** | *** | *** |
| Value | 893,654 | 925,615 | 914,025 | 666,687 | 756,556 | *** | *** | *** | *** |
| Unit value | $1,059 | $1,006 | $864 | $866 | $911 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| All import sources: | | | | | | | | | |
| Quantity | 844,082 | 920,463 | 1,058,090 | 770,248 | 830,300 | *** | *** | *** | *** |
| Value | 893,654 | 925,615 | 914,025 | 666,687 | 756,556 | *** | *** | *** | *** |
| Unit value | $1,059 | $1,006 | $864 | $866 | $911 | *** | *** | *** | *** |
| Ending inventory quantity | *** | *** | *** | *** | *** | *** | *** | *** | *** |

Table continued on next page.

C-3

CALVERT-DOC-PUB-0159

Table C-1--Continued
TCCSS: Summary data concerning the U.S. market, 2014-16, January to September 2016, and January to September 2017

(Quantity=short tons; Value=1,000 dollars; Unit values, unit labor costs, and unit expenses=dollars per short ton; Period changes=percent--exceptions noted)

| | Reported data | | | | | Period changes | | | |
| | Calendar year | | | January-September | | | | | Jan-Sep |
| | 2014 | 2015 | 2016 | 2016 | 2017 | 2014-16 | 2014-15 | 2015-16 | 2016-17 |
|---|---|---|---|---|---|---|---|---|---|
| U.S. producers': | | | | | | | | | |
| Average capacity quantity.................... | 3,068,000 | 3,068,000 | 3,068,000 | 2,301,000 | 2,301,000 | --- | --- | --- | --- |
| Production quantity............................ | 1,835,936 | 1,515,670 | 1,374,409 | 1,102,314 | 997,687 | (25.1) | (17.4) | (9.3) | (9.5) |
| Capacity utilization (fn1)..................... | 59.8 | 49.4 | 44.8 | 47.9 | 43.4 | (15.0) | (10.4) | (4.6) | (4.6) |
| U.S. shipments: | | | | | | | | | |
| Quantity.................................... | 1,817,063 | 1,577,987 | 1,396,119 | 1,100,477 | 969,676 | (23.2) | (13.2) | (11.5) | (11.9) |
| Value....................................... | 1,908,661 | 1,636,195 | 1,285,394 | 1,006,743 | 933,342 | (32.7) | (14.3) | (21.4) | (7.3) |
| Unit value................................. | $1,050 | $1,037 | $921 | $915 | $963 | (12.3) | (1.3) | (11.2) | 5.2 |
| Export shipments: | | | | | | | | | |
| Quantity.................................... | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Value....................................... | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Unit value................................. | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Ending inventory quantity.................... | 253,038 | 190,001 | 167,428 | 191,108 | 191,931 | (33.8) | (24.9) | (11.9) | 0.4 |
| Inventories/total shipments (fn1)........... | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Production workers........................... | 2,857 | 2,670 | 2,343 | 2,349 | 2,474 | (18.0) | (6.5) | (12.2) | 5.3 |
| Hours worked (1,000s)........................ | 5,564 | 5,044 | 4,537 | 3,417 | 3,665 | (18.5) | (9.3) | (10.1) | 7.3 |
| Wages paid ($1,000)........................... | 246,839 | 207,385 | 202,886 | 154,431 | 159,158 | (17.8) | (16.0) | (2.2) | 3.1 |
| Hourly wages................................. | $44.36 | $41.12 | $44.72 | $45.19 | $43.43 | 0.8 | (7.3) | 8.8 | (3.9) |
| Productivity (short tons per 1,000 hours) | 330.0 | 300.5 | 302.9 | 322.6 | 272.2 | (8.2) | (8.9) | 0.8 | (15.6) |
| Unit labor costs.............................. | $134 | $137 | $148 | $140 | $160 | 9.8 | 1.8 | 7.9 | 13.9 |
| Net sales: | | | | | | | | | |
| Quantity.................................... | 1,817,123 | 1,578,707 | 1,396,982 | 1,101,207 | 973,185 | (23.1) | (13.1) | (11.5) | (11.6) |
| Value....................................... | 1,908,724 | 1,636,990 | 1,286,257 | 1,007,472 | 936,494 | (32.6) | (14.2) | (21.4) | (7.0) |
| Unit value................................. | $1,050 | $1,037 | $921 | $915 | $962 | (12.3) | (1.3) | (11.2) | 5.2 |
| Cost of goods sold (COGS)................... | 1,865,877 | 1,604,041 | 1,279,130 | 989,636 | 962,322 | (31.4) | (14.0) | (20.3) | (2.8) |
| Gross profit or (loss)....................... | 42,847 | 32,949 | 7,127 | 17,836 | (25,828) | (83.4) | (23.1) | (78.4) | [fn2] |
| SG&A expenses............................... | 55,226 | 49,272 | 34,180 | 27,831 | 23,809 | (38.1) | (10.8) | (30.6) | (14.5) |
| Operating income or (loss)................. | (12,361) | (16,323) | (27,053) | (9,995) | (49,637) | 118.5 | 31.8 | 65.7 | 396.6 |
| Capital expenditures........................ | *** | *** | *** | *** | *** | *** | *** | *** | *** |
| Unit COGS.................................... | $1,027 | $1,016 | $916 | $899 | $989 | (10.8) | (1.1) | (9.9) | 10.0 |
| Unit SG&A expenses.......................... | $30 | $31 | $24 | $25 | $24 | (19.5) | 2.7 | (21.6) | (3.2) |
| Unit operating income or (loss)............ | ($7) | ($10) | ($19) | ($9) | ($51) | 184.2 | 51.7 | 87.3 | 461.9 |
| COGS/sales (fn1).............................. | 97.8 | 98.0 | 99.4 | 98.2 | 102.8 | 1.7 | 0.2 | 1.5 | 4.5 |
| Operating income or (loss)/sales (fn1)...... | (0.6) | (1.0) | (2.1) | (1.0) | (5.3) | (1.5) | (0.3) | (1.1) | (4.3) |

