IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| AM/NS CALVERT LLC, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 21-00005 |
| UNITED STATES, | ) |
| Defendant. | ) |

MOTION FOR ERRATA

Pursuant to United States Court of International Trade Rule 7(b), defendant, the United States, respectfully submits this motion for errata.  Late in the evening of May 19, 2021, counsel for US Steel brought to defendant's attention that the public administrative record filed in this matter (ECF No. 27) included non-finalized redactions of business and proprietary information.  Specifically, this information can be found at ECF No. 27-10 at 117, ECF No. 27-11 at 117, ECF No. 27-12 at 118, and ECF No. 27-13 at 124.  We immediately informed the Court's staff of this issue, who placed the entire public administrative record under seal.

We apologize for this inadvertent error and submit, as errata, corrected versions of the documents found in the public administrative record at ECF No. 27-10, ECF No. 27-11, ECF No. 27-12, and ECF No. 27-13 with the appropriate redactions on the pages referenced above. No other changes were made to the public administrative record. We respectfully request that the Court substitute, on the docket, the public administrative record, containing the appropriate redactions to the confidential information.

                                          Respectfully submitted,

                                          BRIAN M. BOYNSTON
                                          Acting Assistant Attorney General

                                          JEANNE E. DAVIDSON
                                          Director

                                          <u>/s/Tara K. Hogan</u>
                                          TARA K. HOGAN
                                          Assistant Director

/s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel.: (202) 616-9322
Email: Kyle.Beckrich@usdoj.gov

Date: May 20, 2021               Attorneys for Defendant

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | | |
|---|---|---|
| AM/NS CALVERT LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Court No. 21-00005 |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## ORDER

On consideration of the defendant's motion for errata, it is hereby

ORDERED that the motion is granted, and it is further

ORDERED that the corrected versions of the documents found in the public administrative record at ECF No. 27-10, ECF No. 27-11, ECF No. 27-12, and ECF No. 27-13 attached to the motion for errata shall be substituted on the docket.

Dated: _____  
    New York, N.Y.                                            _____  
                                                                           JUDGE