

**THOMAS M. BELINE**
tbeline@cassidylevy.com
**Direct** 202 567 2316

**JAMES E. RANSDELL**
jransdell@cassidylevy.com
**Direct** 202 567 2321

May 19, 2021

<u>**VIA ELECTRONIC FILING**</u>

The Honorable M. Miller Baker, Judge
U.S. Court of International Trade
1 Federal Plaza                                                    **Non-Confidential Version**
New York, New York 10278
Tel: (212) 264-2800

  **Re:** **AM/NS Calvert LLC v. United States, Court No. 21-00005**

Dear Judge Baker:

  Undersigned counsel is counsel of record for proposed defendant-intervenor, United States Steel Corporation ("U. S. Steel"). Although this Court has not yet issued an order allowing U. S. Steel to act as defendant-intervenor, undersigned counsel has been following the proceedings and reviewing filings made by Plaintiff and Defendant.

  As this Court knows, U. S. Steel moved to intervene because it was an interested party in the administrative proceedings that gave rise to the contested decisions and it provided factual information, including business confidential information, to the United States Department of Commerce ("Commerce") for use by Commerce in its adjudication of the specific requests for exclusions from the tariff measures imposed pursuant to Section 232 of the Trade Expansion Act of 1962. Among the reasons U. S. Steel cited in support of its right to intervene was the use and contextualization of factual information supplied by U. S. Steel to Commerce.

  Unfortunately, our fear has been realized; today, with the filing of the public version of the administrative record, Commerce has inadvertently released U. S. Steel's confidential and business proprietary data. This release occurred in a number of places in the public administrative record where data was not suppressed even though it is presented with brackets, which normally denote confidential information. This non-public information is visible even though it is contained in brackets at [

        ]. To safeguard U. S. Steel's confidential information, we are filing this letter as a confidential filing so as to not identify the information for non-authorized individuals to find.

  We have separately communicated with counsel for the Plaintiff and Defendant and have also contacted the Court's after-hours number to expeditiously resolve this issue. We hope that this event crystallizes the purpose of admitting U. S. Steel as a defendant-intervenor in the above-captioned action.

The Honorable Judge Baker
May 20, 2021
Page 2

Respectfully submitted,

Thomas M. Beline
James E. Ransdell
CASSIDY LEVY KENT (USA) LLP
*Counsel for United States Steel Corporation*

CASSIDY LEVY KENT