Kelley Drye & Warren LLP

Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007

Tel: (202) 342-8400
Fax: (202) 342-8451

May 21, 2021

**VIA ELECTRONIC FILING**

The Honorable M. Miller Baker, Judge
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

  Re: **AM/NS Calvert LLC v. United States, Court No. 21-0005**

Dear Judge Baker:

  On behalf of AM/NS Calvert LLC, Plaintiff in the above-captioned action, we hereby respond to the letter filed on behalf of United States Steel Corporation ("U.S. Steel'") on May 20, 2021.  See ECF No. 33.  The events of the last 24 plus hours demonstrate that U.S. Steel's interest in protecting the proprietary status of its information is insufficient to qualify it for intervenor status.  Through the diligence of counsel for U.S. Steel and the Court's staff, Defendant's error was swiftly corrected.  It is unclear how granting U.S. Steel status as a defendant-intervenor would have altered the events.

  Moreover, U.S. Steel's collateral interest in protecting the confidentiality of its own business proprietary information does not create a "legally protectable" interest in the subject matter of the case, i.e., whether the Commerce Department lawfully denied Plaintiff's exclusion requests.  See Pl.'s Opp'n Proposed Def-Interv's Mot. Interv., Feb. 26, 2021 (ECF No. 21) at 1-4 ("Pl.'s Opp'n").  Regardless of the now-corrected error, U.S. Steel continues to have no "defense that shares with the main action a common question of law

The Honorable M. Miller Baker, Judge
May 21, 2021
Page 2

or fact" since this action is against the government and seeks no relief against U.S. Steel. Id. at 11-12. The Court therefore should not grant U.S. Steel's motion to intervene as of right, or to permissively intervene based on the now-corrected procedural error by Defendant.

        Respectfully submitted,

        /s/ R. Alan Luberda
        PAUL C. ROSENTHAL
        R. ALAN LUBERDA
        JOSHUA R. MOREY
        JULIA A. KUELZOW
        KELLEY DRYE & WARREN LLP
        3050 K Street, N.W., Suite 400
        Washington, D.C. 20007
        (202) 342-8400

        Counsel to AM/NS Calvert LLC

Dated: May 21, 2021