UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

|  |  |
|---|---|
| AM/NS CALVERT LLC, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Court No. 21-00005 |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL AND TERMINATION OF ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION**

Please take notice that, Julia Kuelzow, an attorney who entered an appearance on behalf of Plaintiff AM/NS Calvert LLC in this action, will no longer be participating in this action as she has left Kelley Drye & Warren LLP. Please remove her CM/ECF access to business proprietary information and assure that she is no longer served with business proprietary information.

Plaintiff AM/NS Calvert LLC will continue to be represented by the other attorneys who have entered appearances in this action.

/s/ Joshua R. Morey
R. ALAN LUBERDA
PAUL C. ROSENTHAL
JOSHUA R. MOREY
KELLEY DRYE & WARREN LLP
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8400

Counsel to Plaintiff AM/NS Calvert LLC

September 26, 2023