IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE M. MILLER BAKER, JUDGE

| | |
|---|---|
| AM/NS CALVERT LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Court No. 21-00005 ) |
| UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to this Court's December 13, 2023 order, plaintiff, AM/NS CALVERT LLC (Calvert), and defendant, the United States, respectfully submit this joint status report advising the Court as to the status of the potential settlement.

As the parties previously reported, the parties have reached an agreement in principle to settle the case. In order to effectuate that agreement, however, the United States must review Calvert's import data. Calvert (at the request of the United States) is presently revising certain data it first submitted so that the United States can vet eligibility and administrability. Once that process is complete, the

Department of Justice and Department of Commerce expect to be able to recommend settlement, on the terms the parties have agreed to, to the necessary settlement authority.

In accordance with the Court's order, the parties will file another status report in 60 days, or within seven days of any developments that would affect the case's posture, such as if a settlement agreement is signed.

| | |
|---|---|
| Respectfully Submitted, | Dated: April 12, 2024 |
| /s/ Joshua R. Morey<br>PAUL C. ROSENTHAL<br>R. ALAN LUBERDA<br>JOSHUA R. MOREY<br>KELLEY DRYE & WARREN LLP<br>3050 K Street, N.W., Suite 400<br>Washington, D.C. 20007<br>(202) 342-8400<br><br>Attorneys for Plaintiff | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director<br><br>s/ Meen Geu Oh<br>MEEN GEU OH<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel. (202) 307-0184<br>E-mail: Meen-Geu.Oh@usdoj.gov<br>Attorneys for Defendant |

Case 1:21-cv-00005-MMB     Document 90     Filed 04/12/24     Page 3 of 3