Note.--Shares and ratios shown as "0.0" represent values greater than zero, but less than "0.05" percent.

fn1.--Reported data are in percent and period changes are in percentage points.
fn2.--Undefined.
fn3.--Not available.

Source:  Compiled from data submitted in response to Commission questionnaires, and from official U.S. import statistics using HTS statistical reporting numbers 7210.11.0000, 7210.12.0000, 7210.50.0000, and 7212.10.0000, accessed February 1, 2018.

C-4

CALVERT-DOC-PUB-0160



Your Voice in Federal Decision-Making

# Your comment was submitted successfully!

The **Office of United States Trade Representative** (USTR) Notice: **China's Acts, Policies, and Practices Related to Technology Transfer, Intellectual Property, and Innovation**

For related information, **Open Docket Folder** 

---

 **3**    **Your Receipt**

| | |
|---|---|
| Your Comment Tracking Number:<br>**1k2-93ah-d9mt** | *Your comment may be viewable on Regulations.gov once the agency has reviewed it. This process is dependent on agency public submission policies/procedures and processing times. Use your tracking number to find out the status of your comment.* |

✓ Your email receipt was sent successfully

Your comment:

**Comment:**
Please see the attached post-hearing comments submitted on behalf of U. S. Steel Corporation.

**Uploaded File(s)** (Optional)

* P U. S. Steel 0522018 Posthearing Comments (Section 301).pdf: success

---

| This information will appear on Regulations.gov: | | This information will **not** appear on Regulations.gov: | |
|---|---|---|---|
| **First Name:**<br>Robert | **Organization Name:**<br>Cassidy Levy Kent (USA) LLP | **Mailing Address:**<br>United States Steel Corporation | **ZIP/Postal Code:**<br>15219 |
| **Last Name:**<br>Kopf | **Submitter's Representative:**<br>Thomas M. Beline | **Mailing Address 2:**<br>600 Grant Street | **Email Address:**<br>rykopf@uss.com<br>**Phone Number:**<br>4124334636 |
| **City:**<br>Pittsburgh | | | |
| **Country:** | | | |

CALVERT-DOC-PUB-0161

United States

**State or Province:**

PA

CALVERT-DOC-PUB-0162



September 28, 2017

Mr. William L. Busis
Chair, Section 301 Committee
Office of the U.S. Trade Representative
600 17th St., N.W.
Washington, D.C. 20508

Re:     United States Steel Corporation's Response to the United States Trade
        Representative's Request for Information on the Initiation of Section 301
        Investigation: China's Acts, Policies, and Practices Related to Technology
        Transfer, Intellectual Property, and Innovation.  [Docket No. USTR-2017-0016]

Dear Mr. Busis:

On behalf of United States Steel Corporation (U. S. Steel), attached is U. S. Steel's
written submission in response to the United States Trade Representative's Request for
Information on the Initiation of a Section 301 Investigation to China's Acts, Policies, and
Practices Related to Technology Transfer, Intellectual Property, and Innovation.

Thank you for the opportunity to share our views.

Sincerely,

Todd D. Young
Managing Director – Federal Governmental Affairs
901 K Street, NW
Suite 1250
Washington, DC  20001
202-783-6797 office

cc:     Suzanne Rich Folsom, United States Steel Corporation - General Council, Chief
        Compliance Officer and Senior Vice President – Government Affairs

Docket No. USTR-2017-0016
Comments of United States Steel Corporation on China's Acts, Policies and Practices Related to Technology Transfer, Intellectual Property and Innovation

On August 14, 2017, the President issued a Memorandum (82 FR 39007) to the United States Trade Representative ("USTR") noting that China has implemented laws, policies and practices that implicate the transfer of American technology in ways that are involuntary or deny fair remuneration for American innovations or otherwise adversely affect U.S. jobs, manufacturing, services and innovation. The President instructed the USTR to determine whether to investigate whether such activities by China are unreasonable, discriminatory or harmful to American economic interests. In response, the USTR initiated an investigation on August 18, 2017.

United States Steel Corporation ("U. S. Steel") is pleased that the President and the USTR have taken these steps. In particular, we appreciate that the USTR's "investigation will consider *whether the Chinese government is conducting or supporting unauthorized intrusions* into U.S. commercial computer networks or cyber-enabled theft of intellectual property, trade secrets, or confidential business information, *and whether this conduct harms U.S. companies or provides competitive advantages to Chinese companies or commercial sectors*." 82 FR 40214.

In fact, the United States is – and has long been – aware that the Chinese government is conducting cyber-theft operations in the United States against American companies. But, at least as far as we know, the government has not been able to take meaningfully responsive steps that will assist the victims of, or deter, such cyber-theft. Indeed, within our unitary government, we seem at times to be working somewhat at odds with ourselves.

Consider our experience: On May 19, 2014, by action of a grand jury, the United States indicted five Chinese military officials for computer hacking and economic espionage aimed at six U.S. companies and entities – including ours – in the nuclear power, metals and solar products industries. This indictment was based on one of at least two Chinese attacks on our company's network, with a second involving a spear-fishing attack that resulted in the exfiltration and exploitation of our confidential business information.

At the time, then-U.S. Attorney General Holder promised "an aggressive response." But, there was really no post-indictment response at all. The Chinese military who were indicted were not, of course, extradited to stand trial. Eventually, in response to the second hack that resulted in the exfiltration of highly sensitive commercial secrets regarding our development of lightweight, high-strength steel, we took the initiative to file claims under Section 337 of the Trade Act before the International Trade Commission ("ITC") against a Chinese state-owned enterprise, Baosteel, which was known to be one of the beneficiaries of China's state-sponsored cyber-attacks.

Knowing that our government had important information that led to the indictments specifically and the Chinese cyber-attack efforts more generally, we met in 2016 with officials of the Departments of State and Justice in an effort to persuade the government to provide *for the record* in our ITC case a statement of the evidence that led to the indictments and information about the Chinese hacking more broadly. But, we never received a formal response – from either Department.

Before the ITC, Baosteel was defended aggressively and our company faced an unbearable financial burden in being forced repeatedly to try to track down wrong-doers in China and to pay millions to translate tsunamis of Chinese-language documents into English. After expending millions of dollars, and faced with overwhelming discovery obstacles, we had no choice but to withdraw our complaint without prejudice.

And so, we submit that this proceeding – or another – *should focus not just on what the Chinese government can do and has done, but also on what our own government hasn't done, and seemingly cannot do, in response.* Our administrative procedures, and perhaps the trade laws themselves, were not written for an era in which a foreign government engages in massive cyber theft. They are also inadequate to the task of confronting those wrongs or, at the very least, ensuring that the American victims of these attacks have the benefit of U.S. government insight, intelligence and expertise when they seek to obtain redress.

To be sure, we think it was important that our government indicted cyber-thieves working from China. But, when we try to bolster such indictments through private actions against foreign cyber-thieves in trade proceedings, we need our government to step up to defend and make meaningful its own indictments. To be sure, in our proceeding Baosteel had its government in its corner. With far better coordination, our government might be there for us next time.

CALVERT-DOC-PUB-0164